CO-386
10/2018

# United States District Court
# For the District of Columbia

THE MENNONITE CHURCH USA et al.,  )
)
)
)
                    Plaintiff  )   Civil Action No.__25-403_____
            vs              )
U.S. DEPARTMENT OF HOMELAND  )
SECURITY et al.,  )
)
)
                    Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiffs_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_501157_____  Kelsi Brown Corkran
BAR IDENTIFICATION NO.                    Print Name

600 New Jersey Ave. NW,_____
Address

Washington, DC 20001_____
City            State          Zip Code

(202) 661-6728_____
Phone Number