AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Mennonite Church USA et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00403 |
| U.S. Department of Homeland Security et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mennonite Church USA et al.

Date: 02/11/2025

/s/ Shelby B. Calambokidis
*Attorney's signature*

Shelby B. Calambokidis (Bar No. 1684804)
*Printed name and bar number*

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001
*Address*

sc2053@georgetown.edu
*E-mail address*

(202) 661-6599
*Telephone number*

(202) 661-6730
*FAX number*