UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  Defendants. | Civil Action No. 25-CV-00403-DLF |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs hereby move this Court to issue a preliminary injunction enjoining Defendants from carrying out immigration enforcement activities at their places of worship, absent exigent circumstances or the execution of a judicial warrant, and to stay the effective date of DHS's 2025 Rescission Memo, for the reasons explained in the accompanying memorandum of law.

Dated:  February 21, 2025 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Kelsi Brown Corkran*
　　　　　　　　　　　　　　　　　　　　　Kelsi Brown Corkran (Bar No. 501157)
　　　　　　　　　　　　　　　　　　　　　Shelby B. Calambokidis (Bar No. 1684804)
　　　　　　　　　　　　　　　　　　　　　Julia Gegenheimer* (NY Bar No. 4949475)
　　　　　　　　　　　　　　　　　　　　　Alexandra Lichtenstein (Bar No. 1724947)
　　　　　　　　　　　　　　　　　　　　　Kate Talmor* (Maryland Bar)
　　　　　　　　　　　　　　　　　　　　　INSTITUTE FOR CONSTITUTIONAL ADVOCACY
　　　　　　　　　　　　　　　　　　　　　　　AND PROTECTION
　　　　　　　　　　　　　　　　　　　　　600 New Jersey Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 661-6728

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming. DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member*