**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 25-CV-00403-DLF |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion for a Scheduling Order submitted on February 21, 2025, it is hereby **ORDERED**

The following schedule will govern the filing of Plaintiffs' Motion for a Preliminary Injunction:

- February 21, 2025:  Plaintiffs' Motion for a Preliminary Injunction;

- March 14, 2025:  Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction;

- March 24, 2025:  Plaintiffs' Reply in further support of their Motion for a Preliminary Injunction.

It is further **ORDERED** that all additional deadlines, case management obligations, and discovery are **STAYED** pending resolution of Plaintiffs' Motion for a Preliminary Injunction. This stay applies, without limitation, to Defendants' response to Plaintiffs' Complaint, the attorney conference required pursuant to Federal Rule of Civil Procedure 26(f); the issuance of a

2

scheduling order pursuant to Federal Rule of Civil Procedure 16(b); initial disclosure obligations pursuant to Rule 26(a)(1); and all other written, documentary, and oral discovery. The stay is entered without prejudice to either party moving to lift the stay.

It is further **ORDERED** that the parties shall file a joint status report proposing a schedule for further proceedings within 10 days of the issuance of an order resolving Plaintiffs' motion for a preliminary injunction.

Dated: February ___, 2025      _____
DABNEY L. FRIEDRICH
United States District Judge