# DECLARATION INDEX

**Exhibit**                                                                **Exhibit Number**

Declaration of Dr. J. Elvin Sadler, General Secretary-Auditor of Plaintiff The African Methodist Episcopal Zion Church ............................................................................................................................. 1

Declaration of Jane Doe # 1 Supporting Plaintiff African Methodist Episcopal Zion Church ........... 2

Declaration of Reverend Freeman L. Palmer, Conference Minister of Plaintiff Central Atlantic Conference United Church of Christ ............................................................................................ 3

Declaration of Reverend Seth Kaper-Dale on Behalf of the Reformed Church of Highland Park in Support of Plaintiff Central Atlantic Conference United Church of Christ .................................... 4

Declaration of Rabbi Hara Person, Chief Executive of Plaintiff the Central Conference of American Rabbis ............................................................................................................................ 5

Declaration of Rabbi Serge A. Lippe in Support of Plaintiff the Central Conference of American Rabbis ............................................................................................................................ 6

Declaration of Reverend Teresa Hord Owens, General Minister and President of Plaintiff the Christian Church (Disciples of Christ) in the United States and Canada ........................ 7

Declaration of Reverend Mary Abigail Conley Supporting Plaintiff Christian Church (Disciples of Christ) ..................................................................................................................... 8

Declaration of David Steele, General Secretary of Plaintiff Church of the Brethren ............................ 9

Declaration of Pastor John Doe # 2 on Behalf of Anonymous Member Church Supporting Plaintiff Church of the Brethren ................................................................................................... 10

Declaration of Pastor John Doe # 3 on Behalf of Anonymous Member Church Supporting Plaintiff Church of the Brethren ................................................................................................... 11

Declaration of Jesse Rincones, Executive Director of Plaintiff Convención Bautista Hispana de Texas .................................................................................................................................. 12

Declaration of Reverend Fernando Rojas on Behalf of Azle Avenue Baptist Church in Support of Plaintiff Convención Bautista Hispana de Texas ...................................................................... 13

Declaration of Pastor John Doe # 4 on Behalf of Anonymous Member Church Supporting Plaintiff Convención Bautista Hispana de Texas ....................................................................... 14

Declaration of Pastor John Doe # 5 on Behalf of Anonymous Member Church Supporting Plaintiff Convención Bautista Hispana de Texas ....................................................................... 15

Declaration of the Most Reverend Sean W. Rowe for Plaintiff The Episcopal Church ...................... 16

Declaration of Julia Ayala Harris, President of The House of Deputies of The Episcopal Church Supporting Plaintiff The Episcopal Church ................................................................................. 17

Declaration of the Right Reverend Jennifer Reddall on Behalf of the Episcopal Diocese of Arizona Supporting Plaintiff The Episcopal Church ................................................................................. 18

Declaration of the Right Reverend David C. Rice on Behalf of the Episcopal Diocese of San Joaquin and St. James Episcopal Cathedral Supporting Plaintiff The Episcopal Church ................................. 19

Declaration of the Right Reverend Lucinda Ashby on Behalf of the Episcopal Diocese of El Camino Real Supporting Plaintiff The Episcopal Church ................................................................. 20

Declaration of Stephen Reeves, Executive Director of Plaintiff Fellowship Southwest ....................... 21

Declaration of Reverend John Doe # 6 on Behalf of Anonymous Member Church Supporting Plaintiff Fellowship Southwest ................................................................................................ 22

Declaration of Reverend John Doe # 7 on Behalf of Anonymous Member Church Supporting Plaintiff Fellowship Southwest ................................................................................................ 23

Declaration of Barry Crossno, General Secretary of Plaintiff Friends General Conference ................. 24

Declaration of Interim Clerk Jane Doe # 8 on Behalf of Anonymous Monthly Meeting Supporting Plaintiff Friends General Conference ........................................................................................ 25

Declaration of Reverend Jihyun Oh on Behalf of Plaintiff General Assembly of the Presbyterian Church (U.S.A.) ....................................................................................................................... 26

Declaration of Pastor John Doe # 9 on Behalf of Anonymous Member Congregation Supporting Plaintiff General Assembly of the Presbyterian Church (U.S.A.) ............................................. 27

Declaration of Jane Doe # 10 on Behalf of Anonymous Congregation Supporting Plaintiff General Assembly of The Presbyterian Church (U.S.A.) ....................................................................... 28

Declaration of Pastor John Doe # 11 on Behalf of Anonymous Worshiping Community Supporting Plaintiff General Assembly of the Presbyterian Church (U.S.A.) ............................................. 29

Declaration of Giovanni Arroyo on Behalf of Plaintiff General Commission on Religion and Race of The United Methodist Church ............................................................................................... 30

Declaration of Pastor Alisa Lasater Wailoo on Behalf of First United Methodist Church of Germantown Supporting Plaintiff General Commission on Religion and Race of The United Methodist Church ...................................................................................................................... 31

Declaration of Pastor John Doe # 12 on Behalf of Anonymous Congregation Supporting Plaintiff General Commission on Religion and Race of The United Methodist Church .................................. 32

