# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants*. | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF DR. J. ELVIN SADLER, GENERAL SECRETARY-AUDITOR OF PLAINTIFF THE AFRICAN METHODIST EPISCOPAL ZION CHURCH

I, Dr. J. Elvin Sadler hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the General Secretary-Auditor of the African Methodist Episcopal Zion Church ("A.M.E. Zion"), and I have served in that role since 2016. I help lead the day-to-day operation of the denomination and serve as a denominational representative to ecumenical bodies.

2. I make this statement based upon personal knowledge, files and documents of A.M.E. Zion that I have reviewed, as well as information supplied to me by A.M.E. Zion members whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting A.M.E. Zion's business.

3. A.M.E. Zion is a historically African-American Christian denomination, founded by Bishop James Varick in 1796 in New York City. It was chartered in 1801 and was authorized as a denomination in 1820, and it is headquartered in Charlotte, North Carolina. The denomination

is governed by a General Conference and is overseen by Bishops. As a Connection of Churches, we are One: even though each congregation is a local ministry outpost, damage to one of our churches impacts the strength of the whole.

4. The A.M.E. Zion Church has 1600 congregations in the continental United States with more than 1.2 million members globally. Affectionately known as "The Freedom Church" and the Church of Harriet Tubman, Frederick Douglass, and Sojourner Truth, A.M.E. Zion proudly upholds Methodist doctrine and consistently promotes civil rights and liberation theology as its central focus for all people. Because our mission is "Loving God with all our heart, with all our soul, and with all our minds, and to love our neighbor as ourselves," A.M.E. Zion is committed to serving people regardless of race, creed, color, faith or national origin, including immigrants lacking legal status.

5. We wholeheartedly believe in the scriptural admonition to entertain and love strangers and those from foreign lands. The legal status of the person is of no consequence, as the scripture makes no such distinction. Historically, our world is made up of immigrants. People have migrated from one land to another throughout humanity's history. It is the story of the Jewish community and it is also the story of Christianity. As spiritual nomads, it is our responsibility to take in the stranger and those on the fringes. This theology is deeply woven into our denominational narrative.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of immigration enforcement actions.

7. We have congregations located across the country, including in cities and neighborhoods with large immigrant communities and in areas where Immigration and Customs Enforcement ("ICE") and Customs and Boarder Protection ("CBP") have conducted enforcement actions in the past few weeks, such as Southern California, Southern Florida, Louisiana, Arizona, and Texas. One congregation in Southern California is about 10 minutes from the border and located in a community that is 80 percent Hispanic. Some of our pastors have heard from community members that they have seen ICE enforcement actions occurring near our congregations. One of our congregations in Northern California is located in a majority immigrant neighborhood and has observed ICE stopping and questioning people in the community over the last few weeks. And a Bay Area congregation has had members report seeing ICE enforcement activities near the church recently.

8. Although we are a historically African-American denomination, our membership is multicultural. For example, one member congregation in Arizona welcomes worshippers who hail from places as diverse as Alaska, Mexico, and West Africa. Another congregation, located in the Bay Area, has a notably diverse congregation, nearly 40 percent of whom are immigrants from across Africa, Latin America, and Asia. The majority of our congregations serve people of color, and many of our congregations serve immigrants, including those who are undocumented. Several of our congregations host bilingual services in Spanish and English. A member congregation in Arizona, for example, has Bibles in Spanish and provides an interpreter during Sunday services.

9. Many of our congregations have social service outreach programs on their campuses, such as soup kitchens, clothing closets, ESL classes, and other social programs. A congregation in North Carolina, for example, holds food outreaches on church property in partnership with a

3

local food bank. These programs serve all members of the community, regardless of their immigration status. For our congregations in largely immigrant communities, like one of our churches located in Southern California, nearly all of the individuals they serve are immigrants, both documented and undocumented. One of our congregations in Arizona has immigrant-focused social service activities, assisting immigrants with things like finding a job, getting clothes, and navigating the immigration process. Some congregations also provide facility space to Hispanic churches or immigrant rights advocacy groups. One congregation in Northern California shares their fellowship hall with an immigrant rights organization for their monthly meetings.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of their community, including those who are immigrants and without lawful status. We believe that a church is a place of refuge and hope for all people. An enforcement action will violate the sanctity of our worship spaces and disrupt our congregants' ability to worship without fear.

11. Likewise, an enforcement action directed at our congregations' social service ministries will prevent them from carrying out our mission to welcome and serve all, including immigrants. A.M.E. Zion is called to advocate for the oppressed and marginalized, inspired by Jesus Christ's teachings of love and compassion. It is a core part of our mission to welcome immigrants as some of society's most vulnerable and to provide them with the resources they need. ICE or CBP action at our churches will undermine our congregants' ability to provide that care and interfere with a key element of our religious practice.

12. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the rescission, congregations have reported a decrease in worship attendance, with congregants conveying that they are now afraid of going to church due to the imminent risk of an ICE raid or enforcement action. A congregation in the Bay Area reported that there is an environment of fear in their community, particularly among immigrants, that has affected church members. Even documented immigrants have expressed fear about the risk of getting swept up in an enforcement action. A congregation in Georgia reports that several members of the congregation are no longer participating in in-person gatherings for fear of ICE.

13. The rescission of the sensitive locations policy also puts our congregations in the impossible position of choosing whether to freely carry out their religious mission while putting congregants and those they serve at risk of arrest or deportation, or to instead change the way they serve and minister in an effort to protect those congregants. Either of these choices is inconsistent with our religious beliefs. Our congregations are trying their best to fulfill our religious mission and mandate under duress, but the threat of enforcement action severely hampers our mission to help others who are in need of the services we provide.

14. Faced with this choice, some congregations are already making changes to the way worship and other services are conducted. A congregation in Arizona is considering postponing church services or moving them online. A congregation in Northern California has advised immigrant groups that use its space to stop advertising the location of their meetings so publicly. And a congregation in North Carolina has had to invest time and resources in contemplating how to convince immigrant neighbors to continue to patronize its food pantry and how to make that experience safer. These changes undermine our congregations' ability to follow Jesus's

5

teachings and open themselves up as a welcoming and safe place for all members of the community.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Dr. J. Elvin Sadler*

Dr. J. Elvin Sadler