# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF REVEREND JANE DOE # 1 SUPPORTING PLAINTIFF AFRICAN METHODIST EPISCOPAL ZION CHURCH**

I, Reverend Jane Doe # 1, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as pastor of a congregation located in Northern California. We have been part of The African Methodist Episcopal Zion Church since our founding.

2. I wish to submit this declaration anonymously out of fear that my church will be targeted for immigration enforcement action. In addition, during the first Trump administration, our church was targeted by right wing extremists and we had to have local police presence to prevent them from acting on their threats. I would like to avoid that again if possible.

3. We serve all people, without regard to immigration status, as we believe that the Bible teaches us to love and serve everyone and to treat no one as a stranger or foreigner. Our Book of Discipline affirms this belief.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President

Docusign Envelope ID: 3D42E0BE-ED80-4E36-A5BD-0A29D281C155

Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. The neighborhood in which our church is located is majority immigrant, with most being Latinx and many being undocumented. It is the only majority immigrant neighborhood in our city. In the previous Trump administration, Immigrations and Customs Enforcement ("ICE") was very active in our community and targeted this area in particular. As of just a few weeks ago, we've seen enforcement here ramp up again—ICE has started stopping people in our community and questioning them frequently.

6. For over a decade, our church has publicly and explicitly served the material and spiritual needs of our immigrant neighbors. This work is personal to us: our entire congregation immigrated to this country, voluntarily or involuntarily. These social service ministries include academic tutoring, immunizations, civic education, and more. Most of the individuals we serve are recent immigrants, many of whom are undocumented. We offer our church as a safe place for our immigrant community, and in the previous Trump administration we did all we could to shelter local immigrants and let them know that they could always come to our church as sanctuary. We also share our space with local immigrant groups so that they can hold meetings.

7. An immigration enforcement action will substantially burden our religious exercise by preventing us from carrying out our mission to welcome and serve all immigrants, and will hinder our duty to minister as Jesus would do. Indeed, the risk of immigration enforcement action is already having a negative effect on our religious exercise, as we have not had any Latinx visitors worship with us. Our undocumented neighbors are reeling. Even the documented immigrant population is extremely cautious, and taking measures to be able to prove they belong

here. We are considering whether we can continue to allow immigrant groups to meet at the church, as we are concerned that they may be a "sitting duck" for ICE.

8. We have had reports of ICE raids and of relatives and loved ones being detained, which is already deterring attendance at our ministries. They are terrified, and rightly so! We are supposed to help, to love, and to show the compassion of Jesus. That is why we exist—to spread God's love through good works so that all may know that Jesus loves them. The imminent threat of enforcement action undermines our ability to have a positive impact on the community and to serve our immigrant neighbors as Jesus commands us to do.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Signed by:*
Jane Doe # 1
4E351885C849489...

Reverend Jane Doe # 1