# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF REVEREND FREEMAN L. PALMER, CONFERENCE MINISTER OF PLAINTIFF CENTRAL ATLANTIC CONFERENCE UNITED CHURCH OF CHRIST**

I, Reverend Freeman L. Palmer, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Conference Minister of the Central Atlantic Conference United Church of Christ ("CAC").

2. I make this statement based upon personal knowledge, files and documents of CAC that I have reviewed, as well as information supplied to me by members of CAC whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting CAC business.

3. The United Church of Christ ("UCC") was created in 1957 by a merger of five denominational streams. The UCC is composed of 36 regional conferences, including CAC, organized in 1964. CAC is a regional setting of 153 congregations in New Jersey, Maryland,

Delaware, Virginia, West Virginia, and Washington, DC.  CAC is headquartered in Catonsville, Maryland.

4. The following is CAC's mission: "Empowered by Jesus' inclusive journey of love, justice, and hope, the Central Atlantic Conference of the United Church of Christ strives to foster the strength and well-being of the church in all its settings.  Our overarching goal is to embody and carry out our ministries in ways that manifest our unity in Christ and the richness of our diversity."

5. CAC's role is as a "united and uniting" church, wherein each congregation governs itself as led by the Holy Spirit and lives in covenantal relationship with one another.  As such, an injury to any congregation is an injury to the whole of the Conference, and we actively engage in addressing matters that may impair the ministry and witness of any of our local congregations.

6. CAC believes in the sacredness and holiness of all God's creation.  Every human being, with no exception, bears the image of God and has the right to live in *shalom* – a concept deeper than conventionally defined "peace," incorporating wellness and safety.  We subscribe to the Biblical imperative to treat "the stranger who sojourns with you as the native among you, and [to] love him as yourself."  In accordance with the UCC's core value of Extravagant Welcome, CAC believes that immigrant communities do not deserve the terror of harassment, threats, raids, violence, imprisonment, separation from their families, and deportation, but rather deserve welcome and sanctuary.  While our polity allows our congregations to hold different positions, I know that these beliefs are shared by a substantial number of our congregations, and I am not aware of any congregations that believe differently.

7. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President

2

Trump's second term, I have strong reason to believe that CAC congregations are at imminent risk of immigration enforcement activity.

8. CAC has congregations along the Mid-Atlantic Seaboard, including in several areas at high risk for immigration enforcement activity in New Jersey, Delaware, Maryland, and Virginia. Specifically, several member congregations are situated in areas with significant immigrant communities near poultry plants and farms in the Delaware-Maryland-Virginia peninsula. Immigration and Customs Enforcement ("ICE") has conducted heightened enforcement in several areas in which our churches are located, including in Newark, New Jersey, since the rescission of the sensitive locations policy.

9. CAC congregations include immigrants from around the world, including Central America, Indonesia, Burma, China, Haiti, India, and Pakistan. At the Reformed Church of Highland Park ("RCHP"), approximately 40 percent of congregants are immigrants, many of whom are undocumented and have been subject to immigration enforcement action, including one congregant who is currently in ICE detention. Our congregations welcome immigrants to worship and into membership regardless of their documentation. For example, People's Church of Dover advertises "[a]ll immigrants welcome," and the First Congregational United Church of Christ in D.C. has stated in worship that undocumented individuals are "fully welcomed into our sanctuary."

10. A substantial number of CAC congregations have social services ministries that serve both documented and undocumented immigrants, such as English courses, soup kitchens, and legal services. The People's Church of Dover houses 65 people and feeds approximately 90 people each night, in addition to providing individualized case management and drug treatment support. These services are provided on church property and are essential to the congregation's

3

sense of mission and identity.  They serve citizens and immigrants, both documented and undocumented.  Those served, although not formally members of the congregation, are all considered part of the church.  Similarly, St. Paul's United Church of Christ, in Westminster, Maryland, provides a weekly community meal for 60-100 people.  That weekly meal is open to all and serves both documented and undocumented immigrants.   And RCHP provides social services in its church building to over 3,000 refugees, parolees, asylees, asylum seekers, and trafficking victims each week.  Many of these programs serve immigrants, both documented and undocumented, two of whom are currently in ICE detention.

11. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm CAC and our congregations by interfering with our religious mandate to worship in person together, with all members of their community, including those who are immigrants and without lawful status.  It will substantially disrupt our ability to provide spiritual sustenance and nurture our congregants' faith, subjecting them to trauma in a place that is supposed to be peaceful and holy.

12. Likewise, an immigration enforcement action directed at our congregations' social service ministries will thwart our mission to welcome and serve all immigrants, which is an essential element of living out and practicing their faith in accordance with the Gospel.  One CAC pastor told me that an immigration enforcement action would likely require him to add security and lock the church doors, preventing them from welcoming those seeking worship or services.

13. DHS's new enforcement policy is already substantially burdening CAC and its congregations' religious exercise by forcing a choice between refraining from welcoming undocumented congregants to participate in communal worship services and social service

ministries or putting them at risk of enforcement action—either of which violates our sincerely held religious beliefs. As interim measures, congregations are designating worship and other spaces for "private gatherings," to protect services or ceremonies there such as weddings, funerals, and baptisms. At one church, a partner organization has encouraged the congregation to stop advertising its support for immigrants, including by removing pro-immigrant signs from the windows, to protect the church from enforcement operations. Another congregation has become very cautious about what it shares with the public. All of these measures are inconsistent with our Core Value of Extravagant Welcome, yet necessary to avoid making our congregants and visitors targets for enforcement action.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Freeman L. Palmer*

Reverend Freeman L. Palmer

5