# EXHIBIT 4

# EXHIBIT 4

Docusign Envelope ID: 2328754F-63FD-4287-AF9D-1214D5C699D1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF REVEREND SETH KAPER-DALE ON BEHALF OF THE REFORMED CHURCH OF HIGHLAND PARK IN SUPPORT OF PLAINTIFF CENTRAL ATLANTIC CONFERENCE UNITED CHURCH OF CHRIST

I, Reverend Seth Kaper-Dale, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as co-pastor for the Reformed Church of Highland Park ("RCHP"), in Highland Park, New Jersey. RHCP became a member of the Central Atlantic Conference United Church of Christ in 2018.

2. At RCHP, we believe that worship of God is interwoven with love and care for the Other. Our church is called to worship God together, to learn and teach the gospel; to serve one another, our community, and the world with Christ's love; and to provide and maintain a consecrated place for our worship, mission, and fellowship. We are committed to learning how to practice our faith in ways that follow Jesus into the heart of God's kingdom, predicated on compassion and true justice. We see our social service ministries, particularly those which serve undocumented immigrants, as a Response to God.

3. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

4. Approximately 40 percent of RCHP's congregants are immigrants from over 25 countries, including Venezuela, Guatemala, Peru, Jamaica, Trinidad, Grenada, Dominica, St. Lucia, the Democratic Republic of Congo, Eritrea, Nigeria, Kenya, Eswatini, Lebanon, Egypt, Korea, Japan, Russia, and Belarus. Many of these community members are undocumented and have been subject to immigration enforcement action, including one congregant who is currently in ICE detention.

5. RCHP also provides social services in our church building to approximately 500 refugees, humanitarian parolees, asylees, asylum seekers, unaccompanied minors, and trafficking victims per day. Many of these programs serve immigrants, both documented and undocumented. At least two of the undocumented people we serve are currently in Immigration and Customs Enforcement ("ICE") detention. We employ over 100 people to work with refugees and immigrants, coordinating an "Interfaith-RISE (Refugee & Immigrant Support & Empowerment)" program to resettle refugees in central New Jersey. We also coordinate the Deportation and Immigration Response Equipo, which provides support services (including housing, food, and counseling) to people facing immigration detention and deportation.

6. In the early 2000s, our commitment to loving the stranger led RCHP to support the Indonesian Christian community in Highland Park, who fled religious persecution in Indonesia to seek asylum in the United States and were facing collective deportation. We offered housing in our church to nine men in 2012 and to three men in late 2017.

7. Due to our outspoken support of our undocumented neighbors and previous confrontations with ICE, we are a likely target for immigration enforcement action during our worship services and outreach ministries on church property. Indeed, we have had numerous confrontations with ICE at our church over the years.

8. An enforcement action during a worship service, religious ceremony, or other church activity will substantially burden our congregation's religious exercise by interfering with our religious mandate to worship together in person as a congregation, with all members of our community, including those who are immigrants and without lawful status. Such an enforcement action will inflict spiritual trauma on our congregants. An enforcement action during our social service ministries will interfere with the social and evangelical work we feel called to do as Christians.

9. DHS's new enforcement policy is already substantially burdening our religious exercise. If we continue to operate social service ministries at our church while we are under imminent threat of immigration enforcement action, we put the people we want to serve at risk by inviting them to our building. But if we cease providing those ministries, recipients will lose employment services, English lessons, school support, mental health services, cash assistance, and possibly housing, which we feel called by God to provide. Either option violates our religious beliefs. We are also mitigating our exposure to enforcement action by limiting the information we share publicly, at the cost of potentially preventing service recipients from accessing our social service ministries and undermining our religious mission to be an open and welcoming space for all. We have also had to put "STAFF ONLY" signs all over our church in an effort to protect our spaces from ICE intrusion, undermining our congregation's spirit of

3

openness and hospitality as well as our children's sense of welcome in their Sunday school classrooms.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Seth Kaper-Dale*

Reverend Seth Kaper-Dale