# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF RABBI SERGE A. LIPPE IN SUPPORT OF PLAINTIFF THE CENTRAL CONFERENCE OF AMERICAN RABBIS**

I, Rabbi Serge A. Lippe, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Senior Rabbi of the Brooklyn Heights Synagogue in New York City, a role in which I have served for more than 28 years. I have also been a member of the Central Conference of American Rabbis ("CCAR") for my entire career—more than 33 years.

2. I submit this declaration on my own behalf and share my congregation's name for identification purposes only.

3. As a Union for Reform Judaism synagogue, my congregation subscribes to our Movement's and Judaism's commitment to welcoming the stranger and the Biblical prohibition against oppressing the sojourner (migrant). The Torah commands, "The strangers who reside with you shall be to you as your citizens . . . for you were strangers in the land of Egypt" (Leviticus 19:34). Beyond those specific obligations, we affirm Isaiah's mandate that our House shall be a House of Prayer for all people (Isaiah 56:7). We have no litmus test for those who

wish to worship in our community. All must feel safe upon entering our House. Our history also informs our commitment to the immigrant community. As Jewish-Americans, we are all the descendants, removed by one or two generations, of immigrants. Motivated by our religious texts and our history, serving the needs of the stranger, or *ger* (the Hebrew Bible's term which describes those residing among us who are not native or citizen), is a central focus of my congregation.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that my synagogue is at imminent risk of an immigration enforcement action.

5. According to the Mayor's office, roughly 500,000 undocumented immigrants live in New York City. New York City is a city of immigrants, and 29 percent of the City's population is Hispanic. Public reporting indicates that Immigration and Customs Enforcement ("ICE") raids have been conducted in various parts of the New York metropolitan area in recent weeks, including a raid that swept up Puerto Rican Americans in nearby Newark, New Jersey. These raids seem particularly aimed at ideologically liberal cities and states, especially those like New York City that identify as "sanctuary cities."

6. Our synagogue's risk of enforcement action is particularly heightened because we have operated a homeless shelter for almost 40 years, one of the longest operating synagogue-based homeless shelters in New York City, and given the demographics described above, I have good reason to believe that our shelter serves undocumented immigrants. We have also sponsored and hosted a number of refugees/asylees from Syria, African nations, and elsewhere over the years. Other than as required by law for employment at the synagogue, we do not inquire of anyone

2

what their legal status in the country is to receive attention or support of any of our programs. A number of our congregational families are also independently supporting immigrants in their neighborhoods.

7. The wave of immigration enforcement actions is particularly threatening to my congregation because of our proximity to ICE. My synagogue is located in the heart of Downtown Brooklyn and is the closest synagogue to the borough's federal office buildings and courts. The synagogue is close to the Brooklyn side of the Brooklyn Bridge, and ICE's New York City headquarters is located just on the other side of that bridge. Federal law enforcement may easily observe the large weather-proof banner on the front of our building that reads: "Our Sanctuary Welcomes Refugees and Immigrants – Brooklyn Heights Houses of Worship."

8. An immigration enforcement action at our synagogue during worship or at any point in the day—especially when young children are present and being educated in their religious tradition—would be shocking and injurious to our community, substantially burdening our religious practice. The guarantee that we, as a minority religious community, can conduct our religious life (including our social justice work) without fear of government intrusion is the backbone of the American compact with religious groups.

9. DHS's new enforcement policy also threatens my congregation's financial security. We operate based on member pledges and school fees. Anything that makes people feel less likely to attend and participate at the synagogue has negative ramifications for our affiliation rates and therefore our financial resources. Additionally, both worship and school classes require a basic minimum number of attendees to operate (in worship such a minimum quorum of ten Jewish adults is called a *minyan*). Any diminishment in our numbers is sure to impact the viability of the synagogue and its religious programs.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Serge A. Lippe*

Rabbi Serge A. Lippe

4