# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF REVEREND TERESA HORD OWENS, GENERAL MINISTER AND PRESIDENT OF PLAINTIFF THE CHRISTIAN CHURCH (DISCIPLES OF CHRIST) IN THE UNITED STATES AND CANADA

I, Reverend Teresa Hord Owens, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the General Minister and President of the Christian Church (Disciples of Christ) ("Disciples of Christ") in the United States and Canada. Disciples of Christ is headquartered in Indianapolis, Indiana.

2. I make this statement based upon personal knowledge, files and documents of Disciples of Christ that I have reviewed, as well as information supplied to me by members of our denomination whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting Disciples of Christ business.

3. Disciples of Christ originated in Cane Ridge, Kentucky, in the early 1800s as a movement that rejected any test of fellowship to be welcomed into the Body of Christ. The

current denominational name and structure were adopted in 1969. We now have over 3,000 congregations, all but 20 of which are in the United States.

4. Disciples of Christ understands itself to be one church with many congregations. We are a church with local, regional, and general (church-wide) expressions, but all act in covenant with one another. All congregations, regions and general ministries are connected via the governance of the General Board and the General Assembly, even as each expression operates with its own self-governing authority. While we allow for theological diversity, we affirm a common confession in Jesus Christ as Lord and Savior.

5. Our unified funding system, Disciples Mission Fund, is a mechanism by which congregations give to the church, and resources are allocated across regions and general ministries for the common ministry we all share. Whenever one Disciples congregation is affected, the whole body suffers and will seek to respond through common witness and commonly held church resources. Our affiliation to the General Assembly, and the shared witness among us is important to our identity as one church. The role of the General Minister and President is tasked with leading the whole denomination, caring for and representing the whole denomination and all affiliated congregations.

6. Because the Bible calls Christians to welcome the stranger, Disciples of Christ has long been "immigrant welcoming" and involved in settling refugees and supporting immigrants in local communities. Our congregations welcome and serve immigrants regardless of status, believing that all are created in the image of God and that all persons have a right to respect, dignity, a means to support themselves, and opportunity to determine their own futures.

7. Since 1981, the General Assembly has passed resolutions, making statements in support of the ministry to immigrants. The most recent resolution was passed in 2017: "On Becoming

Immigrant Welcoming Congregations," https://ga.disciples.org/resolutions/2017/ga-1723/. Other resolutions were passed in 1981 (Needs of Immigrants, Illegal Aliens, For El Salvadorans), 1983 (First Asylum), 1997 (Support of the Vulnerable), 2003 (Immigration, Ministry and Hispanic Pastors, Assuring Civil Liberties and Equal Justice to Immigrant Communities in the United States), 2007 (Welcoming New Neighbors), and 2019 (State of Global Forced Migration).

8. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of immigration enforcement activity.

9. Many of our congregations are located in areas with significant Immigration and Customs Enforcement ("ICE") and Customs and Border Protection ("CBP") enforcement activity, including along the border in Arizona, Texas, and California. We also have a number of African and Haitian immigrant congregations in New York, Florida, Minnesota, and Ohio. Other congregants are immigrants from Cuba, Mexico, Guatemala, Colombia, El Salvador, and other countries in South America. Our congregations do not inquire whether immigrant members and visitors have legal status or not, for we believe that all are welcome. We know, however, of congregants who have been detained by ICE, and we know that we have both clergy and congregants who are currently at risk of ICE enforcement action against them.

10. Many of our congregations offer social service ministries in their churches that welcome all, including immigrants, such as food and clothing pantries, as well as specific services to immigrants such as English classes or legal services. These ministries serve both documented and undocumented people.

3

11. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our religious exercise by interfering with our ability to engage in communal worship and ministry work and by destroying the sanctity of our space. When our congregants do not feel safe to attend worship services or to either partake in or provide various social service ministries, we are no longer free to worship and live our faith as we wish.

12. The rescission of the sensitive locations policy is already burdening our religious exercise. The stress on our clergy and our immigrant congregants is palpable. Our pastors report that some of their congregants are staying home from church for fear of being detained. Our ability to follow the teachings of Jesus is compromised when those we serve are not safe in our church. Some congregations are preparing to provide services for those who are afraid to leave their homes and come to church. Congregations are developing plans of action to be taken in the event of ICE or CBP activity at their churches, which takes time and energy away from their ministry work. They also feel pressured to cut back on their services in order to maintain a safe environment, but that would run counter to our theological commitment to welcome and serve all people, especially immigrants. DHS has left us with no option that permits us to fulfill our religious mandate to serve all humanity, making no distinction on birthplace or immigration status.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Teresa Hord Owens*
—1A6567A1E81F48A...
Reverend Teresa Hord Owens

4