# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF REVEREND MARY ABIGAIL CONLEY
SUPPORTING PLAINTIFF CHRISTIAN CHURCH (DISCIPLES OF CHRIST)**

I, Reverend Mary Abigail Conley, upon my personal knowledge, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Senior Pastor of SouthPointe Christian Church (Disciples of Christ) ("SouthPointe"). SouthPointe is a congregation of the Christian Church (Disciples of Christ) ("DOC"). SouthPointe is located on the south side of Lincoln, Nebraska and has about 115 members and about 60 regular participants in the life of the church.

2. SouthPointe's mission statement is "Welcome All, Feed the Soul, Serve with Joy." There are three stories that are central to that mission and identity as a congregation: the parable of the Good Samaritan (Luke 10:25-37), the miracle of Jesus feeding the 5000 (Matthew 14:13-21; Mark 6:31-44; Luke 9:12-17; John 6:1-14), and the miracle of Jesus calming the storm (Matthew 8:23-27; Mark 4:35-41; Luke 8:22-25). Out of these three stories, we draw our commitment to provide refuge for neighbors and food for neighbors. It is imperative to our feeding ministry that people feel safe in our church building and find it a refuge. As the political climate has shifted,

we have taken steps to make sure immigrants know they are welcome. Materials about rights are available in multiple languages, and we have a zero-tolerance policy for hate speech, including on clothing.

3. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that SouthPointe is at imminent risk of an immigration enforcement action.

4. Lincoln is a targeted refugee resettlement site and the twelfth largest resettlement site per capita in the country. We are home to more than 30,000 immigrants and refugees, representing more than 10 percent of our population. There is a strategic plan in place by the city that focuses on continuing to welcome immigrants, who are necessary for our work force.

5. Every Wednesday, we gather to feed our hungry neighbors. Congregant volunteers pick up leftover food from local grocery stores for distribution from our sanctuary and lobby to anyone who asks. Each week, we serve approximately 45 to 100 households. Some of our regular recipients are immigrants, including people who fled the wars in Ukraine and Afghanistan, as well as people from Iran, Vietnam, and several Spanish speaking countries. We do not differentiate between immigrants who have legal status and those who are undocumented. We know a person's immigration status only if they tell us in conversation. Some participants have told me that they are undocumented. Our food program is widely publicized, making it an easy target for ICE.

6. An immigration enforcement action during our food program will substantially burden our religious exercise by preventing us from carrying out our mission to feed, serve, and protect our vulnerable neighbors regardless of documentation. Our church is supposed to be a place of

refuge where our congregants and visitors find safety and healing from life's storms. An enforcement action will destroy that refuge. I believe that many of our members over the age of 70 will be afraid to participate again; the loss of that demographic will cause our church to close. An enforcement action will force us to stop feeding our hungry neighbors, which would be an abandonment of our religious mission. Without the ability to feed our neighbors in some way, our church will likely close.

7. The rescission of the sensitive locations policy is already substantially burdening our religious exercise. I am SouthPointe's only full-time employee and its greatest expense, and my attention and energy are already diverted by the policy change, as we try to make changes that will keep our visitors safe when they visit our church. In the absence of a court order protecting our church from enforcement action, we will have to change the way we provide services, probably offering to-go boxes for people if needed. Right now, we allow people to come in and "shop" for food, which means they get food they can and will use. It is less helpful to them and much more labor intensive for us to pack boxes; we will need to increase our number of volunteers.

8. We will also need to change our public messaging in worship and on social media to make clear how we will attempt to serve people safely. Feeding our hungry neighbors will become much more difficult. I also do not know how we could communicate with those neighbors; it's much more likely they would just stop showing up. We cannot love our neighbor as commanded in scripture if we don't know where they are, nor can we continue to feed them.

I hereby declare under penalty of perjury that the foregoing is true and correct.

3

Dated: 2/19/2025          Respectfully submitted,

Signed by:

*Mary Abigail Conley*
—51A0599E35EC42A...
Reverend Mary Abigail Conley

4