# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

    *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY et al.,

    *Defendants.*

Civil Action No. 1:25-cv-00403

### DECLARATION OF PASTOR JOHN DOE # 2 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF CHURCH OF THE BRETHREN

I, Pastor John Doe # 2, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the lead pastor at a Church of the Brethren congregation on the West Coast.

2. I wish to submit this declaration anonymously out of fear that my church will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Patrol ("CBP").

3. Our faith teaches us to show our love for God and one another through worship and community service. We have received God's grace and mercy and that's exactly what we as a church provide to our immigrant community.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy and its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

5. Our congregation is located in an urban center with a substantial Hispanic population. The vast majority of our members are Hispanic. Our membership includes a significant number of members who are undocumented, some of whom have resided in the United States for years. Several members of our congregation have Deferred Action for Childhood Arrivals ("DACA") status, and other have Temporary Protected Status ("TPS").

6. In addition to worship services, our congregation also operates a robust service ministry that provides food boxes to hungry families within our community every Thursday. This ministry serves a substantial number of immigrants, both documented and undocumented—we do not discriminate based on legal status.

7. An immigration enforcement action at our church will substantially burden our religious exercise by preventing us from carrying out our religious mandate to worship together in person as a congregation, with all members of our community, including those who are immigrants and without lawful status.

8. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. In the few weeks since the DHS sensitive locations policy's rescission, our church's activities have already been directly impacted. Attendance at Sunday worship services has declined approximately 33 percent, from an average attendance of approximately 140 to approximately 90 individuals. My congregants tell me that the reason they are no longer attending services is that they fear ICE or CBP will target our congregation.

9. Not only has this decline in attendance burdened the religious exercise of those congregants who are missing worship services due to fear, but it also impacts the religious exercise of those attending by diminishing the shared community and fellowship experience.

2

Children specially are affected because they fear for their parents and choose to stay home. These kids are missing out on the healing power of interacting with other kids from church.

10. DHS's new enforcement policy has also directly impacted our food distribution program, because individuals fear the risk of being arrested by ICE if they come to church to receive the food boxes. Prior to the change in policy, our congregation provided food boxes to 30 to 40 families every Thursday. As a result of the change in enforcement policy, the families we served were too afraid to come to the church to receive a food box because they feared that they could be targeted in an ICE enforcement action. In an attempt to fulfill our service ministry, our congregation has been forced to significantly change the nature of the program. Our members now attempt to deliver the boxes to the families at their homes. This change imposes an increased burden on our members by making it more difficult to coordinate and time consuming. It has also made the program more costly due to the transportation cost for gasoline. In addition, the change has limited our ability to include perishable items in the boxes due to limited storage for items that need refrigeration.

11. Church is considered like a second home to our families, and when some families are missing the whole congregation suffers. The fear of deportation can lead to emotional and developmental challenges and that causes a challenge to pastors and leaders of our church.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Signed by: John Doe #2*
—282D9F91063F4C3...
Pastor John Doe # 2