# EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF PASTOR JOHN DOE # 3 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF CHURCH OF THE BRETHREN

I, Pastor John Doe # 3, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the lead pastor at a Church of the Brethren congregation in the Atlantic Southeast District.

2. I wish to submit this declaration anonymously out of fear that my church will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Patrol ("CBP").

3. Church of the Brethren's motto – "Continuing the Work of Jesus, Peacefully, Simply, Together" – is our guiding principle, and we strive to live by it by showing our love for God and one another through worship and community service. Based on these religious values, my congregation welcomes everyone regardless of their immigration status.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy and its plan to arrest and deport all undocumented people during President

Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

5. Our congregation is located in a city with a substantial and diverse immigrant population. The vast majority of our congregation members are Haitians, and our membership includes a significant number of people who have parole or Temporary Protected Status that is scheduled to expire in the near future.

6. Our congregation has worship services every Sunday morning and evening. We also have Sunday School classes on Sunday morning before worship services, a Bible Study on Tuesday evening, and a prayer service on Friday evening. In addition to worship services, our congregation also operates a food pantry on Wednesday and Thursday that serves our local community, which includes both Hispanic and Haitian immigrants. Our food pantry serves all in need regardless of their immigration status.

7. An immigration enforcement action at our church will substantially burden our religious exercise by preventing us from carrying out our religious mandate to worship together in person as a congregation, with all members of our community, including those who are immigrants and without lawful status.

8. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. Attendance at Sunday worship services has declined from an average attendance of approximately 370 to 270 individuals. My congregants tell me that the reason they are no longer coming to church is that they fear ICE will target our congregation.

9. Not only has this decline in attendance burdened the religious exercise of those congregants who are missing worship services due to fear, but it also impacts the religious exercise of those attending by diminishing the shared community and fellowship experience.

10. DHS's new enforcement policy has also directly impacted our food pantry program because individuals fear the risk of being arrested by ICE if they come to church to receive food from our pantry.

11. DHS's new enforcement policy forces us to choose between freely carrying out our religious mission, which we feel we must do as a church, and violating our commitment to welcome and protect immigrants by putting those we call to worship with us and minister to at risk of ICE action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:
*John Doe #3*
69CC32539163442...
Pastor John Doe # 3

3