# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF JESSE RINCONES, EXECUTIVE DIRECTOR OF PLAINTIFF CONVENCIÓN BAUTISTA HISPANA DE TEXAS**

I, Jesus "Jesse" Rincones, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of Convención Bautista Hispana de Texas ("CBHT") and have served in that role since 2011.

2. I make this statement based upon personal knowledge, files and documents of CBHT that I have reviewed, as well as information supplied to me by members of CBHT whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting CBHT business.

3. CBHT was founded in 1910 (as the Convención Bautista Mexicana de Texas) and incorporated in 2011. We are a nonprofit membership organization with our registered office in San Antonio, Texas.

4. Our mission is to help churches and their members fulfill their God-inspired vision. We currently serve nearly 1,100 Hispanic Baptist churches in Texas. The basis for our association and our members' work in social service outreach is grounded in Biblical principles that require us to worship, gather, and study the Bible together, and to celebrate the Lord's Supper by taking communion as a body of believers.

5. Also core to our organization is the biblical mandate to love and care for all individuals, regardless of status, and especially immigrants, whom the Bible commands we welcome and protect. Most of CBHT's member churches are affiliated at the national level with the Southern Baptist Convention, which has affirmed the responsibility of churches to minister to all individuals, regardless of immigration status, and has declared that any form of nativism, mistreatment, or exploitation is inconsistent with the gospel of Jesus Christ. Consistent with these religious tenets, CBHT members welcome undocumented people into their churches for worship services, social service ministries, and other church activities.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that CBHT members are at imminent risk of immigration enforcement activity at their churches.

7. CBHT member churches are located all along the border of Texas, from the Rio Grande Valley to El Paso. We also have churches located in cities with large immigrant communities, both documented and undocumented, such as Houston, Dallas-Ft. Worth, San Antonio, and Austin. Immigration and Customs Enforcement ("ICE") has conducted raids in many areas in which our churches are located since the sensitive locations policy was rescinded.

8. The overwhelming majority of CBHT members have immigrant congregants coming from all over Latin America, some of whom are undocumented. For example, the congregation at Azle Avenue Baptist Church is 75 percent immigrant. A member church in El Paso is 40 percent immigrant, most of whom are undocumented. Another church in Austin is 75 percent immigrant, some of whom are undocumented. Some of these congregants have received letters to appear or have been arrested by ICE in the past. Other undocumented congregants have been deported.

9. CBHT member churches also provide social service ministries to immigrant neighbors, including ESL classes, food pantries, food distribution, back-to-school events, clothes closets, weekly community meals, and immigration ministries. Azle Avenue Baptist Church has an Immigration Aid Office designed to aid neighbors with navigating the immigration system, including obtaining DACA status and applying for asylum. These services are provided on church property, and they are part of the church itself—organized, run, and funded by the congregations. They serve citizens and immigrants, both documented and undocumented.

10. The above-referenced church in El Paso has two social service ministries in its church building that support immigrants: one distributes food to the hungry, and one provides health care services. Both serve primarily immigrants, and often people who are undocumented. The above-referenced church in Austin funds, organizes, and runs several social service outreach ministries, including a food pantry and a clothing closet that are located in its church building. Large number of immigrants line up in front of the church to receive food, which could draw ICE's attention to that church.

11. Since the policy was rescinded, I have received phone calls, emails, and texts from members that are confused and afraid. They want to know how to protect their churches from intrusion and interruption.

12. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our churches by interfering with their religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status. It will substantially disrupt the whole church's spiritual practice and destroy all sense of peace and safety in what is supposed to be a place of sanctuary for congregants. Likewise, an immigration enforcement action directed at their social service ministries will prevent them from carrying out their mission to welcome and serve all immigrants, whom they feel called to minister to as part of their evangelical faith and whom they are called to protect as some of the most vulnerable in our society.

13. DHS's new enforcement policy is already substantially burdening the religious exercise of our churches. We already have reports of decreased attendance at certain member churches since the policy rescission, starting the very first Sunday after the rescission. Congregants are telling their pastors that they are now afraid of going to church due to the imminent risk of an ICE raid or enforcement action. The pastor at Azle Avenue Baptist has reported that several of his congregants are no longer leaving their homes out of fear of ICE. Some member churches have stopped publicizing their services on social media and other public communications for fear of prompting enforcement action.

14. DHS's new enforcement policy is presently forcing our member churches to make the impossible choice of refraining from welcoming all congregants to participate in communal

worship services or putting parishioners at risk of arrest and deportation—either of which violates their sincerely held religious beliefs.

15. Faced with this choice, some CBHT members are already making changes to the way worship is conducted. At one church, for example, the pastor has removed undocumented people from serving as ushers or greeters during services. Another church is preparing to train its deacons and security team to address what might happen if ICE showed up. And several member churches have started or are considering locking the doors of their church during services.

16. Many member churches are considering drastic changes to their practices, including reducing services and moving worship online. One member, Azle Avenue, relies on volunteers to run its programs, and a loss of immigrant congregants would mean a loss of volunteers who would be able to help it care for children, teach, and serve in multiple other ways.

17. If participation in these services decreases, or if CBHT members are forced to change the way they deliver their services, there will also be a devastating impact on the congregants and social recipients the churches serve. They will be deprived not only of the physical benefits these ministries offer, such as food, clothing, and medical assistance, but also of the spiritual ministry our churches provide as part of their religious mission, such as worship, spiritual counsel, communion, and Bible study.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Jesse Rincones*
DocuSigned by: 49EDDA2B5C10423...

Jesse Rincones

5