# EXHIBIT 13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF REVEREND FERNANDO ROJAS ON BEHALF OF AZLE AVENUE BAPTIST CHURCH IN SUPPORT OF PLAINTIFF CONVENCIÓN BAUTISTA HISPANA DE TEXAS

I, Fernando Rojas, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the lead pastor of the Azle Avenue Baptist Church in Fort Worth, Texas.

2. I make this statement based upon personal knowledge.

3. Azle Avenue Baptist Church was founded as an Anglo church in 1936 and transitioned to a Hispanic congregation in 2000. We have been a member of the Convención Bautista Hispana de Texas ("CBHT") for over 20 years. The mission of our church is to glorify God through loving Him with all of our being and edify people through the Great Commission (spreading the Gospel) and the Great Commandment (loving our neighbor as ourselves). Integral to our belief that God placed us in our community to love our neighbors is the notion that we do so unconditionally, and without regard to immigration status. Indeed, we believe the Bible commands us to welcome and protect immigrants as some of the most vulnerable members of our community.

4. In light of the Department of Homeland Security (DHS)'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. We are located in the Historic Northside of Fort Worth, an area with an over 90 percent Hispanic population. A large number of that population is comprised of undocumented individuals and families. I am aware of immigration enforcement raids in Fort Worth and the surrounding areas within the past few weeks.

6. There are about 100 members of our church, with attendance fluctuating between 75 and 110. Based on personal relationships, I would estimate that about 75 percent of our congregants are immigrants. We have people from Cuba, Ecuador, El Salvador, Guatemala, Honduras, Mexico, Nicaragua, and Venezuela. We do not ask for legal status, but some of them have shared that they are undocumented in personal conversations. In the past, some of our congregants have been deported. As a Hispanic church in a largely Hispanic populated neighborhood, we are a likely target for immigration enforcement disruption during our worship services and outreach ministries on church property.

7. We seek to build up our immigrant neighbors through our Immigration Aid Office, which offers services that help them build lives with less stress, more peace, and more opportunities to find success in this country. We provide low-cost aid for legal residents to become citizens, and for citizens and legal residents to petition for family members as allowed by law. In the past we have helped young people obtain their DACA status and currently help those who are eligible to renew it. As allowed by law, we have also helped people who have come seeking asylum. Many in our church have experienced the heartbreak of living as undocumented immigrants, and

as a church, we want to provide services that are trustworthy to our community, to help them avoid abuse and fraud. The Office is located within our church facilities and is run by our pastor emeritus as director and our community outreach minister as office manager. The Office is recognized and accredited by the Department of Justice's Executive Office for Immigration Review. *See* https://www.justice.gov/eoir/recognition-accreditation-roster-reports. The Office—which has outdoor signage for the public to see and regularly communicates with immigration authorities on behalf of the people we serve, including congregants—further heightens our risk of being targeted for immigration enforcement action.

8. Whenever we provide other outreach services for our community—whether health and vaccination clinics, community outreach events, or events we have sponsored at our neighborhood elementary school—we have never required legal status nor identification. People know that our doors are always open for them. Being a Hispanic church also helps them feel welcome at our events and services.

9. An enforcement action during a worship service, religious ceremony, or other church activity will substantially burden our church's religious exercise. It will interfere with the whole church's spiritual practices and devastate our congregants regardless of their legal status. Many of our congregants will feel racially profiled, and it will be significantly distressing for any of our congregants to witness the arrest of a family member in a place of sanctuary and a time of worship. Our congregants and visitors will no longer feel safe in our church, undermining our religious mission of making people feel welcome and secure. An enforcement action will also traumatize our children in a place that is supposed to be a peaceful spiritual home.

10. An enforcement action will cause a decrease in attendance among our congregants, thereby hindering our ability to engage in communal worship as a congregation. And because

we are largely a volunteer-empowered organization, a loss of congregants will mean a loss of volunteers who would be able to help us care for children, teach, and serve in multiple other ways. It may also decrease financial support, which would make us cut back on some of our programs.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. We are currently locking our doors in order to control who may enter our facilities, as allowed by law, such that a volunteer can check if any law enforcement officer complies with current requirements to come with warrants signed by a judge. We have also purchased and installed an electronic lock at our immigration aid office to serve the same purpose. Multiple clients of our Immigration Aid Office have expressed their fear of an immigration enforcement action at the Office. As participation in this program decreases, serving our immigrant community through the Office will become impossible, and we will have to stop offering these services and let go of valued personnel. It will also make it impossible for us to continue sharing the Gospel with those who come and ask about our services. We are now in a position where we have to choose between making our immigrant congregants and neighbors "easy pickings" when they gather at our church or instead telling them to stay away in violation of our religious mandate to welcome and serve them. Neither option is conscionable for us.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*[Signed: Fernando Rojas]*
—31DAC2C707CA45A...

Reverend Fernando Rojas