# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF PASTOR JOHN DOE # 4 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF CONVENCIÓN BAUTISTA HISPANA DE TEXAS**

I, Pastor John Doe # 4, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as lead pastor for a church located in Austin, Texas. We are a member of the Convención Bautista Hispana de Texas ("CBHT").

2. I wish to submit this declaration anonymously out of fear that if my church is identified, it will be targeted for immigration enforcement action.

3. Our church looks to worship with and help all those in need in any way we can regardless of their race, ethnicity, country of origin, or immigration status. We are part of the kingdom of God and ambassadors of the King of Kings. We follow his mandates and seek his approval above all else (Matthew 5:3-16, Galatians 3:28, 2 Corinthians 5:20). The Bible calls on us to love our neighbors as ourselves (Mark 12:30-31), knowing that many may also be brothers and sisters in Christ, and to serve and welcome immigrants as some of the most vulnerable in our society.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy and its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. There have been numerous Immigration and Customs Enforcement ("ICE") raids in Austin and several in our immediate neighborhood, which has a large immigrant population. Members of our church have let us know that they have seen various raids in their places of residence or other areas near the church.

6. At least 75 percent of our congregants are immigrants. We have congregants from Mexico, Guatemala, El Salvador, Cuba, Honduras, Nicaragua, and a few from South America. I do not ask whether my congregants are undocumented, but several have shared that they are, or are in the process of trying to get their papers in order. Some members of our church have already been the subjects of immigrant enforcement action. Some have received letters to appear in immigration court. Some have been taken by ICE and later released, while others have left voluntarily after arrest or been deported. Some have experienced ICE raids at their workplaces.

7. Moreover, in furtherance of our religious mission of serving the many needs of our underserved immigrant community, regardless of legal status, our church funds, organizes, and runs several social service outreach ministries, including a food pantry and a clothing closet that are located at our church. We have a large number of immigrants that line up in front of the church to receive food, which could draw ICE's attention to our church. We also occasionally have community meals, and in the past, we've worked with law enforcement to provide emergency shelter to those in need.

8. Because of our church's ministries serving immigrants, especially our food and clothing pantries, our reputation for welcoming and serving immigrants is well known in our community. We also have a bilingual website and Facebook page where we communicate much of what we do, which helps people feel connected and comfortable in communicating with us.

9. An enforcement action during a worship service, religious ceremony, or other church activity will substantially burden our church's religious exercise by scaring our congregation and disrupting our ability to worship in a place where we are supposed to feel at peace and free from state surveillance. Similarly, an enforcement action during one of our social service ministries will make it exceedingly difficult to preserve the trust we have built in our community and provide for the people we serve, who will be less likely to engage with our church for fear for their safety.

10. DHS's new enforcement policy is already substantially burdening our religious exercise. Although cutting back on our worship services or social service ministries would violate our religious beliefs, if we continue to welcome and serve undocumented people at our church, we will be exposing them to arrest and deportation, which is also antithetical to our religious beliefs. There is no conscionable option. We are also now expending additional resources in an effort to keep our congregants and visitors safe, such as training for our deacons and security team.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Signed by:*
*John Doe #4*
3C23FB3467A24F0...

Pastor John Doe # 4

3