# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> **vs.** <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF PASTOR JOHN DOE # 5 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF CONVENCIÓN BAUTISTA HISPANA DE TEXAS**

I, Pastor John Doe # 5, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as lead pastor for a church located in El Paso, Texas. We are a member of the Convención Bautista Hispana de Texas ("CBHT").

2. I wish to submit this declaration anonymously out of fear that my church will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Patrol ("CBP").

3. Our church is called to glorify God, spread the gospel of Christ, and make disciples, who in turn make disciples, with solid doctrine and faith to the Bible. We believe we must be Salt and Light, and our mission as a church is thus to support those who are most in need in our community—indeed, God commands us to be Merciful just as he has been Merciful with us. As part of our religious mission, we strive for the community to view our church as a place of peace, emotional refuge, and support. It is particularly important to us worship with and serve immigrants, whom the Bible commands we welcome and protect, regardless of status.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. It is my understanding that there are over 900,000 immigrants residing in El Paso. In our church, about 40 percent of members are immigrants. Most are from Mexico, but we also have some from Honduras and Nicaragua. Most of our immigrant members are undocumented. We also have two social service ministries in our church that support immigrants within our community. One distributes food to the hungry, and one provides health care services. Both serve primarily immigrants, and often people who are undocumented. We provide both of these ministries on our church grounds. As a largely Hispanic church in a largely Hispanic neighborhood, we are a likely target for ICE/CBP disruption during our worship services and outreach ministries on church property.

6. An enforcement action during a worship service, religious ceremony, or other church activity will substantially burden our church's religious exercise by interfering with our religious mandate to worship together in person as a congregation, with all members of our community, including those who are immigrants and without lawful status. An enforcement action during our ministry work will prevent us from carrying out the social and evangelical work we feel called to do as Christians.

7. DHS's new enforcement policy is already substantially burdening our religious exercise. In the month since the policy's rescission, attendance at both our Sunday and Wednesday worship services has declined, and my congregants tell me that the reason is that they fear ICE or

CBP will target our church. This decline in attendance not only impedes our religious mission, but it will likely also have a direct impact on our church's finances.

8. We have also seen participation go down for our outreach ministries as our immigrant neighbors are deterred by DHS's new policy from visiting our church. We are now forced to choose between canceling or limiting our church and ministry activities or instead exposing our congregants and visitors to ICE/CBP action when they visit our church. Neither option is conscionable.

9. If we are unable to obtain a court order constraining ICE and CBP's authority to conduct immigration enforcement action at our church, we anticipate adopting a closed-door policy where we limit access to services and meetings and possibly hold home services, limiting non-worship activities at the church. That sort of a change would have a devastating impact on our outreach ministry work and our ability to fulfill our religious mandate to welcome and serve our immigrant neighbors. It is at odds with our religious mandate to be an open and welcoming space for all.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

Signed by:
DDD3F494C2AE435...

Pastor John Doe # 5

3