# EXHIBIT 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

    *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY et al.,

    *Defendants.*

Civil Action No. 1:25-cv-00403

## DECLARATION OF THE MOST REVEREND SEAN W. ROWE FOR PLAINTIFF THE EPISCOPAL CHURCH

I, the Most Reverend Sean W. Rowe, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Presiding Bishop of The Episcopal Church ("TEC") and have served in this role since November 1, 2024. As Presiding Bishop, I am duly authorized to speak on behalf of TEC.

2. I make this statement based upon personal knowledge, files and documents of TEC that I have reviewed, as well as information supplied to me by TEC members whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting TEC's business.

3. TEC was established in 1785 and is a constituent member of the Anglican Communion, a global family of churches that have historic roots in the Church of England. We are headquartered in New York, NY. TEC is composed of 106 dioceses, 96 in the United States and its territories, which in turn are composed of more than 6700 congregations with approximately 1.5 million active members. We are one church with many congregations: every local

expression can exist only within and as part of the unitary church.  Because the identity we are given through baptism and faith in Jesus Christ connects us as fellow believers across time and space, an injury to any one baptized believer or congregation is an injury to the whole diocese and the whole denomination.

4.  TEC and its congregations understand our faith to require us to welcome immigrants into our community of worship without distinction based on their legal status.  In addition, our faith calls us to serve the vulnerable in a variety of ministries, where we are also required to serve immigrants without distinction based on their legal status.  Our faith is shaped by the biblical story of people whom God led into foreign countries to escape oppression.  Exodus tells the story of the ancient Israelites escaping slavery in the land of Egypt and wandering in the wilderness without a home.  In Leviticus 19:33-34, God commands that this sojourn be remembered: "When an alien resides with you in your land, you shall not oppress the alien.  The alien who resides with you shall be to you as the citizen among you; you shall love the alien as yourself, for you were aliens in the land of Egypt."  In Ephesians 2:12-19, Christians are told that they are no longer aliens, but through Jesus Christ, citizens of the household of God.  In 1 Peter 2:9-12, Christians are told that they have received God's mercy and must demonstrate sacrificial love in their lives and deeds, transcending earthly distinctions and answer Christ's call to welcome the stranger.

5.  In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of immigration enforcement action.

6. TEC serves Christ by loving our neighbors in many settings, from churches located just miles from the border with Mexico to rural churches serving migrant fieldworker populations to urban churches in major cities with dense immigrant populations. We have congregations across the country, including in communities that have large undocumented populations, have already experienced Immigration and Customs Enforcement ("ICE") or Customs and Border Patrol ("CBP") actions, or have been specifically named by the Trump Administration as targets for enforcement actions. During past enforcement efforts, a church in Arizona was targeted by local officials who parked outside and attempted to arrest undocumented congregants leaving church. Since the change in DHS policy, a congregation in the Los Angeles area reports that a detention was made within blocks of their church building. Another one of our congregations in Southern California reports that ICE agents have been stationed in their neighborhood in the past few weeks, and a congregation in a California agricultural community reports that there have been ICE and CBP personnel stationed on a major street in town since mid-January. Yet another congregation, in Arizona, had a church member arrested by ICE in her home in early February. And we have also heard that ICE is targeting our congregations' social service programs. For example, ICE recently showed up at a food pantry hosted by a congregation in California to take photographs of people lined up to receive food.

7. In God's kingdom, immigrants are not at the edges, fearful and alone—we worship together as one. Our congregations include immigrants from all over the world, including, but not limited to, Mexico, Guatemala, El Salvador, Venezuela, Honduras, China, Burma, Haiti, Nigeria, Bangladesh, the Philippines, and Ukraine. Some of our congregations are composed almost entirely of immigrants, both documented and undocumented. One of our churches in the Los Angeles area has a congregation that is almost 85 percent immigrant, and one of our

churches in Long Island estimates that 90 percent of its congregation are immigrants to this country. Our Arizona Diocese has six congregations that are either bilingual or Spanish speaking and one South Sudanese congregation, all of which include immigrants and many people who are undocumented. One Diocese in Central California has undocumented members with final orders of removal against them. That Diocese also has both clergy and lay leaders who are themselves immigrants, several of whom have expressed fear that their status is under threat.

