# EXHIBIT 17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF JULIA AYALA HARRIS, PRESIDENT OF THE HOUSE OF DEPUTIES OF THE EPISCOPAL CHURCH SUPPORTING PLAINTIFF THE EPISCOPAL CHURCH

I, Ms. Julia Ayala Harris, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the elected President of the House of Deputies of The Episcopal Church. The House of Deputies, established in 1785, includes over 800 deputies and more than 400 alternates, consisting of clergy and lay representatives from every diocese of The Episcopal Church. As one of the two Houses that make up the General Convention—the Church's highest policymaking body—it is central to shaping the Church's laws, governance, and witness in the world.

2. I also make this declaration based on my 13 years of leadership in The Episcopal Church and my own lived experience as a first-generation American and the child of an undocumented Mexican immigrant.

3. The Episcopal Church's commitment to welcoming immigrants is deeply rooted in our Christian faith. Welcoming the stranger is a sacred obligation for Episcopalians. When

immigrants walk through our church doors, they're not entering as outsiders; they are stepping into the heart of our faith, where their dignity and stories are embraced as reflections of God's love.  This conviction is not abstract theology—it is a lived expression of faith, as taught in Holy Scripture.  Scripture repeatedly commands us to welcome the stranger, reminding us that migration is part of the sacred human story, and that through Jesus Christ we are citizens of the kingdom of God:  Leviticus 19:33-34 ("When an alien resides with you in your land, you shall not oppress the alien.  The alien who resides with you shall be to you as the citizen among you; you shall love the alien as yourself, for you were aliens in the land of Egypt.");  Matthew 25:35 ("I was a stranger and you welcomed me."); Hebrews 13:2 ("Do not neglect to show hospitality to strangers, for by doing that some have entertained angels without knowing it.");  Ephesians 2:19 ("So then, you are no longer strangers and aliens, but you are fellow citizens with the saints and also members of the household of God . . .").

    4.    Episcopalians' understanding of their faith and biblical commandments requires us to welcome immigrants without distinction to legal status in worshipping communities and church ministries that serve vulnerable people.  Welcoming the stranger is a sacred obligation for Episcopalians.  Each Episcopalian is a member of one church body within which there are no distinctions between people.  Scripture tells us that harm to one is felt by the rest of the body (1 Corinthians 12:12-13, 26).

    5.    These biblical mandates are not abstract principles; they shape the very governance of The Episcopal Church.  Through General Convention, the House of Deputies has passed numerous resolutions affirming our commitment to migrant justice and the dignity of all people, which inform my responsibilities as President in appointing leaders and setting priorities for our governance work.

6. For centuries, The Episcopal Church has sought to follow Christ's command to love our neighbors as ourselves, particularly the most vulnerable. Our faith compels us to stand with the sojourner, to offer sanctuary to the persecuted, and to recognize the dignity of every human being—regardless of nationality or legal status. This belief is enshrined in our Baptismal Covenant and reaffirmed in the work of our congregations and ministries across the country.

7. I am a first-generation American and the daughter of an undocumented Mexican immigrant. My family's experiences navigating immigration challenges firsthand have informed my faith and my commitment to The Episcopal Church's mission to uphold the dignity of every human being, regardless of legal status. The Church's teachings and ministries in support of immigrants are not optional social programs but are integral to its identity and practice.

8. The Department of Homeland Security ("DHS")'s new enforcement policy has a direct and chilling effect on the governance and mission of The Episcopal Church, including the House of Deputies. I have heard directly from deputies who fear for their ministries and for the safety of those they serve, particularly in communities where immigration enforcement has targeted churches and faith-based ministries. These fears influence who feels safe standing for election as a deputy, potentially limiting the diversity and full representation of the church in its governance.

9. As President of the House of Deputies, I am responsible for appointing hundreds of clergy and lay leaders to legislative committees, task forces, and other governing bodies that shape the church's mission, policy, and response to pressing societal issues—including matters of migration and justice. DHS's new enforcement policy threatens to deter and has deterred participation in these vital roles, as some deputies and potential appointees fear that their public service could expose them, their congregants, or their communities to harm.

3

10. Additionally, when determining locations for governance meetings and churchwide gatherings, I must now consider the risk that some deputies and church leaders—especially those who are immigrants or who minister among immigrant communities—may not be able to travel safely or may feel unsafe attending as a result of DHS's new enforcement policy. This undermines the ability of The Episcopal Church and the House of Deputies to function as a representative and deliberative body.

11. Deputies have shared with me their apprehension about whether they can safely continue their ministries in certain communities. Some are reconsidering their roles in leadership, while others have expressed fear that their work—grounded in The Episcopal Church's longstanding commitment to welcoming the stranger—will put them and their congregants in jeopardy.

12. The governing bodies of The Episcopal Church, including the House of Deputies must be a place where the full breadth of The Episcopal Church is represented, where all who are called to serve can do so without fear, and where governance decisions can be made with full participation. The policies in question undermine these fundamental principles and threaten the ability of The Episcopal Church to live out its Gospel mission.

13. The integrity of our governance is compromised when The Episcopal Church cannot ensure the full and free participation of all deputies, including those from immigrant communities and those ministering to migrants. A church that cannot assemble without fear cannot fully live into its mission. The House of Deputies must be a place where the full breadth of The Episcopal Church is represented, where all who are called to serve can do so without intimidation, and where our collective discernment is shaped by the voices of those most

impacted by the issues before us. DHS's new enforcement policy undermines these principles and imperils the Church's ability to live out its Gospel mission.

14. DHS's new enforcement policy places a substantial burden on The Episcopal Church's religious exercise. By forcing immigrant communities into hiding, it impairs our ability to fulfill our faith-based mission of welcoming the stranger, ministering to the vulnerable, and gathering in sacred worship without fear. This policy shift interferes directly with our religious freedom and expressive association.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by: *Julia Ayala Harris*
E40708C213274D3...
Julia Ayala Harris

5