# EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF THE RIGHT REVEREND JENNIFER REDDALL
ON BEHALF OF THE EPISCOPAL DIOCESE OF ARIZONA
SUPPORTING PLAINTIFF THE EPISCOPAL CHURCH**

I, the Right Reverend Jennifer Reddall, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Bishop of the Episcopal Diocese of Arizona, and I have served in that role since 2019.

2. Welcoming the stranger—including our immigrant neighbors—is central to our faith and practice. We respond to God's call to love, accompany, advocate, and pray for our migrating neighbors. In fulfilling our baptismal promise to "strive for justice and peace among all people, and respect the dignity of every human being," we are committed to the work of welcoming the stranger. We are also required by our faith to provide food and services, including air-conditioned spaces during the summer, to all our neighbors in need, regardless of their documentation status. "And whoever gives even a cup of cold water to one of these little ones in the name of a disciple—truly I tell you, none of these will lose their reward" (Matthew 10:42).

3. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our Diocese is at imminent risk of an immigration enforcement action.

4. Our Diocese has many congregations located in areas with large immigrant communities, including some that are near the border. Border areas are stated targets for Immigration and Customs Enforcement ("ICE") raids and enforcement actions, including in the last few weeks. That targeting has historically extended to our congregations: when SB 1070 was in force in Arizona, Sheriff Joe Arpaio would park outside one of our congregations attempting to arrest undocumented people on their way out of church. Our priests have reported ICE raids near their churches over the last month, and in early February we had a church member arrested by ICE at her home. Since then, another person affiliated with a congregation was deported, leaving two of their children behind with extended family. The separation of parents from their children is a grievous injury to our congregations and our understanding of the primacy of family relationships.

5. Our Diocese is home to many immigrants, both documented and undocumented. Many of our congregations have families of mixed documentation status. Six of our congregations are Spanish-speaking or bilingual, and one is South Sudanese. All of those congregations include immigrants, mostly from Mexico, and people who are undocumented.

6. Our Diocese has a Border Council that regularly does work in advocacy and helping people find their means of ministry. We also have a longstanding ministry helping asylum seekers cross the border according to the prevailing legal practice at the time. In addition, many

of our congregations offer outreach ministries like food banks and cooling centers, which serve all members of the community, regardless of their immigration status.

7. An immigration enforcement action at one of our churches will substantially burden our religious exercise by preventing us from carrying out our mission to welcome and serve all immigrants. A raid will most surely be a direct attack on one of our foundational values—welcoming the stranger and upholding our Baptismal Covenant. It will also be an infringement on our protected religious freedom and practice.

8. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. We have already had a decline in attendance in our immigrant community churches because people are afraid to leave their houses. We recently held a Zoom meeting with an immigration attorney in Spanish, and many people were too afraid to attend even though they could keep their cameras off. As a result of the change in policy, we are moving more of our activities online where possible, which has meant a decrease in financial support to our congregations. It is core to our beliefs that all should be able to worship freely together and that we should be able to help all those in need, and the change in policy has made it impossible for us to live out those beliefs.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Jennifer Reddall*
The Rt. Rev. Jennifer Reddall