# EXHIBIT 19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF THE RIGHT REVEREND DAVID C. RICE
ON BEHALF OF THE EPISCOPAL DIOCESE OF SAN JOAQUIN AND ST. JAMES
EPISCOPAL CATHEDRAL SUPPORTING PLAINTIFF THE EPISCOPAL CHURCH**

I, the Right Reverend David C. Rice, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Bishop of the Episcopal Diocese of San Joaquin, a role I have held since 2017. As the Bishop I am also the *ex-officio* President of St. James Episcopal Cathedral in Fresno, California ("Cathedral") with general oversight of the Cathedral, and I have served in that role since 2017. The Cathedral has been part of the Episcopal Diocese of San Joaquin (which is part of The Episcopal Church) since its inception.

2. Welcoming the stranger—including our immigrant neighbors—is central to our faith and practice. We believe that we are called to care for immigrants. The first testament (also known as the "Old Testament") repeatedly commands us to "love foreigners because you were foreigners in Egypt (Deuteronomy 10:18-19). Likewise, in Matthew, Jesus, who would have been raised on the aforementioned scriptures, teaches his followers that we should welcome the stranger because "I was a stranger and you welcomed me" (Matthew 25:31-40). Our Holy

Scriptures, which comprise both the first and second testaments (Old and New) teach us that hospitality is an important value, that God loves and welcomes the stranger and defends their cause, and that to withhold justice from widows, orphans, and the stranger is against the will of God.  As Episcopalians, our faith is also deeply rooted in the Baptismal Covenant found in the Book of Common Prayer.  This covenant calls us to resist evil, proclaim the Good News of God in Christ, to seek and serve others, as well as to love them, and to strive for justice and peace, and respect the dignity of every human being.  We believe that the Scriptures and the Baptismal Covenant make it clear to us that no human being is "illegal" that everyone is a beloved child of God, and therefore we are called to love our neighbors as ourselves.  That love is manifested in acts of kindness, mercy, justice and peace.

3. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our Cathedral is at imminent risk of an immigration enforcement action.

4. The Cathedral is located in an area with many immigrants.  This part of California is primarily agriculturally focused, and the nearby farms and ranches employ and house a number of immigrants, documented and undocumented.  There have been recent Immigration and Customs Enforcement ("ICE") raids in Fresno and the surrounding small towns.

5. We have many immigrant members of the Cathedral, including those who are undocumented.  One of our Sunday services primarily serves a Spanish-speaking group, including immigrants from Mexico, Columbia, El Salvador, Venezuela, and Peru.  Our priests provide ministry to all, regardless of status, and in fact, our Spanish-speaking priest was asked by

2

a congregation member to attend his deportation hearing in support of his case to remain in the United States.

6. Our Diocese is a Diocese of Holy Welcome and Advocacy, and we engage in extensive social services as part of that mission. We have offered Know Your Rights workshops, immigration clinics, and pathway to citizenship programs to immigrants in the community, and these programs have welcomed the documented and undocumented alike. We also have a monthly food pantry that serves elderly, unemployed/underemployed, unhoused, and immigrant community members. The food pantry is hosted on the Cathedral campus and run by the clergy and volunteers of the church and community.

7. An immigration enforcement action at the Cathedral will substantially burden our religious exercise by preventing us from carrying out our mandate to love our neighbor as ourselves, the teachings of Jesus in the Sermon on the Mount (Matthew 25), and our Baptismal Covenant (to strive for justice and peace, and to respect the dignity of every human being). A raid represents a direct attack on our foundational values and an infringement on our protected religious freedom and practice, and it will essentially shut this congregation down.

8. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. Our congregants are afraid of coming to church or our programs because they are afraid of being detained, harmed, separated from their families, and deported by ICE. We are already seeing fewer people at our Sunday Spanish-language service, and we are considering whether we will need to shut down that service because of lack of attendance.

9. We have also had to restructure our Farm Worker ministry because the farm workers are too afraid of ICE to come out, and we are considering pausing it entirely. We have already had to reconfigure our food pantry to help protect those at risk, including ending our social media

advertisements and developing trainings for our volunteers on how to respond should there be a raid. And we are stopping any immigration clinics, Know Your Rights workshops and pathway to citizenship programs out of fear that ICE could show up. The fear of ICE enforcement action prevents all of us from exercising the ministry that we have been called to by Jesus—to love our neighbor, to care for the vulnerable, to seek justice and peace, and to respect the dignity of every human being. Cutting back on worship services and church activities will restrict the development of the spiritual lives of all congregation members, not just immigrant communicants. In many ways, this bankrupts our mission and mandate as Christians and particularly as Episcopalians, given our Baptismal Covenant to serve others.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by: [signature]
—439D3ACDB8DE4D0...

The Right Reverend David C. Rice