# EXHIBIT 20

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF THE RIGHT REVEVEREND LUCINDA ASHBY ON BEHALF OF THE EPISCOPAL DIOCESE OF EL CAMINO REAL SUPPORTING PLAINTIFF THE EPISCOPAL CHURCH

I, the Right Reverend Lucinda Ashby, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Bishop of the Episcopal Diocese of El Camino Real, located in California, and I have served in that role since 2020.

2. Our Diocese feels a strong obligation to welcome and care for our immigrant neighbors. Matthew 25 tells us to "feed the hungry, clothe the naked, visit the sick and imprisoned, and welcome the stranger." And our Baptismal Covenant says that we are to "seek and serve Christ in all persons, loving our neighbor as ourselves." Those commands are echoed on our Episcopal Church signs, which say, "The Episcopal Church Welcomes You." That is both a commitment and a challenge for all of us. For us, it is not a matter of documentation or legal status, but of humanity, seeing Christ in the face of all those we serve.

3. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President

Trump's second term, I have strong reason to believe that our Diocese is at imminent risk of an immigration enforcement action.

4. Our Diocese is located in a major agricultural valley that is home to many immigrants, documented and undocumented. In the past few weeks, ICE has been in the towns and cities where several of our churches are located, conducting raids. We have seen an ICE presence outside some of our churches, and in early February, ICE agents showed up outside the Food Pantry at one of our congregations and took pictures of people who were in line to receive food. Many people left quickly, without staying to receive their food.

5. Our Diocese is home to many immigrants, from places as diverse as Mexico, Colombia, the Philippines, China, India, and England. Some of those members are documented, while others are undocumented—and some of those who are undocumented have a final order of removal against them. We also have a number of leaders, both clergy and lay, who are themselves immigrants. Several have told me directly that their own or their spouse's status in this country has been threatened by the new Trump Administration's immigration policies.

6. Since at least 2018, congregations in our Diocese have engaged with, advocated for and served immigrants to our country, no matter their legal status. Many of our congregations host social services like Food Pantries, Thrift Stores, and classes that serve people in the community—including immigrants, regardless of their status.

7. An immigration enforcement action at one of our churches will substantially burden our religious exercise by preventing us from carrying out our mission to welcome and serve all immigrants. A raid will most surely be a direct attack on one of our foundational values—welcoming the stranger and upholding our Baptismal Covenant. It will also be an infringement on our protected religious freedom and practice.

8. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. In several congregations, our clergy report that people have stopped coming to church for fear of the raids. They do not believe the church is a safe place anymore for them, their families, or their friends. Some worship services are being held with very few attendees, and people are not coming for baptisms or quinceañeras. Some of our leaders, both clergy and lay, are themselves frightened for their own legal status, even those who are currently documented. Immigrants are also leaving our social service ministries and not returning out of fear of ICE. We have already begun to make changes in order to protect some of our people, such as moving to smaller groups that meet in private settings. We have also changed the way we handle social media and other publicity to ensure that people are not being exposed. What is happening is cruel, unnecessary, and completely anathema to our calling as followers of Christ. Because we cannot worship with all those in our communities or effectively serve the vulnerable and those in need, we are unable to live our Baptismal Covenant.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Lucinda Ashby*
The Right Reverend Lucinda Ashby

3