# EXHIBIT 21

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF STEPHEN REEVES, EXECUTIVE DIRECTOR OF PLAINTIFF FELLOWSHIP SOUTHWEST

I, Stephen Reeves, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of Fellowship Southwest ("FSW") and have served in that role since March 2021.

2. I make this statement based upon personal knowledge, files and documents of FSW that I have reviewed, and information supplied to me by members of FSW whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting FSW business.

3. FSW was founded in 2017 by the Cooperative Baptist Fellowship. In 2021, we became an independent, ecumenical, Christian nonprofit entity with numerous denominations represented on our Board and among our member churches. FSW is headquartered in Dallas, and our member churches are located primarily in Texas, Oklahoma, New Mexico, Arizona, and Southern California.

4. Our basic mission is to help Christians and churches practice compassion, pursue justice, and build new connections across racial and denominational boundaries. We focus on four areas of compassionate mission work and advocacy: immigration, racial justice, Native American justice, and hunger. Immigration is our most active area of work, which includes establishing and supporting a network of churches, ministries, and pastors serving migrants on the U.S. southern border.

5. At FSW, we firmly believe that Christians are called to love their neighbor (Matthew 22:39, Mark 12:31) and welcome the stranger (Matthew 25:35, Exodus 23:9, Deuteronomy 10:19, Leviticus 19:34, Deuteronomy 27:19), regardless of legal status. We also believe that Christians are called to do justice (Micah 6:8) and relieve suffering. Together, these commands instruct us to serve our immigrant and undocumented neighbors and welcome them to worship with us, and to advocate for changes in systems to promote justice. Our member churches are committed to this vision and mission, and all of FSW's communications make clear that we hold a faith-based commitment to serving immigrants and migrants.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that FSW members are at imminent risk of immigration enforcement activity at their churches.

7. FSW has member churches located along the border and near ports of entry, including in El Paso and Brownsville, Texas. FSW also has member churches located in large cities with significant immigrant populations, such as San Antonio, El Paso, Houston, Dallas, and Fort Worth, Texas. I have seen media reports that Immigration and Customs Enforcement ("ICE") has conducted raids or enforcement actions in each of these cities in recent weeks.

8. Some of our member churches have congregations comprised of nearly all immigrants from Latin America. For example, nearly 100 percent of congregants are immigrants at one of our member churches in Brownsville, Texas. Another in Fort Worth has an approximately 90 percent immigrant congregation, and that church is also led by a pastor who is an immigrant. The immigrant congregants in our member churches have various immigration statuses—some asylum seekers, some here on visas, and others undocumented. And I am aware of at least one member church with a congregant who was deported.

9. In addition to worship services and activities, some of our member churches provide social service ministries that serve both documented and undocumented immigrants, including ESL classes, citizenship classes, low-cost immigration legal services, health fairs, and food and clothes distribution. These ministries are considered part of the churches' mission to love and serve all as Jesus did.

10. The above-referenced church in Brownsville has social service ministries in its church building that include a soup kitchen and a clothes closet, and it also serves released asylum seekers as well as those recently released from immigrant detention by providing them with water, food, clothing, hygiene kits, and rides to the airport. These programs serve primarily immigrants, and although the church does not ask about status, it knows that some of the people it serves are undocumented.

11. The above-referenced church in Fort Worth has provided an array of social services to both documented and undocumented immigrants at different times, such as food, toys, backpacks, coats, accompaniment, water, charging stations, health fairs, ESL classes, and educational and immigration forums.

12. Another member church in San Antonio participates in social service ministries that serve both documented and undocumented immigrants, including publicly advertised ESL classes. And yet another member church in Waco, Texas, operates a hospitality house for asylum seekers who have recently entered the United States as part of its ministry work.

13. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our churches' religious exercise by preventing them from worshiping together freely and peacefully as a congregation in a place they consider sanctuary, and from welcoming the stranger as they feel so called. Similarly, any immigration enforcement action taken at or near the churches' outreach ministries will impede their mission of serving their most vulnerable neighbors, including undocumented immigrants, whom they seek to embrace and assist as a demonstration of God's love.

14. DHS's new enforcement policy is already substantially burdening the religious exercise of our member churches. Several pastors have contacted me to report that their congregants and people they serve are confused and asking if it is safe to attend church; they have also reached out to ask how to protect their churches from intrusion and interruption. Many of our churches feel a particular calling to minister to and serve their most marginalized neighbors, and they will not be able to do so should undocumented immigrants or asylum seekers not feel safe enough to come to their church. And at least one of our member churches, the above-mentioned Fort Worth church, has already reported a decline in attendance at worship services. Likewise, at least one of our member churches, the above-mentioned San Antonio church, has already reported a decline in participation in its social service ministries.

15. Moreover, the looming threat of an enforcement action on church property puts our member churches in the impossible position of choosing whether to freely carry out their

religious mission while placing congregants and those they serve at risk of arrest or deportation, or to change the way they worship and conduct their outreach ministries in an effort to protect their immigrant neighbors in accordance with their faith. Either of these options violates the churches' religious beliefs.

16. Some of our member churches are implementing or considering changes to the way they operate to protect their neighbors, for example, by being less public about the services they provide to the immigrant community and cutting back on outreach efforts, or training and stationing ushers, deacons, or other volunteers at the front door. The above-mentioned church in Fort Worth, for example, is considering many such changes, along with a possible private streaming options or direct visits to those too afraid to come to church, and has already had to cancel mission trips and activities due to fear of immigration enforcement action. And the above-mentioned church in San Antonio, as another example, has begun locking outside doors during outreach ministries.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:

*Stephen K. Reeves*

93B9CF4148C9464...

Stephen Reeves

5