# EXHIBIT 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF REVEREND JOHN DOE # 6 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF FELLOWSHIP SOUTHWEST

I, Reverend John Doe # 6, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as senior pastor for a church located in Brownsville, Texas. My church is a member of Plaintiff Fellowship Southwest ("FSW"), which has supported our direct service ministry work among migrants for the last six or so years.

2. I wish to submit this declaration anonymously out of fear that if my church is identified, it will be targeted by U.S. Immigrations and Customs Enforcement ("ICE") or U.S. Customs and Border Protection ("CBP").

3. As a church, we believe that ministering to and serving immigrants, regardless of their documentation, is a Biblical mandate (Psalm 146:5-9, Deuteronomy 10:17-19, Exodus 22:21, Jeremiah 22:3, Leviticus 19:33-34, Ephesians 2:14-19.)

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President

Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. Our church is located mere blocks from the border and less than a mile from a port of entry. I understand from media reports that there have been immigration raids in recent weeks in Brownsville, which has a substantial undocumented immigrant population.

6. Nearly 100 percent of our congregants are immigrants, primarily from Nicaragua, El Salvador, Mexico, Guatemala, and Honduras. Some of them are undocumented, and in the past, several of our congregants have been the subject of immigration enforcement action. Some members of our church also work for DHS, ICE, and CBP.

7. Moreover, in furtherance of our mission to welcome and serve immigrants, our church provides a variety of social service outreach ministries that serve immigrants. Although we do not ask those we serve if they are undocumented, we know that some of them are. These outreach ministries are the backbone of what we do, and they include a soup kitchen and a clothes closet at our church building, along with distribution in a plaza downtown and across the street from the port of entry. We communicate with CBP/ICE officials to provide services to recently released asylum seekers and those released from detention, whom we offer water, food, clothing, hygiene kits, and rides to the airport. We also have two buildings on our campus where asylum seekers may stay, from a night to several weeks, before traveling to their final destination, usually a sponsor, in the U.S.

8. We have assisted over 91,000 migrants in the past six years, and we have seen over 26,000 come to faith in Christ through our ministry of hospitality.

9. We communicate our church's status as a welcoming place for immigrants, regardless of legal status, on our social media, and our ministry work has been featured by, and I have been

2

interviewed in, numerous TV news stories in both national and local media as well as Spanish media outlets.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our religious exercise by traumatizing our congregation and disrupting our ability to worship freely and peacefully in a place we consider sacrosanct. Similarly, an enforcement action during one of our social service ministries will destroy the trust we have built in our community and deter those we serve from engaging with our church for fear for their safety, thwarting our religious mission of serving and loving our neighbors.

11. Our members have already expressed fear about coming to church, and I expect attendance will be reduced to almost 25 percent. If our congregants stop participating in church services and activities, it will hinder our mission of worshiping together and welcoming all to our church, and it will negatively impact our evangelical efforts. Likewise, the people we serve through our ministries are fearful of enforcement action under DHS's new policy. A decrease in participation in these ministries will hinder our ability to carry out our religious mission and will also likely cause us to lose financial contributions.

12. DHS's new enforcement policy is already substantially burdening our religious exercise. Although cutting back on our worship services or social service ministries would violate our religious beliefs, if we continue to welcome and serve undocumented people at our church, we will be exposing them to arrest and deportation, which is also antithetical to our religious beliefs.

I hereby declare under penalty of perjury that the foregoing is true and correct.

3

Dated: 2/20/2025

Respectfully submitted,

*Signed by: John Doe #6*
A88C6C3070AF48F...

Reverend John Doe # 6

4