# EXHIBIT 23

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF REVEREND JOHN DOE # 7 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF FELLOWSHIP SOUTHWEST**

I, Reverend John Doe # 7, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as senior pastor for a church located in Fort Worth, Texas. My church has been a member of Plaintiff Fellowship Southwest ("FSW") for about five years.

2. I wish to submit this declaration anonymously out of fear that if my church is identified, it will be targeted by Immigrations and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

3. Our mission as a church is to serve our community and to reach lives for Jesus. We believe that all human beings are created in the image and likeness of God. We affirm that God loves every person unconditionally and call upon ourselves to love all people—regardless of their identity, past actions, or whether they are documented or not. As Galatians 3:28 reminds us: "There is neither Jew nor Gentile, neither slave nor free, nor is there male and female, for you

are all one in Christ Jesus." This scripture calls on the Church to embrace everyone without discrimination, rejecting all barriers that may divide us.

4. God has also entrusted us with the ministry of reconciliation—reconciling the world to Him. Nowhere in Scripture are we called to screen or vet others before extending love and care. In Matthew 25, Jesus makes it clear that His followers are called to serve the vulnerable as though serving Him directly. We are called to care for the immigrant, regardless of their status, as if we were serving Christ Himself. This is the mission of our Church: to love, serve, and stand with all people in the name of Christ.

5. Our slogan is "A church for everyone" ("Una Iglesia para todos"). We speak Spanish and, as discussed below, most of our church members are immigrants. When we have forums or anything specifically for the immigrant community, we invite all to come.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

7. Fort Worth has a substantial undocumented immigrant population, and there have been immigration raids here in recent weeks.

8. About 90 percent of our congregants are immigrants from Mexico, Honduras, El Salvador, Nicaragua, Colombia, Venezuela, Argentina, and Paraguay. At one time, most of our members were undocumented, but through the years, some have been able to obtain legal status. We have several DACA recipients; others are a mixture of parolees, asylum seekers, TPS beneficiaries, residents, and people with student or work visas. About 30 percent of our church

2

is still made up of undocumented immigrants, however, and about 90 percent of our congregants have family members that are still undocumented.

9. Several family members of our church community have been targeted by ICE. In one heartbreaking case, the sister of one of our members was deported after being a victim of domestic violence. When she defended herself, she was charged with assault and ultimately deported. Sadly, this is not an isolated incident. Other congregants have arrested by ICE, and still others have been deported.

10. Moreover, in furtherance of our religious mission to serve our community without reservation or judgment of the person who seeks help, we provide an array of social services at different times, such as food, toys, backpacks, coats, accompaniment, water, charging stations, health fairs, ESL classes, and educational and immigration forums. We have had migrants live at our church as they saved up enough to live on their own. We serve people regardless of documentation: All are humans, and we only desire to meet basic needs. Among our social service recipients, we know of several who have been arrested by ICE and have received communications or even visits from ICE. Some have not ended up arrested, but others have and have been deported.

11. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our religious exercise by desecrating our sacred space and severely compromising our sense of safety, sanctuary, and freedom to worship together as a congregation. Similarly, an enforcement action during one of our outreach ministries will jeopardize our ability to carry the social and evangelical work we feel called to do as Christians by destroying the trust we've built within the community and seeding fear among those we aim to serve.

12. As followers of God, we firmly believe in loving our neighbor. When our neighbor is in need, unprotected, and when their safety is in danger, we have a duty as the church to act and show our faith to our neighbor and those who are hurting. Our neighbors are everyone who is created in the image of God, regardless of their background. Our mission is to spread the Gospel to everyone around us, starting with our community. Our mission is hurt by the church being a place where ICE agents are now able to enter and target our people. If the safety of our community is at risk because the government has decided that our neighbors are not welcome, that is going against the mission of the church and goes against everything that we stand for as believers. For that reason, as a nation that proclaims that we believe in God, we must remember that the Bible teaches us about loving foreigners and not mistreating them (Exodus 22:21). Exodus 23:9 teaches us to have empathy because we are all foreigners. Deuteronomy 10:18-19 talks about our responsibilities towards foreigners; to give them clothing and food and love them because we were all once foreigners. The Bible also teaches to practice hospitality (Hebrews 13:2). As a congregation, we cannot carry out our mission if we remain silent and ignore the needs of our most vulnerable neighbors.

13. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the policy was announced, we have seen a decline in attendance at our Sunday services. We have started to get calls and messages from congregants who are afraid that the church will be targeted, and some have indicated that if things remain as they are, they may limit the places they attend, including church services.

14. We are now forced to choose between canceling or limiting our church and ministry activities or instead exposing our immigrant neighbors, whom the Bible calls on us to protect, to

ICE/CBP action when they visit our church. Neither option is conscionable or in line with our religious beliefs.

15. In order to protect our immigrant neighbors, our church has already had to modify planned activities due to safety concerns, and is considering a variety of changes to the way we conduct our services and activities. We have begun planning to have an appointed person at the door to stand guard and alert the congregation if ICE shows up. In addition, we are considering restricting how much information we share publicly about our services and our activities. At the moment, we have started communicating more through a private, members-only messaging app to keep our congregants informed about church activities and announcements. This undermines our religious mission because our intention is for more people to know about Jesus, not restrict who can come to a church service.

16. Finally, we will likely need to start planning on conducting more private streaming of our services and finding creative ways to keep our members engaged and receiving the care that they would if they were attending church in person. But we know from COVID that remote options are not ideal and that there are serious implications for a person's mental and spiritual health if they are not connected to a church community. Thus, we are also considering sending more people to visit those who do not attend church out of fear of ICE showing up, which will take up more church resources.

17. We have always wanted our church to be a safe space for everyone; that is our motto. We want every person to feel welcome and feel like they have a family they can rely on. We must protect our congregants and keep providing them a safe space for them to feel supported and welcomed. We have seen what these types of policies do to our congregation and do not want any more harm to be caused if this continues to stay in place.

5

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

_____
Reverend John Doe # 7