# EXHIBIT 24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF BARRY CROSSNO, GENERAL SECRETARY OF PLAINTIFF FRIENDS GENERAL CONFERENCE**

I, Barry Crossno, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am General Secretary of Friends General Conference ("FGC") and I have served in that role since 2011. I am the chief executive officer of FGC and manage all FGC's affairs. I am also responsible for articulating FGC's vision and mission.

2. I make this statement based upon personal knowledge, files and documents of FGC that I have reviewed, as well as information supplied to me by FGC members whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting FGC's business.

3. FGC was founded in 1900 and is a conference of 16 regional Quaker organizations (called yearly meetings) and 12 directly affiliated congregations (called monthly meetings). We are headquartered in Philadelphia, Pennsylvania, and our yearly and monthly meetings are based primarily in the United States and Canada. The yearly meetings are composed of hundreds of

local Quaker meetings and churches with approximately 30,000 total members and attenders. From the Quaker emphasis on the Divine presence in us all, and on the importance of community as a Quaker testimony, we are intertwined and harm to one of our meetings or congregations injures all the members of our association as a whole.

4. FGC affirms that "there is that of God in everyone," meaning that everyone is known by God and can know God in a direct relationship. Many of our spiritual practices and understandings are grounded in Jesus's teachings on compassion, peace, and justice. As a result, we are very clear that all are welcome at Quaker worship, and that our principles of inclusion and welcoming make no distinction based on legal status. This commitment arises from biblical teachings to care for strangers and foreigners. There is widespread unity among FGC members in the belief that, consistent with our religious teachings and convictions, immigrants and migrants deserve care, opportunity, and dignity. No matter their legal status, immigrants are welcome among Friends.

5. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of immigration enforcement action.

6. FGC has meetings across the country, including several in border-state cities, cities with large immigrant populations, and cities that have seen recent immigration enforcement actions. FGC meetings welcome all comers, including immigrants. The Atlanta Friends Meeting, for instance, is located in Atlanta, Georgia, which has a large immigrant population and where the Immigration and Customs Enforcement ("ICE") field office has been very active. A few weeks ago, ICE executed a widely reported enforcement action at a church, during religious services, in

a town less than ten miles away from the meeting house.  In addition, multiple FGC meetings count immigrants among their congregants; one meeting in New York state is composed almost entirely of Congolese immigrants.  Some members of our meetings have spouses without legal status.  In addition, Quakers have, for centuries, chosen to shelter distressed people as a matter of conscience.  In this tradition, many meetings have openly served as sanctuary locations for asylum-seekers and other immigrants.  ICE has previously targeted some of those individuals for deportation.

7. Many FGC meetings are publicly involved in social justice issues through outreach ministries that are open to and serve immigrants regardless of documentation status.  These services work to provide things like food, clothing, and shelter at a meeting house.  One meeting in Southern California hosts Spanish-language worship groups; another in New Mexico provides on-site services to unhoused people regardless of legal status; and still others publicize their commitment and connection to immigrant relief efforts online or through the media.  The Atlanta Friends Meeting, in particular, hosts a ministry that provides food and legal advice to immigrants who are in removal proceedings.  That ministry is known both to the general public, including through online newsletters and highly visible signage outside the meeting house, and to the local ICE field office.  I have been told that some individual participants in social service ministries have been contacted by ICE about their immigration status.

8. An immigration enforcement action taken during a meeting activity would harm FGC by interfering with a core Quaker practice of seeking and experiencing communion with the Divine through community and silent worship (called expectant waiting).  An enforcement action in a meeting house would violate the meetings' religious traditions of welcoming the stranger,

recognizing God in everyone, and creating a safe space for worship and Divine community. It would deprive us of the worship that is central to our spiritual practice.

9. Likewise, an enforcement action directed at our meetings' outreach ministries will prevent them from carrying out our mission to welcome and serve all. Action by ICE or Customs and Border Protection ("CBP") at our meetings will prevent them from engaging in the tangible acts of social service. For the meetings that provide children's programming in their meeting houses, such as the Atlanta Friends Meeting and another New Mexico congregation, enforcement action would present a traumatizing disruption to their important religious education efforts.

10. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the rescission, multiple meetings have been grappling with their congregants' increased feelings of anxiety, unease, and lack of safety in their community. A congregant family at a Texas meeting has not attended services since the sensitive locations policy rescission, expressing their fear of being arrested and deported by ICE or CBP.

11. DHS's new enforcement policy also puts our congregations in the impossible position of choosing whether to freely carry out their religious mission while exposing their communities to the risk of an immigration enforcement action, or to instead change the way they serve and minister in an effort to protect those congregants. Either of these choices is inconsistent with our religious beliefs, and each carries with it practical and intangible spiritual harms to our member meetings.

12. Faced with this choice, some congregations are already making changes to the way worship and other services are conducted. The Atlanta Friends meeting is considering locking its doors during worship, a consideration that, it reports, makes it feel less safe in its community.

4

A meeting in New Mexico is similarly considering controlling entrance to its meetinghouses. Both meetings recognize the negative impact on open and welcome community worship, which has long been Quaker tradition, that such decisions would have.  FGC is a community-centric denomination that makes our most important decisions collectively.  We believe that there is God in everyone and that the fullness of God can only be known through our collective experience.  By striking at our ability to minister and worship collectively, including with immigrants regardless of legal status, the policy rescission has had the overall effect of diminishing our opportunity to know God.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Barry Crossno*
Barry Crossno