# EXHIBIT 25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF INTERIM CLERK JANE DOE # 8 ON BEHALF OF ANONYMOUS MONTHLY MEETING SUPPORTING PLAINTIFF FRIENDS GENERAL CONFERENCE**

I, Interim Clerk Jane Doe # 8, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as Interim Clerk of a Quaker congregation (called a monthly meeting) in the four-state region of Intermountain Yearly Meeting that is part of the Friends General Conference ("FGC"). Our Monthly Meeting is also part of FGC.

2. I wish to submit this declaration anonymously out of fear that our congregation will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

3. It is a fundamental belief of the Society of Friends that there is "that of God" in each person. We are guided by teachings from Scripture, including the traditional Friends' testimonies of equality and community, as well as the many references in the Bible to welcoming the stranger. These beliefs lead us to work with, and for the dignity of, all people, regardless of

legal status.  Quakers have a long tradition of supporting, caring for, and providing sanctuary to immigrants, refugees, and other asylum seekers.  We continue that tradition to this day.

4.   In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our meeting house is at imminent risk of an immigration enforcement action.

5.   We are located in a border state, and both the state and our city are home to large immigrant populations.  Many of those immigrants are undocumented.  We do not inquire about immigration status because we are welcoming to all, but we know several people in our meeting or associated with families in our meeting have had various histories of immigration, and at least one person associated with our meeting is known to be at risk of deportation.

6.   There is a history of ICE activity in our area; we specifically know of individuals who have been apprehended and deported during their routine ICE appointments.  In the past, we have observed DHS agents conducting surveillance near our location, and local law enforcement—who were known to cooperate with ICE—have used our parking lot as a resting area, purportedly for doing paperwork.

7.    Our meeting has long provided support for immigrants, including undocumented immigrants, as part of our efforts to assist those in need and to treat all, including migrants and refugees, with dignity and humanity.  We have also publicly committed ourselves and our meeting to offering sanctuary after seeking guidance of Spirit and encouraging all members and attenders to share their Light and understanding.  We have provided sanctuary to two members of our community, who were slated by ICE for deportation.  In one of those instances, it was

publicly reported that we provided sanctuary to a person at our meeting house. As a result, we are known to ICE.

8. Consistent with our core guiding testimonies of equality, community, peace, and integrity, we provide on-site services to unhoused individuals in our neighborhood. These services include providing visitors with essentials such as food, clothing, blankets, and tents or sleeping bags. Among those served are many who lack government-issued identification for various reasons, as well as many people of color. Although we do not inquire into immigration or citizenship status, we have been told by at least two individuals that they lack documentation. Indeed, it would be counter to our testimonies to deny service or welcome to anyone based on categories like race, nationality, country of origin, or immigration status. We make no distinction between human beings on those terms and believe that all are created equal, with an equal measure of "that of God within."

9. An immigration enforcement action at our meeting house will substantially burden our religious exercise by thwarting our mission to welcome, serve, and provide sanctuary for all people, including immigrants. Our worship consists of collective contemplation. We also run a concurrent children's program at our meeting house. An enforcement action at any time will be extremely disruptive of both activities and will damage the psychological and physical safety of our members and attenders. Enforcement during worship will destroy the sacred quality of our contemplative practice and spoken ministry that might arise.

10. DHS's new enforcement policy is already substantially burdening our religious exercise. Our meeting is very concerned about an unprovoked enforcement action during our religious services or other activities. Many members of our community are experiencing heightened fear and anxiety as a result of the policy rescission, negatively affecting the quality and freedom of

3

our engagement with each other and our practice of Spirit-led worship. As a result, we are considering reinstating a protocol for responding to enforcement actions during worship. We may also be forced to keep the doors of our meeting house locked and to screen everyone who enters, which diminishes the welcome offered to those who come to worship.

11. Our religious mandate centers on welcoming all with compassion, peace, and dignity. We seek to provide sanctuary for immigrants and refugees in need, regardless of legal status. The imminent threat of enforcement action contravenes these deeply held and longstanding commitments.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025                                           Respectfully submitted,

*Signed by: Jane Doe #8*
2984E19B541949D...

Jane Doe # 8

4