# EXHIBIT 26

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY et al.,

*Defendants.*

Civil Action No. 1:25-cv-00403

**DECLARATION OF REVEREND JIHYUN OH ON BEHALF OF PLAINTIFF GENERAL ASSEMBLY OF THE PRESBYTERIAN CHURCH (U.S.A.)**

I, Reverend Jihyun Oh, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Stated Clerk of the General Assembly of Presbyterian Church (U.S.A.) ("PCUSA"). I was elected to serve as the Stated Clerk by the General Assembly in July 2024.

2. I make this statement based upon personal knowledge, files and documents of PCUSA that I have reviewed, as well as information supplied to me by PCUSA members whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting PCUSA's business.

3. PCUSA is a national Christian denomination with nearly 1.1 million members in over 8,500 congregations. Shaped by its Reformed theology, history, and representational form of leadership and governance, PCUSA, through its councils, faithfully works to serve Christ in the world through new and existing communities of faith, hope, love, and witness. According to the

Docusign Envelope ID: BB8E088D-3B2A-4689-9876-442DEE93DA9B

Foundations of Presbyterian Polity, these communities are to provide for "the shelter, nurture, and spiritual fellowship of the children of God," "the promotion of social righteousness," and "the exhibition of the Kingdom of Heaven to the world" (Great Ends of the Church, F-1.0304). In carrying out its mission, the church offers shelter, nurture, and fellowship for those who are vulnerable, including immigrants and refugees; promotes the health, safety, and well-being of all people; and seeks to exhibit the righteousness, justice, and peace of God's realm.  Guided by our shared call to welcome the stranger and belief in the inherent dignity of all people, the General Assembly has directed the PCUSA to actively advocate for and work toward more just immigration laws and processes.  The PCUSA Directory for Worship demonstrates that our service of God involves ministries of compassion, justice, and peace.  God sends the Church to show compassion in the world: feeding the hungry, caring for the sick, visiting prisoners, freeing captives, sheltering the homeless, welcoming strangers, comforting those who mourn, and being present with all who are in need.

4.   Presbyterians believe that God speaks to us through the Christian Bible.  Throughout the Bible, God tells us to extend hospitality to the stranger (or newcomer, or sojourner).  In the Old Testament book of Leviticus, God commands us to love the alien as we love ourselves: "When an alien resides with you in your land, you shall not oppress the alien.  The aliens who reside with you shall be to you as the native-born among you; you shall love the alien as yourself, for you were aliens in the land of Egypt: I am the Lord your God" (Leviticus 19:33-34).  Similar Old Testament verses, in Exodus 22:21 and Deuteronomy 10:19, make it clear that God's people are to show justice, love, and hospitality to immigrants.  In the New Testament book of Matthew, Jesus asks us to treat the immigrant the way we would treat Him.  He identifies with the immigrant, saying, "I was a stranger and you welcomed me" (Matthew 25:35).  As followers of

Jesus, we are to treat the newcomer in our midst as we would treat Jesus. The apostles urged the church to remain faithful in this ministry: "Do not neglect to show hospitality to strangers, for by doing that some have entertained angels without knowing it" (Hebrews 13:2; see also Romans 12:13).

5. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of an immigration enforcement action.

6. Our 8,500 congregations are located across the U.S., including in cities along the U.S. border and locations where there has been a significant increase in Immigration and Customs Enforcement ("ICE") activity in recent weeks. A congregation in Nebraska, for example, has seen reports of ICE activity in both their own city and in neighboring communities, which have included the detention of some community members.

7. Membership at a Presbyterian Church is open to individuals who join through a public profession of faith, a certificate of transfer, or a reaffirmation of faith. "True faith in Jesus Christ is the only condition for membership in this church" (Confession of Belhar, 10.3). Proof of immigration status has never been a requirement for membership in PCUSA churches. Immigrants with a variety of legal statuses lead PCUSA congregations and are members of numerous PCUSA congregations. Some congregants are undocumented, and some are facing removal orders. At one worshipping community in the Midsouth, almost all of the members are immigrants, and several members have pending immigration cases. Regardless of their immigration status, all of the individuals who join PCUSA are beloved members of the worshiping communities and congregations they attend.

8. PCUSA congregations also provide social service ministries on their campuses that are open to and serve immigrants regardless of documentation status. Numerous congregations provide housing and other assistance to immigrant families as they navigate various immigration processes. Those ministries include food and clothing distribution, schools, ESL classes, legal assistance, and job training services. A Presbyterian congregation in North Carolina, for example, offers ESL and GED classes, a Food Pantry, and Clothing ministries on its church campus. And a church in Nebraska hosts Spanish-language health seminars on its property.

9. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our call to gather as a whole people of God, including members of our community who are immigrants and without lawful status. It will prevent members from practicing their communal faith, which involves regular assemblies for the proclamation of the Word and celebration of the Sacraments. It will also interfere with our ability to discern God's will. A core Presbyterian tenet is group discernment. Members discern the will of God together as a body of believers. If they are afraid to gather, they cannot satisfy this tenet. Moreover, an immigration enforcement action at a church building would violate our sacred space, undermining its peace, safety and sanctity.

10. Likewise, enforcement actions targeted at social service ministries impede PCUSA's spiritual mission by violating the fundamental principles of sanctuary, mercy, and care for the vulnerable. Presbyterians, who are called by Christ to clothe the naked, feed the hungry, and welcome the stranger, will not be able to carry out Christ's teachings if people in need of those ministries are too afraid to come.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. Attendance has declined at many of our congregations because of fear of ICE raids. For

example, a worshiping community in the Midsouth reports a decline in attendance of over half its families as a result of the new policy. Other congregations have had to adjust the way they conduct worship services. A congregation in the New England area has decided to end the livestream of their services for fear of drawing unwanted attention from ICE. Now homebound members of that congregation have no means of attending, and the congregation's witness to the larger community is diminished.

12. Other congregations have seen a drop in attendance at their outreach ministries, with some previously vibrant, robust outreach ministries having no participation at all. One of our congregations in Nebraska reports the indefinite end of their ministries of hospitality, as their Spanish-speaking siblings are now afraid to attend gatherings at a church building that may be entered by immigration enforcement. A church in the Mid-United States reports that the students in their education ministry are fearful and unable to concentrate, interfering with their educational mission. And a congregation in North Carolina has seen a roughly 50 percent decrease in attendance at their church food pantry, GED and ESL classes, and clothing ministry.

13. We, as believers, gather to worship, to discern God's will, to support one another, and to be sent in service as Christ's hands and feet in the world. This change in policy has dramatically affected our ability to gather in these ways that are integral to our faith expression.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

_Signed by: [signature] EE9F21FBF23F442..._

Reverend Jihyun Oh