# EXHIBIT 27

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

    *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY et al.,

    *Defendants.*

Civil Action No. 1:25-cv-00403

**DECLARATION OF PASTOR JOHN DOE # 9 ON BEHALF OF ANONYMOUS MEMBER CONGREGATION SUPPORTING PLAINTIFF GENERAL ASSEMBLY OF THE PRESBYTERIAN CHURCH (U.S.A.)**

    I, Pastor John Doe # 9, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

    1. I serve as pastor for a Presbyterian Church (U.S.A.) congregation in Nebraska. We are a 500-member church that has an average of 275 people in worship on a Sunday morning.

    2. I wish to submit this declaration anonymously out of fear that our congregation will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

    3. We believe that part of practicing our faith is providing welcome and hospitality to all people and loving our neighbors. The Bible consistently calls on God's people to extend hospitality to the stranger. In Leviticus 19:33-34, God commands, "When an alien resides with you in your land, you shall not oppress the alien. The alien who resides with you shall be to you as the native-born among you; you shall love the alien as yourself, for you were aliens in the land of Egypt: I am the Lord your God." This passage makes it clear that God's people are to show

justice, love, and hospitality to immigrants. Jesus reinforces this teaching in Matthew 25:35, saying, "I was a stranger and you welcomed me." Here, Jesus identifies himself with the stranger, calling his followers to see his presence in those who seek refuge and to welcome them with open arms.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

5. Community members in our city have had recent interactions with ICE, and ICE has detained some individuals. There have also been increased verified reports of ICE activity in neighboring communities.

6. We have an average of 100-200 immigrants on our church campus on a weekly basis. Our congregation has a number of refugee families that are members. Our ministry in the community also involves many Spanish-speaking immigrants. Our congregation partners with our local health department to host Spanish language health seminars on our church property. Our church was selected as the location for these seminars by leaders in the local Spanish-speaking community because they told the health department that they felt safe, comfortable, and welcome on our campus. Additionally, our church hosts a Mexican folkloric dance troupe on our property twice weekly. Offering hospitality to our immigrant neighbors and a space people feel safe to gather in to celebrate their culture and receive important health information is a core part of our ministry and how we practice our faith.

7. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our congregation by interfering with our religious practice of

worshiping in person together as a congregation, with all members of our community, including those who are refugees. It will also undermine the peace, safety, and sanctity of the space. Our church campus will cease being a safe place, and our siblings in the Spanish-speaking community of our town will no longer gather here. Our member's ability to follow God's repeated command to love the alien as ourselves will be rendered impossible. The government will have blocked our congregation from following God's will.

8. DHS's new enforcement policy is already substantially burdening our religious exercise. Our church hosts a Mexican folkloric dance troupe on our property twice weekly. On Monday, February 3rd, less than half of the dancers and their families attended the practice due to fear of an ICE raid on our church property. Earlier this month, they cancelled their dance practice due to fear of ICE raids on our church property. This limits our ability to offer welcome and hospitality and to share the love of neighbor with those participating in this ministry, impacting our ability to practice our faith.

9. There were also a series of Spanish language health seminars planned for this month at our church. Our mission committee planned to provide hospitality for the seminars as part of the practice of our faith. Based on feedback from the leaders of the Spanish-speaking community, the health seminars were postponed indefinitely due to the new DHS policy. This limits our church's mission and the ability for us to practice our faith through the offering of welcome, hospitality and sharing our love of neighbor in this ministry.

10. We pray that our church campus will once again be considered a safe space in the future. Our ministry to our siblings in the Spanish-speaking community will cease if we are no longer seen as a safe and welcoming space. Community members will lose access to helpful, live-saving health information. They will lose access to the fellowship and friendship enjoyed within

3

our campus. Our members will be blocked from offering Christian hospitality. They will be blocked from following God's commands. They will be blocked from Christian discipleship.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Pastor John Doe #9*

Pastor John Doe # 9