# EXHIBIT 28

Docusign Envelope ID: 500FEEEF-38EC-41B5-ABB2-AC6F81CD42A7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF JANE DOE # 10 ON BEHALF OF ANONYMOUS CONGREGATION SUPPORTING PLAINTIFF GENERAL ASSEMBLY OF THE PRESBYTERIAN CHURCH (U.S.A.)

I, Jane Doe # 10, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a member of a Presbyterian congregation in North Carolina. My congregation is a member of the Presbyterian Church (U.S.A.)

2. I wish to submit this declaration anonymously out of fear that my church will be targeted for immigration enforcement action.

3. We are a Matthew 25 church – called to feed the hungry, clothe those in need, care for the sick, and welcome the stranger. Jesus tells us in Matthew 25:35, "I was a stranger and you welcomed me." In the passage, Jesus is identifying himself with the stranger, calling us as his followers to see his presence in those who seek refuge and to welcome them with open arms.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President

Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

5.  North Carolina is a state with a large immigrant population and significant Immigration and Customs Enforcement ("ICE") activity, including several raids just this past week.

6.  We are a large congregation, and some of our members are naturalized citizens. We welcome church visitors with no regard for their immigration status. Our congregation runs several outreach ministries in the local community. We offer English as a Second Language ("ESL") and Certificate of High School Equivalency ("GED") classes, a Food Pantry, and Clothing ministries on our church campus. The participants in these outreach ministries are majority Spanish-speaking and many are undocumented.

7.  An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our congregation by interfering with our religious practice of worshiping God through our outreach to our community. It will also undermine the peace, safety, and sanctity of our space. Our church campus will cease being a safe place, and our siblings in the Spanish-speaking community of our town will no longer partake of the food, clothing, and educational services our ministries offer. ICE activity on our church campus will interfere with our members' ability to follow the teachings of Christ and treat the stranger in our community as we would treat Him. The government will have blocked our congregation from following Jesus' teachings in Matthew 25.

8.  DHS's new enforcement policy is already substantially burdening our religious exercise. The damage to our ministry is already felt and is ongoing. We have already heard participants in our outreach ministries making decisions about how to shift routines and limit outside activity out of fear of ICE, and we are starting to note a diminishing participation in our programs. Our

church food pantry, which serves 280 families, has reported a roughly 50 percent decrease in people showing up to receive food. People will go hungry as a result. Attendance at GED and ESL classes was down 50 percent on January 29, 2025. One GED student specifically mentioned not wanting to leave her house until patrol cars had left the area. Others have indicated that they are too scared to attend class. And on February 1, 2025, only 110 of the 250 people expected to receive clothing showed up to that ministry. Even some of the community partners and volunteers who are not at risk of deportation but are immigrants, are afraid to gather in larger groups, even on our church campus, for fear of unwanted attention from ICE. We are unable to follow the teachings of Jesus who told us to feed the hungry, clothe the naked, and welcome the stranger when they are too afraid of ICE activity on our church campus to come.

9. Our ministry to our siblings in the Spanish-speaking community will cease if we are no longer seen as a safe and welcoming space. Community members will lose access to helpful, life-sustaining food. They will lose access to clothing. They will lose access to ESL classes and other educational opportunities. Our members will be blocked from offering Christian hospitality. They will be blocked from following Jesus' teachings. They will be blocked from Christian discipleship.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Jane Doe #10*

Jane Doe # 10

3