# EXHIBIT 29

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MENNONITE CHURCH USA et al.,

     *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

     *Defendants.*

Civil Action No. 1:25-cv-00403

**DECLARATION OF PASTOR JOHN DOE # 11 ON BEHALF OF ANONYMOUS
WORSHIPING COMMUNITY SUPPORTING PLAINTIFF GENERAL ASSEMBLY OF
THE PRESBYTERIAN CHURCH (U.S.A.)**

I, Pastor John Doe # 11, upon my personal knowledge, hereby submit this declaration

pursuant to 28 U.S.C. § 1746 and declare as follows:

1.  I serve as pastor for a Worshiping Community of the Presbyterian Church (U.S.A.)

("PCUSA") located in the midsouth.  We serve up to 400 members who are connected to the 80

core families who participate in our activities.

2.  I wish to submit this declaration anonymously out of fear that my church will be targeted

for immigration enforcement action.

3.  We believe in a God who sent Abraham to a country he did not know so that he could be

a blessing there.  We believe in a God who migrated from heaven to live among us in human

form as Jesus Christ—a God whose only Son entered life and immediately became a refugee

fleeing Herod and seeking safety in Egypt.  God speaks to us through the history of God's

people.  God sees us and loves us just as God did all those who sojourned throughout the Bible.

Docusign Envelope ID: AB5A53D6-8BA8-4363-81FD-1BD3AD717DFD

4.    As Presbyterians, we believe that the Holy Spirit has made each member an overseer to care for the church of God.  As such, we gather to discern God's will in our lives and for the church as a body of believers.  Membership in our church body is not predicated on having obtained an immigration status.  "True faith in Jesus Christ is the only condition for membership in this church" (Confession of Belhar, 10.3).

5.    In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our Worshipping Community is at imminent risk of an immigration enforcement action.

6.    Immigration and Customs Enforcement ("ICE") activity has already increased in our members' neighborhoods, apartment complexes, homes, and at work sites.  Most of the members of our Worshipping Community, nearly 90 percent, identify as an immigrant—most adults being first generation and their children being second generation.  Several members have pending cases with immigration and have been notified to report outside of their regular appointments. Members have been cooperating, reporting, and following the process asked of them.  Their cooperation has made them known to enforcement and now they are being asked to report outside of their normal appointments.  Members are traumatized and frightened.

7.    An ICE enforcement action conducted at our place of worship will injure our community by interfering with our religious practice of worshiping in person together as a congregation, with all members of our community, including those who are immigrants and without lawful status.  It will also undermine the peace, safety, and sanctity of our worshipping space.  Members will no longer have access to Christian fellowship and worship because their sacred space will have been rendered unsafe.  As a predominantly immigrant worshiping community, many of our

2

members are far from home and have created a second family with those with whom they worship.  When we gather, we glorify God, offer the comfort of the Gospel to one another, and become one another's siblings in Christ.  When we gather, God works within us to give us what we need to sustain one another.

8.  DHS's new enforcement policy is already substantially burdening our religious exercise. We have had a significant drop in our worship activities.  Before the rescission of the sensitive locations policy, we regularly had 30 families in attendance.  Now, we are only seeing about 8 to 10 families participating on a regular basis.  Family attendance at worship has decreased by two-thirds.  The members remember the devastation of the first Trump administration when families were separated, and community members were lost.  They are re-experiencing that trauma anew. Parents are worried about the change in policy and afraid to participate in normal activities, including church activities—adjusting their schedules and the way they live.  Children are showing signs of trauma again with trouble at school and trouble at home.  Our members' need for pastoral care has dramatically increased and their ability to look to their fellow believers for comfort has diminished, as so many are now afraid to gather in a space they once thought of as safe.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  2/21/2025

Respectfully submitted,

Signed by:

*John Doe #11*

D6FBF538FCC3442...

Pastor John Doe # 11

3