# EXHIBIT 30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF GIOVANNI ARROYO ON BEHALF OF PLAINTIFF GENERAL COMMISSION ON RELIGION AND RACE OF THE UNITED METHODIST CHURCH

I, Giovanni Arroyo, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I currently serve as General Secretary for The General Commission on Religion and Race of The United Methodist Church ("GCORR"). I have served as the elected General Secretary of GCORR since 2021.

2. I make this statement based upon personal knowledge, files and documents of the GCORR that I have reviewed, as well as information supplied to me by members of GCORR whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting GCORR's business.

3. GCORR is one of 13 general boards and agencies of The United Methodist Church ("UMC"), all of which provide resources and services that equip local congregations and provide a connection for ministry throughout the world. GCORR is the agency that is mandated to

Docusign Envelope ID: 8096B97A-F5EB-4757-AC34-CBDC277BB8B3
Case 1:25-cv-00403-DLF   Document 11-33   Filed 02/21/25   Page 3 of 6

challenge, lead, and equip the people of The UMC to become inter-culturally competent, ensure institutional equity, and facilitate vital conversations about religion, race, and culture. GCORR also assumes the responsibilities for such matters as, for instance, empowering visible and prophetic leadership at every level of the worldwide church with regards to race, ethnicity, and culture and identifying and responding to global racism, ethnocentrism, and tribalism in order for the denomination to more effectively move its mission forward in a diverse and global society. And GCORR administratively houses and provides oversight for The UMC's Plan for Hispanic/Latino Ministries, which is made up of over 600 Hispanic Latino United Methodist immigrant congregations and ministries.

4. The UMC currently has about 5 million members in the United States who belong to about 29,000 congregations spread out across all 50 states.

5. The United Methodist belief and tradition is based on the Judeo-Christian values that mandate care for immigrants by loving them as oneself and providing for their welfare instead of oppressing them (Leviticus 19:30), just as Jesus modeled. Indeed, Jesus identified with the immigrant and calls on Christians to provide hospitality to them (Matthew 25:38-40). The UMC and all its boards and agencies, including GCORR, affirm the worth, dignity, and inherent value and rights of *all* persons, regardless of their nationality or legal status. Church worship and all other services are offered to *all*, irrespective of legal status.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that United Methodist congregations are at imminent risk of immigration enforcement action.

7. There are many United Methodist congregations located along the U.S.-Mexico border (in Arizona, California, New Mexico, and Texas), as well as along the U.S.-Canada border. In the last few weeks, Immigration and Customs Enforcement ("ICE") raids have taken place in many cities where churches are open for worship and provide social services to the community, including Phoenix, Arizona; Los Angeles, California; Atlanta, Georgia; and Tampa, Florida. United Methodist churches are often used every day of the week and therefore have a higher risk of being the subject of an immigration enforcement action. And some congregations have already been targeted—First United Methodist Church of Germantown, in Philadelphia, Pennsylvania, experienced an ICE raid at the home of a congregant housing a family in sanctuary on behalf of the church. The family was taken into custody as a result of the raid. And a church in the Southeastern United States has already had ICE show up at its worship services.

8. There are over 600 Hispanic United Methodist congregations and over 25 different ethnic United Methodist faith communities in the United States. These congregations are largely made up of immigrants, most of whom are undocumented. Many of these congregations worship and offer services in their native languages and are easily identified as "immigrant congregations," making them more visible to immigration enforcement authorities.

9. Affirming that "the ministry of all Christians consists of service for the mission of God in the world," United Methodist churches serve their members and the community through feeding programs, early childhood education, soup kitchens, ESL classes, tutoring programs, after school programs, and many other forms of service to the community. For example, First United Methodist Church of Germantown operates a Community Fridge on its property. Many congregations provide services particularly intended to serve newly arriving immigrants as part of the biblical mandate to care for the stranger and the immigrant. Direct services such as

3

providing showers, food, care packages and backpacks with basic goods, and overnight lodging are commonly provided on church campuses, often by members who are immigrants themselves. For example, a church in the Southeastern United States houses individuals and families on church property.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm United Methodist churches by interfering with their religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status. Likewise, enforcement actions targeted at social service ministries impede the denomination's spiritual mission by violating the fundamental principles of sanctuary, mercy, and care for the vulnerable. The fear of ICE activity prevents congregations from carrying out their mission to minister to persons in the community where their church is located and to provide nurture to *all*.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. Some local congregations have reported that attendance at worship services is down since the rescission of the sensitive location policy. Normal church programs such as Sunday School, Women and Men's ministries, committee meetings, and other regular church events are not happening, as people are not attending. A congregation in California has had many members stay home from worship service because they are afraid of ICE, and they are working on developing a strategy to have clergy take communion to those members' homes. First United Methodist Church of Germantown had immigrants stop participating in social services on church property and had to increase their budget to deliver food to immigrant families at their homes. Parents are particularly afraid of bringing their children to church. Many local congregations are reporting a loss of income, as fewer people are attending, leading to less money in the offering

plates.  Some congregations have paid to develop personal safety plans for an ICE raid; other congregations are investing time to create plans on their own.  A California congregation has had to spend money on extra staff to help with security.  And local United Methodist congregations and local annual conferences are re-structuring budgets and looking for funds to provide legal and social resources to members who are victims of ICE raids or arrests at churches.  Because of the fear caused by the change in the sensitive locations policy, churches are not able to carry out their biblically-mandated mission, as they must spread out their very limited resources to provide needed resources such as trauma counseling for children who witness their parents being arrested or detained and other emerging needs.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Giovanni Arroyo*
— 0EB00E6DCDCB4FC...

Giovanni Arroyo