# EXHIBIT 31

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

     *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

     *Defendants.*

Civil Action No. 1:25-cv-00403

## <u>DECLARATION OF PASTOR ALISA LASATER WAILOO ON BEHALF OF FIRST UNITED METHODIST CHURCH OF GERMANTOWN SUPPORTING PLAINTIFF GENERAL COMMISSION ON RELIGION AND RACE OF THE UNITED METHODIST CHURCH</u>

I, Pastor Alisa Lasater Wailoo, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as lead pastor for First United Methodist Church of Germantown ("FUMCOG"), located in the city of Philadelphia. We are a member of The United Methodist Church ("UMC") and in turn, of the General Commission on Religion and Race, an agency of the UMC.

2. Our church is a multiethnic, urban congregation founded in 1796. We have been engaged in ministries of social justice for over 200 years, including housing families in sanctuary since 1985. Our membership is over 300, but we worship about 100 each week.

3. Scripture is unequivocal about God's expectation that we welcome the foreigner. Leviticus 19:34 puts it most succinctly: "The foreigner residing among you must be treated as your native-born. Love them as yourself...." But we could quote from numerous books of the Bible. None of those scriptures delineate between documented and undocumented residents, and

so neither do we.  This religious duty and honor is not only outlined in scripture, but in our denominational documents as well.  That includes the United Methodist Social Principles, which read: "We recognize, embrace, and affirm all persons, regardless of country of origin, as members of the family of God.  We affirm the right of all persons to equal opportunities for employment, access to housing, health care, education, and freedom from social discrimination. We urge the Church and society to recognize the gifts, contributions, and struggles of those who are immigrants and to advocate for justice for all."

4.   In sum, welcoming the non-native-born and supporting those seeking asylum is key to our central faith story.  Jesus, and therefore the salvation that comes through him, could have been stopped by a despot king if local Egyptians had not welcomed in Mary, Joseph, and their baby.  To be faithful, we must do the same.

5.    In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

6.   The church is located in a multi-ethnic urban area of a port city where an estimated 47,000 neighbors are at risk of deportation under these new executive orders.  Immigration and Customs Enforcement ("ICE") raids are already taking place around the state, including last week in the nearby neighborhood of Juniata Park.  In the past, our congregant's home and adjacent property, where we were housing a family in sanctuary, was raided, and the family was taken into custody.  ICE agents posed as friends coming to attend the 4-year-old child's birthday party, which is how they gained entrance into the home.

7.   Our doors are open to everyone, and some members of our congregation are immigrants including those we have met through the Sanctuary movement.  Beginning in 1984, we housed, supported, and learned from a family from Guatemala throughout the eighties, until they officially received asylum in 1990.  That family is still an active part of our congregation.  We have hosted additional families over the years.  Each time, we became a hub for other congregations and community members who understand the divine commandment to welcome the stranger and love as we love ourselves.

8.   Our congregation also has numerous outreach ministries that support immigrants within our community.  The Germantown Community Fridge operates on our property, and we partner with them to offer food and prepared meals to local neighbors 24 hours a day, 7 days a week.  In addition, we offer educational opportunities to children and youth throughout the neighborhood and host several non-profits within the buildings on our campus, including those that provide counseling for victims of violence and survivors of breast cancer.  None of these organizations limit their services to documented residents.

9.   As a congregation, we have engaged and participated in visible advocacy work, including grassroots efforts like the Monthly Vigil urging the U.S. to change its policy toward Central America and advocacy efforts in support of the New Sanctuary Movement.  Everything we do— from our weekly worship to our press conferences we have held on the church steps—lets the community know we stand with undocumented individuals and families.

10.   An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our church by interfering with our religious mandate to worship in person together as a congregation, with all members of our community, including those who are immigrants and without lawful status.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. Threats of ICE raids are preventing people from joining our worship and receiving our services. The immigrants we serve as part of our outreach ministries are also being deterred from participating in the ministries. We have already had to increase our budget to cover food purchase and delivery to families who do not feel safe to come to church, but having to deliver to individual houses makes it much harder and more expensive to get food to those in need. We will find a way to serve people, but there will be a cost. This prevents us from fully living out our call to feed the hungry and all the other mandates of caring for those in need highlighted in Matthew 25. It directly hampers our free exercise of religion and undermines our ability to welcome foreigners and offer aid to those seeking asylum, as our faith unequivocally requires.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:

*Alisa Lasater Wailoo*

DE233BEB568746F...

Reverend Alisa Lasater Wailoo

4