# EXHIBIT 32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>    *Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF PASTOR JOHN DOE # 12 ON BEHALF OF ANONYMOUS CONGREGATION SUPPORTING PLAINTIFF GENERAL COMMISSION ON RELIGION AND RACE OF THE UNITED METHODIST CHURCH

I, Pastor John Doe # 12, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as lead pastor for a church in the Southeastern United States. We are a member of The United Methodist Church ("UMC"), and in turn, of the General Commission on Religion and Race, an agency of the UMC.

2. I wish to submit this declaration anonymously out of fear that if my church is identified, it will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

3. We believe and practice the biblical mandate to welcome the immigrant. Additionally, we oppose all laws and policies that attempt to criminalize, dehumanize, or punish displaced individuals and families based on their status as migrants, immigrants, or refugees, as stated in the United Methodist Church Social Principles.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

5. Our city is home to a number of immigrants, including undocumented immigrants. Over the last few weeks, we have seen ICE enforcement actions in the city. We know that ICE has already shown up at our worship services and waited for someone to exit the sanctuary.

6. Our congregation has several active immigrant members from countries in South and Central America. We also provide simultaneous English-Spanish interpretation during our worship service.

7. Currently, we have two specific outreach programs in our church to support immigrants within our community. One houses individuals and families on church property and welcomes *all* people, without regard to citizenships or immigration status. The other provides free direct representation to children and their parents to assist with immigration cases, and is also administered on our property, currently serving over 150 children. In addition to these programs, we have served as a sanctuary ministry that hosted an individual for 10 months and have hosted Know Your Rights workshops in partnership with immigrants' rights organizations. We serve a large concentration of immigrants. Hundreds of non-congregant immigrants who participate in in our social service ministries have received communication from ICE/CBP, are in removal proceedings, or have final orders. Because of the nature of the social services we provide to the immigrant community, we know ICE is aware of our church campus.

8. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our church by interfering with our religious

mandate to worship together in person as a congregation, with *all* members of our community, including those who are immigrants and without lawful status.

9. DHS's new enforcement policy is already substantially burdening our religious exercise. People are afraid. Our phone is ringing with parents who are terrified of being detained and deported and being separated from their children. We have already had to change our approach to hosting and advertising events. For example, recently, we co-hosted a workshop that we would normally post publicly and invite all members of the public to, but we kept the event private and limited out of fear that we might put undocumented folks at risk. As a result, we hosted fewer families than we had the capacity for. We are already carrying a heavier burden in trying to serve our immigrant community because of the news of ongoing raids that are happening everywhere.

10. DHS's new enforcement policy is already making it harder for our church to live our mission and mandate as freely because we are not able to welcome "all" people. Whereas we used to be public and vocal about the fact that we welcome all individuals, including the undocumented, we must now keep our services unpublicized even in church for fear of attracting ICE and its immigration enforcement activities. To help alleviate some of the fear, the church is considering diverting some funds and resources to explore and develop a remote option for legal services.

11. All of the above have a devastating impact on our outreach ministry work and our ability to fulfill our religious mandate to welcome and serve our immigrant neighbors. It is at odds with our religious mandate to be an open and welcoming space for all.

3

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025                                                  Respectfully submitted,

                                                                                  *John Doe #12*

                                                                                  Pastor John Doe # 12