# EXHIBIT 33

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF REVEREND CARLOS L. MALAVÉ, PRESIDENT OF PLAINTIFF LATINO CHRISTIAN NATIONAL NETWORK

I, Reverend Carlos L. Malavé, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the President of the Latino Christian National Network ("LCNN") and have served in that position for ten years. I am also an ordained minister with the Presbyterian Church (U.S.A.).

2. I make this statement based upon personal knowledge, files and documents of LCNN that I have reviewed, as well as information supplied to me by members of LCNN whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting LCNN business.

3. LCNN was founded in 1998 and incorporated as a 501(c)(3) non-profit in August 2001. We are registered in Orlando, Florida, and have members across the country.

4. LCNN's mission is to work towards unity among Latino Christian leaders for the holistic transformation of our communities. Our membership is composed of 80 Christian pastors and leaders, many of whom represent Latino denominational offices or national organizations.

5. Advocacy for comprehensive immigration reform has been at the core of LCNN's work for the last 12 years. We believe that for God there is no difference between immigrants, refugees, and those born in a particular country. God is working through the church and other human institutions to remove any humanly constructed barriers that separate people, including physical boundaries. These beliefs are rooted in biblical passages that instruct the people of God to welcome immigrants and refugees, including Leviticus 19:33-34: "When an alien resides with you in your land, you shall not oppress the alien. The alien who resides with you shall be to you as the native-born among you; you shall love the alien as yourself, for you were aliens in the land of Egypt." Our members and their respective churches and organizations agree on these basic principles.

6. Our members promote these inclusive principles through preaching, teaching, and printed resources. We also share these principles on our website and the websites of our member churches and organizations.

7. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that LCNN members are at imminent risk of immigration enforcement activity at their churches.

8. LCNN members are located across the country, including in urban and border areas with high Latino populations. Several of our members' churches are near the border in states like California and Texas, including in San Diego, Calexico, El Paso, Laredo, McCallen, Nogales,

and Douglas. Several members are aware of recent ICE enforcement in their community, including checkpoints near their churches.

9. The majority of LCNN members lead Latino churches, with congregants from all over Latin America, including Mexico, Guatemala, El Salvador, Colombia, and Venezuela. Many of these congregants are undocumented. At one member's church in Indiana, at least 80 percent of the congregants are immigrants, some of whom have requested pastoral support for immigration legal assistance. At another member's church in California, the pastor estimates that approximately 50 percent of the congregants are undocumented. A member in Florida has a congregant who was recently informed, after spending 26 years in the United States and beginning the process of obtaining legal status, that she would be deported within two weeks.

10. Many LCNN members provide social services as part of their church's ministry, including ESL classes, food and clothing distribution, ministry for special needs individuals, and classes on healthcare access and financial literacy. These services target low-income Latino families, without regard to an individual's nationality, economic, or immigration status. Many undocumented people participate in these programs. LCNN members' churches have also hosted and supported asylum seekers and unaccompanied minors who have crossed the border.

11. As a result of the mass arrest and deportation policy, the level of fear in the Latino community is astronomical – including among Latinos who are American citizens by birthright. Members of the LCNN community have been instructed to carry their birth certificates with them everywhere to ensure against wrongful arrest, including Puerto Rican American citizens. Local pastors have reported that their congregations are "scared to death." One LCNN member's church in Indiana reported that congregants have expressed concerns about public

visibility when attending social service ministries and asked whether it is safe to attend church events.

12. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden LCNN members' religious exercise by interfering with their religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status. For many members of the network from the Anabaptist tradition, this intrusion echoes a long and horrible history of state persecution. One LCNN member, a pastor in California, noted that many members of his community came to the United States from countries where government raids on places of worship are common and sought refuge here in order to be able to worship in peace. Another LCNN member, a pastor in Indiana, similarly explained that given the high percentage of immigrant and mixed-status families in his congregation, an enforcement action will have a devastating emotional, spiritual, and psychological impact on congregants, creating fear, distrust, and lasting trauma. Such government intrusion, both pastors expect, will deter church attendance and reinforce the belief that immigrants – even legal immigrants – are not safe anywhere, including in houses of worship.

13. Likewise, an immigration enforcement action directed at LCNN members' social service ministries will prevent them and their congregations from carrying out their mission to welcome and serve all immigrants, whom they feel called to minister to as part of their evangelical faith. As one LCNN pastor explained, social service outreach is a "direct manifestation of our spiritual calling," allowing us to "actively and tangibly live out our faith, offering hope and sanctuary to those often marginalized and underserved. Immigration and Customs Enforcement ("ICE") activity targeted at those ministries will cause vulnerable community members to stop

4

participating, thereby preventing LCNN members from fulfilling their holy responsibility to care for their neighbors.

14. DHS's new enforcement policy is already substantially burdening the religious exercise of LCNN's members, imposing drastic limitations on their ability to carry out their religious obligations. Members' congregants have ceased attending church, opting to attend remotely where it is an option or not to attend at all. Many are abstaining from leaving the house for food, school, medical appointments, or other basic necessities out of fear of risking their freedom. At one member's church in California, attendance at the small business support program, which historically brought in over 100 participants, dwindled to only 25 in reaction to rumors about potential ICE raids.

15. The looming threat of enforcement action is presently forcing our members to make the impossible choice of either excluding undocumented people from church activities and social service ministries, or instead continuing to welcome them, thereby exposing them to arrest and deportation. Both options are unconscionable, as the Holy Scriptures instruct that there will be a final reckoning for those who had the capacity to provide for others but failed to fulfill that sacred commandment.

16. Numerous LCNN members have already begun to restrict worship opportunities to protect congregants. Throughout the country, LCNN members have begun closing worship services and/or moving them online. Regular weekly events at churches have been canceled. The LCNN member in Indiana, noted above, is reducing public advertising of his church's social services, with the consequence of making it more difficult for immigrants to find them, thus reducing the number of people to whom they can minister. Other services are moving to private

homes or offered on an appointment-only basis, therefore preventing some people from receiving timely assistance.

17. Although the primary effects of reducing programming will be on individual congregants, the limitations imposed on religious practice will also have a crippling effect on the financial and communal stability of our members' churches.  The LCNN member in Indiana, noted above, reports that his church is now forced to reallocate time, money, and personnel away from worship and community service, towards necessary protective measures to mitigate the harm and fear created by the possibility of ICE enforcement.  Other LCNN members have had to let go of their staff and seek new sources of funding to continue to carry out their religious mandate to serve all and do no harm.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Reverend Carlos L. Malavé

6