# EXHIBIT 34

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>    *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF PASTOR JOHN DOE # 13 IN SUPPORT OF PLAINTIFF LATINO CHRISTIAN NATIONAL NETWORK

    I, Pastor John Doe # 13, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as lead pastor for a church located in southern California. I am a member of the Latino Christian National Network ("LCNN").

2. I wish to submit this declaration anonymously out of fear that my church will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Patrol ("CBP").

3. My church is a community of bilingual, intercultural, and intergenerational Christ-followers invited to connect, grow, and serve with Christ in the barrios and cities that its members inhabit. This leads us to denounce the injustices that impact our zip codes and to announce God's justice in the life, love, and teachings of Jesus of Nazareth. By fostering holistic relationships with God, family, and neighbors, we seek to integrate Christian faith and social justice initiatives. We believe that serving and ministering to immigrants, the poor, and all who are oppressed is central to being a follower of Jesus (Matthew 25:31-46). We are called to

identify with and enter into solidarity with the poor, not simply to offer charity from positions of comfort.  The Christian responsibility to the poor is an essential aspect of the life of every believer who seeks a faith that works through love.  We see any attempt by governments to abridge or curtail these charitable responsibilities as violative of religious freedom.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that my church is at imminent risk of an immigration enforcement action.

5. My church has approximately 150 current members of 16 different nationalities, coming from Mexico, Guatemala, El Salvador, Honduras, Colombia, Chile, Peru, Brazil, Costa Rica, Nicaragua, Puerto Rico, Taiwan, Hong Kong, China, Singapore, and Hungary.  Our congregation is intergenerational, representing a variety of migration statuses as well as second and third generation Americans.  In our city, there are approximately 11,000 undocumented individuals; one in five Latino households are "mixed status," including at least one undocumented person.  Our congregation includes many mixed status families, where parents are undocumented and children are U.S. citizens or DACA recipients, as well as entire families that are undocumented.

6. My church has a long history of ministering to the undocumented community through social service ministries offered on our church property.  During the family separation policy under the first Trump administration, we began a day care center for unaccompanied minors along with a partnering organization which provided coordination with Department of Homeland Security and Refugee Resettlement office; several families in our congregation hosted minors separated from their parents in their homes after extensive background checks and efforts to comply with child- and foster-care regulations.  The program was discontinued after children

stopped being released during the COVID-19 pandemic. We currently host a food pantry that serves approximately 400 low and moderate-low income families, documented and undocumented, each week. As part of ministry to our community, we make the gym available to a local youth soccer team composed of Latino families with mixed migratory status. Additionally, we provide a special needs ministry to individuals and families with various disabilities, offering spiritual accompaniment, psycho-social education, and social gatherings. Undocumented members of our community are key recipients of this ministry. Lastly, we have an Alcoholics Anonymous chapter that meets once a week on our campus, which is open to all members of our community regardless of migratory status.

7. As a church with a large immigrant community and an outspoken stance on immigration policy, we are a likely target for ICE or CBP disruption during our worship services and social service ministries. We are aware of raids within a 20-mile radius of our church, within the communities of many of our commuter congregants. There have also been ICE checkpoints in the vicinity of our church.

8. An enforcement action during a worship service, religious ceremony such as baptisms, weddings, quinceañeras, and funerals, or other church activity will substantially burden my and my congregation's religious exercise by interfering with our religious mandate to worship and conduct religious ceremonies with all members of our religious community regardless of migratory status. By gathering together as Christians through historic Christian spiritual practices such as prayer, singing, bible study, storytelling, and communal meals, our faith is nurtured, hope is restored, and guidance in decision-making processes is provided (Acts 2:45-47; Hebrews 10:25). Meeting together has a direct correlation to living out our faith; when worship

3

and religious ceremonies are impacted and no longer able to be conducted with the right to safety and religious freedom, one of our core tenets of faith is violated.

9. An enforcement action during worship will also threaten and interrupt our sacrament of the Lord's Supper, Communion. This will prevent us from exercising the historical orthodox Christian practice of sharing in the body and blood of Jesus. As stated in our sacred text, "For I received from the Lord what I also handed on to you, that the Lord Jesus on the night when he was betrayed took a loaf of bread, and when he had given thanks, he broke it and said, 'This is my body that is for you. Do this in remembrance of me.' In the same way he took the cup also, after supper, saying, 'This cup is the new covenant of my blood. Do this as often as you drink it, in remembrance of me.' For as often as you eat this bread and drink the cup, you proclaim the Lord's death until he comes" (1 Corinthians 11:23-26). We will not be able to carry out the Eucharist celebration, which will cause tremendous disorientation for our liturgy as well as for ourselves as Christians. The apostle Paul warns about taking communion without discernment and self-examination: "those who eat and drink without discerning the body of Christ eat and drink judgment on themselves" (1 Corinthians 11:27-32). A raid in the middle of worship will prevent this step in taking Communion and violate our sacred consciousness and moral compass rooted in hope under the Lordship of Jesus Christ.

10. An enforcement action during our ministry work will prevent us from carrying out the social and evangelical work we feel called to do as Christians. If it is not safe for community members to access our food bank or Alcoholics Anonymous chapter, we will be prevented from putting our faith into practice by serving our neighbors. Members of our special needs ministry are particularly vulnerable to this restriction, as few services exist to replace what our ministry provides. These limitations will compound the trauma already present in our southern California

community, which has been affected by raging fires, further limiting the safe spaces that community members can access, such as weekly soccer practices on our campus.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. The policy has already reduced the level of comfort with which congregants travel to and from church, and jeopardized the role of the church as a safe haven from worldly stress and anxiety. We have reduced advertising of events to ensure our congregants' safety and have established protocols to respond to ICE attendance at worship services. Some congregants, expressing profound stress and anxiety, have chosen to begin attending services online rather than risk commuting. This has a direct impact on our congregants' mental health across generations. Losing congregants' attendance does not merely injure them – it erodes our community's intercultural life and prevents us from honoring our core belief in the incarnation of Christ through physical presence.

12. We are now forced to choose between canceling or limiting our church and ministry activities or instead exposing our congregants and visitors to ICE/CBP action when they visit our church. Were we to choose to halt ministry to the immigrant community, we would be choosing to violate God's commands in favor of human ones. As our sacred text in Acts 5:29 states, "But Peter and the apostles answered, 'We must obey God rather than any human authority.'" Neither option is conscionable.

13. If we are unable to obtain a court order constraining ICE and CBP's authority to conduct immigration enforcement action at our church, we will be forced to change our church's practice and meet in a decentralized manner in order to protect our undocumented congregants and ensure their attendance. We will cease publishing our schedule and alter our meeting days. Meeting at multiple locations will increase rental costs; providing for closed Zoom attendance will increase

5

digital services costs and pull resources away from in-person programming for children. In some areas, we expect to cut back worship opportunities, particularly in-person opportunities, altogether.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:

_____

8A2462EAFD114D7...

Pastor John Doe # 13

6