# EXHIBIT 35

Docusign Envelope ID: 88455198-2D17-4EC9-8125-A4B825B7B310

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF REVEREND LAURA EVERETT, EXECUTIVE DIRECTOR OF PLAINTIFF MASSACHUSETTS COUNCIL OF CHURCHES**

I, Reverend Laura Everett, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of the Massachusetts Council of Churches ("MCC") and have served in that role for 14 years.

2. I make this statement based upon personal knowledge, files, and documents of MCC that I have reviewed, as well as information supplied to me by members of MCC whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting MCC business.

3. MCC is an association of congregations and 18 denominations convinced that what binds us together in Christ is stronger than what divides us. As the nation's oldest state council of churches, MCC is the embodied expression of Christian unity in faith and witness across the Commonwealth of Massachusetts. MCC is headquartered in Boston, Massachusetts.

4. Throughout its history, MCC has devoted itself to working for, and bearing witness to, the dignity and support of immigrants. Indeed, MCC's commitment to serving and ministering to immigrants precedes its founding, through its predecessor bodies that provided direct services of pastoral care, feeding, counseling, literacy education, and housing to immigrant laborers. To this day, MCC members offer educational opportunities, food and hygiene provision, and refugee resettlement services to the immigrant community. MCC's core function of a "common Christian witness" has always included our witness of inclusion and care for immigrants. This support, care, and ministry has never been governed by immigration status.

5. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that MCC members are at imminent risk of immigration enforcement activity at their churches.

6. Many MCC member churches are based in areas with high concentrations of new immigrants, farm workers, and day laborers, including Lynn, Revere, Chelsea, East Boston, Mattapan, Roxbury, Plymouth, Chinatown (Boston), New Bedford, Fall River, Springfield, and Worcester. Immigration and Customs Enforcement ("ICE") has conducted several widely reported enforcement actions across the state of Massachusetts where MCC churches are located. One member church in Boston reports that since January 20, 2025, ICE agents have conducted significant enforcement within two miles of their church and regularly stop shoppers outside the only supermarket in their neighborhood to "check their papers." In Plymouth County, where several MCC member denominations have churches, the Plymouth County Sheriff's department actively contracts to provide detention facilities to ICE, leading churches in that county to feel especially vulnerable, nervous, and scared.

7. Our member churches have immigrant congregants from all over the world, including Haiti, Armenia, Egypt, Korea, Vietnam, Cambodia, Japan, Lebanon, Syria, Palestine, Israel, Zimbabwe, Kenya, Cameroon, Brazil, Mexico, Dominican Republic, Honduras, Jamaica, the Bahamas, India, Sri Lanka, Cambodia, Cape Verde, and elsewhere in West Africa, Central Africa, and the Caribbean. Many of our local congregations are made up of these kin in Christ. Among our member denominations are congregations comprised almost entirely of immigrants, both documented and undocumented. At one member church in Boston, about 50 percent of the congregation are immigrants; at Hadwen Park Congregational Church ("HPCC") in Worcester, about 30 percent are immigrants, documented and undocumented. Massachusetts hosts the country's third-highest concentration of Haitian immigrants and second-highest concentration of Armenian immigrants. Many of our Haitian member congregations are reliant on Temporary Protective Status to maintain their presence in the United States.

8. Congregants have reported contact from or surveillance by ICE agents, including surveillance targeting direct service programs such as legal counsel, education, youth ministry, after school care, and food provision. Some churches have had congregants placed in removal proceedings and at least one church had a congregant deported.

9. Many MCC member churches also offer social service ministries—such as food pantries, clothing provision, education, or legal aid programs—that serve both documented and undocumented immigrants. One member church in Boston feeds 150 families per month, both immigrants and citizens. These churches often offer food, mental health support, clothing, and direct services as a regular part of their worshipping community. These resources are provided regardless of documentation status. Several member denominations conduct outreach targeted at the undocumented community, including visitation programs to Massachusetts ICE detention

3

Docusign Envelope ID: 88455198-2D47-4EC8-8125-A4B825B7B310

centers; one member additionally supports bond and bail payments for detained immigrants. HPCC provides housing for 36 LGBT asylum seekers in church-owned housing. Our members' social outreach ministries are an expression of our Christian faith and extension of our worship.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our members by interfering with our ability to gather, worship, and serve together. It will inject fear, intimidation, and trauma into worship spaces crafted to provide safety, sanctuary, and community, doing violence to our sacred mission and unraveling our community. Such enforcement would traumatize the worshipping community, making them less likely to attend worship in the future. Immigration enforcement actions during worship would contradict our churches' core belief in welcoming the stranger (including immigrants and foreigners) as one of our own.

11. Likewise, an immigration enforcement action directed at our churches' social service ministries will prevent us from carrying out our mission to welcome and serve all immigrants, whom we feel called to minister to as part of our evangelical faith and to protect as some of the most vulnerable in our society. In addition, an enforcement action during social service ministries, such as food distribution, will shatter the community safety net that many MCC churches view as a religious expression and extension of worship. One church in Boston reported that shrinking attendance at social services outreach ministries would cement a sense of the congregation's failure to live out their mission.

12. DHS's new enforcement policy is already substantially burdening the religious exercise of our churches. Since DHS adopted the new policy, member churches have reported mass anxiety and fear, fueled by rumors of escalating ICE enforcement, that is driving congregants to avoid leaving their homes. Member churches are reporting decreased attendance, both at church

4

services and at food pantries, in the wake of the rescission, particularly in cities with significant immigrant populations.  At one church in Boston, unhoused congregants are reticent to participate in an upcoming annual event because they fear that it is "the perfect set up for an ICE raid."  The fears animating these drops in attendance are also weakening congregations' sense of community.  These communities' fracturing harms all congregants, immigrant and nonimmigrant alike – all of whom are people of faith who are instructed to "love thy neighbor as themselves."

13. DHS's new enforcement policy is also presently forcing our member churches to make the impossible choice of either refraining from welcoming all people to participate in communal worship services regardless of immigration status or instead continuing that welcome while making their congregants and visitors easy targets for ICE.  Either option is unconscionable.

14. Some MCC members are already making burdensome changes in an effort to keep our places of worship safe.  Some churches have removed essential information about religious services from public websites or have canceled events altogether.  Scheduled public religious processions are being taken inside and underground, curtailing our public practice of our faith.  Other members have expended already-limited resources on additional security measures or to secure more volunteers for church services and social outreach services.  As organizations, our member churches fear that the pressure to hide religious practice will lead both to a decrease in giving and financial support and a decrease in faith.  We are an embodied people with an embodied ritual practice, particularly in the receiving of the sacraments of Eucharist and Baptism.  To "cut back on worship" is to deny us the ability to practice our faith and ultimately to threaten our ability to exist as a religious entity.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

Signed by:

Reverend Laura Everett