# EXHIBIT 36

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF REVEREND JUDITH K. HANLON ON BEHALF OF HADWEN PARK CONGREGATIONAL CHURCH SUPPORTING PLAINTIFF MASSACHUSETTS COUNCIL OF CHURCHES**

I, Reverend Judith K. Hanlon, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as senior pastor for Hadwen Park Congregational Church ("HPCC") in Worcester, Massachusetts, and have served in that role since 2000. We are a member of the Massachusetts Council of Churches ("MCC") and of the United Church of Christ ("UCC").

2. Our church is called to follow the Biblical mandate to welcome the sojourner, the visitor, the immigrant and give them hospitality as if they were our family. Throughout the history of our denomination and HPCC in particular, we have sought to minister to the "least of these": the hungry, thirsty, stranger, naked, sick, and prisoner. It is particularly important for us to welcome all immigrants and refugees in the name of Jesus Christ, who was himself born in the town of Bethlehem where his earthly parents were strangers. When people join our church, they "covenant" (make a promise) with God through Christ and with one another to live as one

people, one church, and to work together for the common good of all of creation. We promise this to ALL WHO ENTER.

3. Our welcoming statement, which was voted on by our parish council in April 2004, states: "No matter who you are, or where you are on life's journey, we seek to find a place for you here . . . Welcome to all who have no church home, to all who need strength, to all who want to follow Christ, to those with doubts, or those who do not believe at all. Welcome to new visitors and old friends. Welcome to all who have been wounded or unwelcomed at any church, anywhere, anytime. Welcome to <u>all</u> immigrants and refugees in the name of Jesus Christ who was born in the town of Bethlehem where his earthly parents were strangers. Welcome to grandparents, mothers, fathers, and single and partnered people. Welcome to people of all colors, cultures, abilities, sexual orientations and gender identities, to old and young, to believers and questioners – and welcome to questioning believers."

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. It is my understanding that over 20 percent of the Worcester community are immigrants, many of whom are undocumented. About 30 percent of our congregation at HPCC are immigrants; we have had several undocumented congregants over the years, including from Brazil, El Salvador, and countries within Africa, and continue to have some today. In following the Biblical mandate to welcome the stranger, we house over 30 LGBT asylum seekers who are fleeing the countries where it is illegal to be gay. They live in houses owned by the church. We have been doing this for 17 years. In support of our immigrant and undocumented congregants,

2

we have advocated in federal courts; provided food, clothing, educational resources, and space for attorney-client meetings; helped retrieve congregants' vehicles when they were impounded; marched for their rights where they are threatened; and advocated with our local government to protect them. One of our main efforts is to make sure that all who come to us seeking asylum do so legally; however, the legal journey towards citizenship is expensive and arduous. Asylum seekers who live with us have been detained after crossing the border. One of our former asylum seekers is currently in detention in Texas. We have been involved in supporting their legal representation with affidavits and testifying at legal proceedings.

6. As outspoken advocates for the rights of immigrants and asylum seekers, particularly those facing discrimination for their gender identity or sexual orientation in their home countries, we are a likely target for Immigration and Customs Enforcement ("ICE") disruption during our worship services and outreach ministries on church property where we have a public food pantry and food, toy, and grocery drives for the underserved population in our city.

7. An enforcement action during a worship service, religious ceremony, or other church activity will substantially burden our church's religious exercise by interfering with our religious mandate to worship together as the body of Christ, including those who are immigrants and without lawful status. An enforcement action during our ministry work will prevent us from carrying out the social and evangelical work that Christ demands of us. We preach that if we have food, we must seek to provide food for every human being. If we are safe, we must seek to provide safety for every human being. If our undocumented congregants and guests in need are unable to engage in our ministry, we will be unable to fulfill this sacred work. We would be hypocrites to our calling in Christ Jesus.

3

8. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the sensitive locations policy was revoked, many of the asylum seekers living in church housing have stopped coming to church, where their support networks and "new" family are. Recently, individuals who appeared to be immigration enforcement officers came to one of the church-owned houses. They left before I arrived as our documented asylum seekers were terrorized. One was terrified and needed counseling and prayer, unable to eat and emotionally distraught. As a result of their fear, our congregants are isolated from their friends and siblings in the church and are unable to attend the church services in which they find hope and strength in communion with one another and in worshipping the God who has saved them, they believe, from death.

9. If we are unable to obtain a court order constraining ICE's authority to conduct immigration enforcement action at our church, we anticipate that the drop in attendance could end our congregation. We are known as the church of justice and joy; we do not believe that there is joy without justice for all. Without the ability to welcome our immigrant, asylum seeker, and undocumented congregants, we will not be able to pursue joy nor realize justice. If our immigrant population no longer attends, sings, prays, reads, and speaks at church, our church population will dwindle and may ultimately die.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Reverend Judy Hanlon* (signature)

Reverend Judy Hanlon