# EXHIBIT 37

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF JONATHAN CARLSON, MODERATOR OF PLAINTIFF MENNONITE CHURCH USA

I, Jonathan Carlson, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am Moderator of Mennonite Church USA ("MC USA") and I have served in that role since 2023. I preside at all sessions of the denomination's Delegate Assembly, serve as its official representative, and chair MC USA's Executive Board. I previously served as the Moderator-Elect, from 2021 to 2023.

2. I make this statement based upon personal knowledge, files and documents of MC USA that I have reviewed, as well as information supplied to me by MC USA members whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting MC USA's business.

3. MC USA was founded in 2001 upon the merger of two national Mennonite bodies, and it is headquartered in Elkhart, Indiana, with additional offices in Newton, Kansas, and

congregations throughout the country. MC USA has approximately 50,000 members across 477 congregations within 15 area conferences. Our identity as Mennonites is communal, such that harm to any of our members affects every member and the strength of our denomination as a whole. As Paul writes in 1 Corinthians 12:26, "if one part of the body suffers, all the parts suffer with it."

4. MC USA is considered a historic peace church. We practice in the Anabaptist tradition that prioritizes loving enemies and doing good to all. Faithfully putting Jesus' teachings—which include lessons to welcome and show hospitality to strangers and foreigners—into tangible practice is central to Mennonites' religious calling and mission. MC USA commits itself to joining God's reconciling mission and to living and acting as sisters and brothers in Christ regardless of legal status. Because we abide the biblical understanding that every person is created in the image of the Holy One, we renounce any indifference to or mistreatment of immigrants, whether documented or not. MC USA's dedication to ministering to immigrants derives from the Mennonites' long—and often painful—history of migration and forced displacement. Mennonites have historically considered ourselves to be "strangers" even if we have legal status where we reside; in turn, we remain faithful to the teachings of Jesus by helping the strangers among us.

5. Consistent with these beliefs, MC USA maintains an online list of resources to help churches and individuals respond to challenges posed by the immigration system; we have also hosted churchwide learning, prayer, and Bible study initiatives focused on immigration. MC USA advocates for just and humane immigration policies, and it empowers its congregations, area conferences, and denominational staff to serve as advocates for immigrants and refugees.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy and its plan to arrest as part of its plan to deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of an immigration enforcement action.

7. MC USA has congregations across the country, including in border states and in cities with large immigrant populations—such as Chicago, Philadelphia, and San Antonio—that have seen recent immigration enforcement actions. Nearly every MC USA congregation is located in areas shaped by migration. For instance, the Hyattsville Mennonite Church in Maryland is located both in and near neighborhoods with many immigrants who, upon arrival, often settle in one of several apartment complexes near the church. The church pastor has accompanied individuals to Immigration and Customs Enforcement ("ICE") check-ins, and other congregants have engaged in immigration advocacy. A church in Pennsylvania previously experienced ICE activity in its neighborhood, including a raid that targeted five of its congregants. Another church in Texas experienced an ICE raid down the street from its building just a few weeks ago.

8. Immigrants comprise a significant portion of numerous MC USA congregations, including some in which all or nearly all of the congregants and faith leaders are immigrants. Many of those immigrant congregants are undocumented; some are facing removal orders. At one church in Kansas, for instance, all congregants except one are immigrants, predominantly from Mexico. Most of the congregant families have one or more members who are undocumented. Numerous other congregations are providing sanctuary and other assistance to immigrant families as they navigate the asylum process. The Kansas church has set up an immigration fund that, with the assistance of a local lawyer, helps people work toward legal

3

status. Another church in Colorado has helped an immigrant family navigate life in the United States by assisting with things like legal paperwork and school enrollment.

9. Many of our congregations have social service outreach programs on their campuses that are open to and serve immigrants regardless of documentation status. Those ministries include food and clothing distribution, relief kit production, English language classes, legal assistance, and job training services. A church in Pennsylvania regularly serves more than 100 immigrants—congregants and non-congregants alike—through its social service ministries. The Assembly Mennonite Church in Indiana operates an outreach ministry that provides off-campus assistance with transportation, child care, education, finances, and housing to documented and undocumented immigrants. As opportunities for direct acts of service, these outreach ministries are incredibly important to the Mennonite sense of faith and identity, drawing from the early Anabaptist leader Menno Simons, who directed that true evangelical faith manifests in works of love and service to those in need.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status. It will prevent congregations from expressing and practicing communal faith, which prioritizes in-person worship with singing, prayer, and small-group support. Our faith and belief in walking in the way of Jesus requires us to protect the vulnerable and to offer welcome and safety to all. An enforcement action will violate the religious sanctuary, peace, and security we strive to provide to all congregants. It will turn our places of worship into sites of anxiety and terror.

4

11. Likewise, an enforcement action directed at our congregations' social service ministries will prevent them from carrying out our mission to welcome and serve all, including immigrants. Action by U.S. Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP") at our churches will deter our congregations from gathering for fellowship and worship, and it will prevent them from engaging in the tangible acts of social service that are so central to our faith and religious practice. Mennonites have an intensely communal faith: we believe that, together, we are the Body of Christ. An ICE or CBP disruption to our religious practices will fracture the sense of unity and togetherness fostered through our worship services. Moreover, and particularly in light of the history of faith-based persecution that is prominent within the Mennonite identity, an ICE or CBP raid or other action will be incredibly traumatic to our congregations.

12. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the rescission, at least one congregation has witnessed a significant decrease in church attendance. Congregants at a Texas church, for instance, have stated that they can no longer come to church for fear of an ICE or CBP enforcement action, and even congregants who still attend services in person do so with increased fear. As a result, the congregation has already experienced a significant drop in attendance at church activities since the policy change. This development is not only affecting religious services; it means that some who might rely on the congregation's essential outreach ministries (such as clothing and food distribution) are not receiving those services. Other congregations worry that congregants will be reluctant to worship together in person.

13. DHS's new enforcement policy also puts our congregations in the impossible position of choosing whether to freely carry out their religious mission while exposing their communities to

5

the risk of an immigration action, or to instead change the way they serve and minister in an effort to protect those congregants. Either of these choices is inconsistent with our religious beliefs, and each carries with it practical and intangible spiritual harms to our congregations.

14. Faced with this choice, some congregations are already changing the way worship and other services are conducted. The Hyattsville Mennonite Church has altered the announcements it puts in its bulletins, website, and church newsletter. It has shifted toward more in-person, rather than electronic, communication. It is considering locking and monitoring the church doors—a move in direct tension with its mandate to show the hospitality of Christ to all who enter the church. Another congregation, in Pennsylvania, has begun to limit public-facing messages about the church and its community. A congregation in Texas has begun to close its doors at all times and has felt forced to move religious services online, even though it recognizes that many of its congregants may not have the access or skills necessary to participate online. Altogether, DHS's new enforcement policy is impairing our congregations' ability to build safe and welcoming worshiping communities and to follow our essential mission to provide fellowship, spiritual growth, and community support to their congregants.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:

*Jonathan Carlson*

9FAA810C2D904B7...

Jonathan Carlson

6