# EXHIBIT 38

Docusign Envelope ID: A002F21B-877D-4CE2-98AF-F4B05A3682B6

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF PASTOR JOHN DOE # 14 ON BEHALF OF ANONYMOUS CONGREGATION SUPPORTING PLAINTIFF MENNONITE CHURCH USA

I, Pastor John Doe # 14, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as lead pastor of a Mennonite Church USA congregation located in Pennsylvania. Approximately 400 people attend our church services on a weekly basis, including many families and children.

2. I wish to submit this declaration anonymously out of fear that my congregation will be targeted by U.S. Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

3. Our congregation believes that peace and justice are central to being followers of Jesus, and those tenets guide our congregation's mission and work. The teachings of Leviticus 19:33-34, about "treat[ing] the stranger as you would a native-born citizen," and Matthew 25:35, about welcoming the stranger, are foundational to our congregation's religious beliefs in ministering to immigrants no matter their legal status.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. Our city is home to a large immigrant population, and many of those immigrants are undocumented. The neighborhood in which our church is located is made up almost exclusively of immigrants. Both our city and our neighborhood have thus been regular targets for ICE activity. For instance, in 2007-2009, ICE was in the neighborhood around our church nearly every week, making traffic stops and entering residences. About five of our congregants were targeted in an ICE raid during that period. In the last few weeks, ICE has conducted several raids in our city.

6. Our congregation itself is comprised mostly (90 percent) of immigrants, including myself. About half of our immigrant congregants do not have legal status.

7. We operate multiple social service ministries in our church, all of which primarily serve our immigrant congregants and neighbors. These outreach ministries include a weekly food distribution, a preschool, and trainings on immigration and legal rights. We have also previously served as a sanctuary for a family in need of safety. Our congregants are currently sponsoring three immigrant families, all of whom have received communication from ICE.

8. An immigration enforcement action at our church will substantially burden our religious exercise by preventing us from fulfilling our obligation to welcome and serve all immigrants. We are extremely concerned about the possibility of an enforcement action in our church. Based on past experience, I expect that even one enforcement action in our neighborhood or at our church will decrease attendance at and participation in church services and ministries.

9. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. The policy rescission has made our people very afraid. We are limiting public information about our church community, and providing specific information about services only in small groups, because we know we are a target. We are also considering moving more services online, even though I anticipate that will limit participation and community connection.

10. Reduced attendance at or participation in our church services and outreach ministries will impact our entire religious exercise. It is central to our church's faith expression, and vital to our identity as a congregation, that we worship God in community, with singing, prayer, and small group support. In addition, our religious mandate is to be instruments of God's healing and hope and to be living examples of Christ's love to the whole world. The imminent threat of enforcement action undermines our ability, as Mennonites and followers of Jesus, to bring Christ's love for all of humanity through our religious services and outreach ministries.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

Signed by: [signature]
1F7F8BB3D3444AA...

Pastor John Doe # 14

3