# EXHIBIT 39

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**<u>DECLARATION OF PASTOR JANE DOE # 15 ON BEHALF OF ANONYMOUS CONGREGATION SUPPORTING PLAINTIFF MENNONITE CHURCH USA</u>**

I, Pastor Jane Doe # 15, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as pastor of a Mennonite Church USA congregation in Texas that was founded by four immigrant women and myself, a citizen and second-generation immigrant.

2. I wish to submit this declaration anonymously out of fear that my congregation will be targeted by U.S. Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

3. Our church is not just a place of worship; it a sanctuary for immigrants led by immigrants. Serving and ministering to all people, regardless of immigration status, is central to our mission and is guided by the Bible, which teaches love, compassion, and hospitality toward all. We believe we are co-creating the body of Christ with each new family that we welcome into our community.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. Our city is close to the Mexico border and has a large undocumented immigrant population. ICE has been very active in our city, both in the past and now. A few weeks ago, there was an ICE raid down the street from our church.

6. The regular attendees of our church are all immigrants. About ten percent of them are undocumented or have a current deportation order. Many of our congregants are contacted by ICE, the Executive Office for Immigration Review ("EOIR"), or U.S. Citizenship and Immigration Services ("USCIS") with requests to present themselves at the local ICE office or court, or with updates on the status of their applications and court cases. Those with active asylum cases frequently need to fill in applications, submit change-of-address forms, and renewal forms. They know they need to update any changes in their status and are constantly monitored. Several members of our congregation have ankle monitors. We also have several in our community who have Temporary Protected Status ("TPS"). Those who will lose their TPS status in April, pursuant to the Trump administration's recent decision to revoke protection for a segment of Venezuelans, are extremely fearful that they will become undocumented.

7. From the day we planted the church and founded our ministry, and consistent with our faith mission, we have been serving immigrants by providing a place of belonging in the family of God. We work to help immigrants continue on their path of discipleship. Through our ministry work, we also provide a community of support and basic necessities such as housing and transportation assistance. We run a shelter network that often shelters families with small

children. We also provide English classes in our church to help people improve their language skills; weekly food distributions; a clothing pantry that includes diapers and toys; and, in collaboration with legal aid organizations, legal assistance services to help with access to translation, and filing of legal paperwork. All of these outreach ministries serve both documented and undocumented immigrants.

8. An immigration enforcement action at our church will substantially burden our religious exercise by thwarting our mission to welcome, serve, and be a safe haven for all people, including immigrants. It will create terror and anxiety among those we support, hinder their access to our essential social service ministries, and disrupt the sanctuary and community we strive to provide. It will force us to cut back on worship services and other church activities, which will reduce congregants' spiritual growth, fellowship, and community support—all of which are essential to our mission. That will be a critical blow: our immigrant congregants and participants have shared that the church is one body that gives them courage to keep going and never lose hope.

9. DHS's new enforcement policy is already substantially burdening our religious exercise. The policy change undermines the safety and security of our congregation and the immigrant families we serve. We have experienced a significant decrease in church attendance. Most congregants have said they are afraid to come to worship services or to connect with their community ever since the policy was rescinded. Even those who still attend services and ministries do so in fear. I have heard from many congregants that every knock on the door makes them panic and now church is not a place of respite from that fear. We have changed our policies to make sure all doors stay closed at all times. We have also started online services for

3

Docusign Envelope ID: 0480E8C5-55A5-45C1-9705-710C80B5ABCD
Case 1:25-cv-00403-DLF    Document 11-42    Filed 02/21/25    Page 5 of 5

those who are too scared to leave home to worship, though it is an inadequate alternative to worshipping in community.

    10. Our religious mandate is centered on supporting and ministering to immigrants. We do so through in-person communal worship and social services that are a core part of our faith mission to serve all individuals. The imminent threat of enforcement action contravenes our commitment, as a Mennonite church, to teach peace, provide hospitality, welcome the stranger, support spiritual growth, and be a place of refuge in God's love. Furthermore, it hinders our ability to provide for our community through our ministry work. Our ability to make sure that families and children are warm, safe, fed, and have the medical care they need is hindered by the threat of ICE raids at our church.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Signed by:*

*Jane Doe #15*

Pastor Jane Doe # 15