Declaration of Reverend Carlos L. Malavé, President of Plaintiff Latino Christian National Network ...................................................................................................................... 33

Declaration of Pastor John Doe # 13 in Support of Plaintiff Latino Christian
    National Network .................................................................................................................... 34

Declaration of Reverend Laura Everett, Executive Director of Plaintiff Massachusetts
    Council of Churches ................................................................................................................ 35

Declaration of Reverend Judith K. Hanlon on Behalf of Hadwen Park Congregational Church
    Supporting Plaintiff Massachusetts Council of Churches ....................................................... 36

Declaration of Jonathan Carlson, Moderator of Plaintiff Mennonite Church USA ............................... 37

Declaration of Pastor John Doe # 14 on Behalf of Anonymous Congregation Supporting
    Plaintiff Mennonite Church USA ............................................................................................ 38

Declaration of Pastor Jane Doe # 15 on Behalf of Anonymous Congregation Supporting
    Plaintiff Mennonite Church USA ............................................................................................ 39

Declaration of Bishop Thomas J. Bickerton on Behalf of Plaintiff New York Annual Conference of
    The United Methodist Church .................................................................................................. 40

Declaration of Reverend Dr. James F. Karpen on Behalf of St. Paul & St. Andrew United Methodist
    Church for Plaintiff New York Annual Conference of The United Methodist Church .................... 41

Declaration of Peter Cook, Executive Director of Plaintiff New York State
    Council of Churches ................................................................................................................ 42

Declaration of Reverend John Doe # 16 on Behalf of Anonymous Member Church Supporting
    Plaintiff New York State Council of Churches ....................................................................... 43

Declaration of Reverend Jennifer Copeland, Executive Director of Plaintiff North Carolina
    Council of Churches ................................................................................................................ 44

Declaration of Reverend John Doe # 17 Supporting Plaintiff North Carolina
    Council of Churches ................................................................................................................ 45

Declaration of Bishop Robin Dease on Behalf of Plaintiff The North Georgia Conference of
    The United Methodist Church .................................................................................................. 46

Declaration of Angela Gilreath-Rivers on Behalf of Anonymous Member Church for Plaintiff
    The North Georgia Conference of The United Methodist Church .......................................... 47

Declaration Pastor Jane Doe # 18 on Behalf of Anonymous Member Church Supporting
    Plaintiff The North Georgia Conference of The United Methodist Church ............................ 48

Declaration of Rabbi Jacob Blumenthal, Chief Executive Officer of Plaintiffs The Rabbinical
    Assembly and The United Synagogue of Conservative Judaism ............................................ 49

Declaration of Rabbi Jill Borodin on Behalf of Herself and Congregation Beth Shalom Supporting
    Plaintiffs The Rabbinical Assembly and The United Synagogue of Conservative Judaism .............. 50

Declaration of Rabbi Deborah Waxman, President and CEO of Plaintiff
    Reconstructing Judaism .................................................................................................................. 51

Declaration of Rabbi Dev Noily on Behalf of Kehilla Community Synagogue Supporting
    Plaintiff Reconstructing Judaism ................................................................................................... 52

Declaration of Rabbi John Doe # 19 on Behalf of an Anonymous Synagogue Supporting
    Plaintiff Reconstructing Judaism ................................................................................................... 53

Declaration of Jeremy Langill for Plaintiff Rhode Island State Council of Churches ............................ 54

Declaration of Reverend John Doe # 20 on Behalf of Anonymous Congregation Supporting
    Plaintiff Rhode Island State Council of Churches ........................................................................ 55

Declaration of Melissa S. Johnson, General Counsel and Vice President, People & Culture for
    Plaintiff Union for Reform Judaism ............................................................................................. 56

Declaration of Rabbi John Doe # 21 on Behalf of Anonymous Congregation in Support of
    Plaintiff Union for Reform Judaism ............................................................................................. 57

Declaration of Carey McDonald, Executive Vice President of Plaintiff Unitarian Universalist
    Association ..................................................................................................................................... 58

Declaration of Jane Doe # 22 on Behalf of Anonymous Congregation Supporting Plaintiff
    Unitarian Universalist Association ............................................................................................... 59

Declaration of Bishop Kenneth H. Carter, Jr. on Behalf of Plaintiff The Western North Carolina
    Conference of The United Methodist Church .............................................................................. 60

Declaration of Reverend John Doe # 23 on Behalf of Anonymous Member Church Supporting
    Plaintiff The Western North Carolina Conference of The United Methodist Church ................ 61

Declaration of Reverend John Doe # 24 on Behalf of Anonymous Member Church Supporting
    Plaintiff The Western North Carolina Conference of The United Methodist Church ................ 62

Declaration of Reverend Kerri Parker, Executive Director of Plaintiff Wisconsin
    Council of Churches ...................................................................................................................... 63

Declaration of Jane Doe # 25 on Behalf of Anonymous Member Church Supporting Plaintiff
    Wisconsin Council of Churches .................................................................................................... 64

Declaration of David Liners, Executive Director of Plaintiff WISDOM ............................................... 65

Declaration of John Doe # 26 in Support of Plaintiff WISDOM ............................................................ 66