8. In keeping with our faith, TEC also champions and advocates for humane policies towards migrants, and many TEC dioceses and congregations provide resources, support, and care for asylum seekers, undocumented immigrants, refugees, and other migrant communities. Our congregations follow Jesus' command to care for the most vulnerable by providing social services to documented and undocumented immigrants as part of their ministry, including food banks and shared meals, ESL classes, health services, childcare, and more. Many congregations, like St. James Episcopal Cathedral in Fresno, California, host food pantries. One congregation, in the Los Angeles area, distributes five tons of fresh produce each week to needy families in its community by itself. Others, such as congregations in the Diocese of Texas, provide health care services—including pediatric care, family planning and maternal health care, diabetes testing, and HIV/AIDS testing—at little or no cost to those who otherwise would have no reasonable access to such services. In one Diocese in Central California, congregations run food pantries and thrift stores that serve many immigrants, documented and undocumented. Still other congregations make shelter and clothing available for those who lack either. Many, including a congregation in Northern California, provide space for addiction-related support services, while

others, like a congregation in Southern California, lease space to immigrant-focused nonprofits. These services are open to anyone who needs them, regardless of their legal status.

9. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status. Episcopal worship takes an incarnate form: like Christ, congregants must be with one another in a community. Having the sacred trust of worship and the consecrated space of sanctuary shattered by an immigration enforcement action would be directly opposed to that practice and would harm the Church and its members. This deliberate breaking up of a unified fellowship would damage the body of the community and harm our practice of faith—not only among those missing, but among those who remain, grieving and incomplete.

10. Likewise, enforcement actions targeted at social service ministries impede the Church's spiritual mission by violating the fundamental principles of mercy and care for the vulnerable. The fear of raids prevents all of us from exercising the ministry that we have been called to by Jesus—to love our neighbor, to care for the vulnerable, to seek justice and peace, and to respect the dignity of every human being.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the new policy was adopted, I have heard from bishops, priests, and laypeople from all over the Church expressing fear and dismay at the impact that the rescission will have, and in many instances has already had, on their ministry. The effect is already being seen on our worshiping communities, as Church leaders are reporting that immigrants are already staying away from worship services. Our congregations have already seen evidence of ICE action in

their neighborhoods, including the arrest, detention, and deportation of some of their fellow congregants. In many of our congregations, including St. James, Sunday Spanish-language services are seeing fewer worshippers. Our congregations in Arizona, New York, Texas, and Maryland have also seen a decrease in worshippers coming to worship services and other church activities. Clergy in a Central California Diocese report that people have stopped coming to church for fear of the raids, leading to worship services with very few attendees. Congregants across the Church are reporting that they are afraid to leave their homes to attend worship services or participate in service ministries. Even those with status report they are staying home out of fear that they will be stopped at random because of their appearance or skin color. The loss of some congregants to the fear that ICE could enter during services undermines core Episcopalian beliefs that the Church is one body—when the whole community cannot gather, the communion of the members is impaired, injuring the whole denomination.

12. Our congregations are also reporting that attendance at and participation in social service ministries has also declined since DHS's new policy was announced. Congregation-sponsored food pantries in California are serving fewer people, and one of our Central California Dioceses reports that immigrants have left its social service ministries and not returned. Certain ministries that serve largely undocumented farm worker populations, like St. James's Farm Worker ministry, have had to be ended or restructured in order to keep congregants safe. The Diocese of Arizona reported that at an online event it sponsored featuring a Spanish-speaking immigration attorney, attendance was low because people were afraid to attend—even though attendees could keep their cameras off. Churches are no longer able to serve as full community centers for fear of ICE showing up. As a result of our inability to follow our faith, people will go hungry, will forgo meetings that help them maintain sobriety, will do without free health checks, will miss

ESL or citizenship classes, will not use childcare services that would enable them to work, and will suffer social isolation. And we will lose our ability to love and serve our neighbors in the way they most need it, which fundamentally cuts off our ability to serve as Christ calls us to.

13. In response to the rescission, some of our congregations are already having to alter some of the ways in which they carry out their ministry. At least one congregation has stationed members at the church door to keep an eye out for immigration officials. Others are moving worship and other services online, and one of our Dioceses in Central California has moved worship services to smaller groups that meet in private settings. St. James has ceased advertising its food bank ministry on social media. Still others have moved food distribution efforts to other locations. Each of these adjustments is a burden on the exercise of TEC's ministry, and each diminishes TEC's ability to most effectively live out its faith.

14. DHS's new enforcement policy is also presently forcing our congregations to choose between abandoning their religious obligation to welcome and serve immigrants in their churches without regard to legal status, or continuing to fulfill that obligation while making their congregants and visitors an easy target for ICE action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:
*Sean W. Rowe*
8F4D34271D4E40C...
Most Reverend Sean W. Rowe

7