# EXHIBIT 40

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>    *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF BISHOP THOMAS J. BICKERTON
### ON BEHALF OF PLAINTIFF NEW YORK ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH

I, Bishop Thomas J. Bickerton, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Resident Bishop of The New York Annual Conference of The United Methodist Church ("NY Conference") and have served in that role since 2016.

2. I make this statement based upon personal knowledge, files and documents of The NY Conference that I have reviewed, as well as information supplied to me by members of The NY Conference whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting The NY Conference's business.

3. The New York Annual Conference is a subdivision of The United Methodist Church ("UMC") as provided for in its Book of Discipline. The NY Conference covers the geographic area of New York City, Long Island, parts of upstate New York, and parts of Connecticut. The NY Conference has been part of The UMC since it was formed and incorporated in the State of

New York in 1968.  We are a nonprofit membership organization headquartered in White Plains, New York.

4.  The UMC is a worldwide Christian denomination whose primary mission is to "make disciples of Jesus Christ for the transformation of the world."  Core to our organization is the Biblical mandate to love and care for all individuals, regardless of status—and especially immigrants, whom the Bible commands we welcome and protect.  In line with these religious tenets, The NY Conference members welcome undocumented people into their churches for worship services, social service ministries, and other church activities.

5.  In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that The NY Conference's congregations are at imminent risk of an immigration enforcement action.

6.  The NY Conference's congregations are located in regions with large immigrant communities, both documented and undocumented, such as New York City and Long Island.  Immigration and Customs Enforcement ("ICE") has conducted raids in many areas in which our churches are located since the sensitive locations policy was rescinded.  I also understand there is currently an increased presence of ICE officers in New York City and Connecticut communities.

7.  I understand ICE has engaged in recent enforcement actions in New York City, including against at least one NY Conference church member.  Specifically, we understand that a member of Christ Church-Washington Heights (one of our local UMC churches in New York City) was detained in one of those enforcement actions.  We at The NY Conference are aware that ICE enforcement actions have also taken place in the past in the Fair Haven neighborhood of New

2

Haven, CT where there are three UMC congregations, and there have been other reports of enforcement actions that have recently taken place elsewhere in Connecticut.

8. Local churches in The NY Conference host a variety of outreach ministries specifically intended to serve immigrant populations, such as English-As-Second-Language ("ESL") classes, soup kitchens, food pantries, clothing pantries, and tutoring programs. For example, St. Paul & St. Andrew United Methodist Church hosts Miracle Mondays, helping hundreds of immigrants with their basic needs, like food and clothing. Brooks Memorial Methodist Church hosts a food ministry that serves undocumented individuals, and the First United Methodist Church of Jamaica also hosts a food ministry. St. Paul's United Methodist Church of Vanderveer Park hosted a vacation bible school for 90+ children from a nearby migrant shelter this past summer and also has a feeding ministry and an ESL class on site. Newman Memorial United Methodist Church, located in Brooklyn, is currently working to upgrade their space to become a shelter to serve the undocumented/migrant community. Bay Ridge United Methodist Church works in cooperation with another Lutheran church to provide church space throughout the week to serve immigrants, both documented and undocumented, including hosting a food pantry. And the pastor of Newburgh United Methodist Church has been leading the congregation in partnering with interfaith allies to support migrant ministry. There are also a number of UMC congregations that host Immigration Law & Justice New York (ILJNY) pop-up legal clinics, including Hicksville United Methodist Church, John Wesley United Methodist Church, Chinese United Methodist Church in Manhattan, and First United Methodist Church in Flushing. All of these ministries are run by the pastor and members of the local church, in accordance with their mission and ministry, serving those in their communities. The majority of these ministries are operated by local churches on local church property.

3

9. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our churches by interfering with their religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status. It will substantially disrupt the whole church's spiritual practice and destroy all sense of peace and safety in what is supposed to be a place of sanctuary for congregants. Likewise, an immigration enforcement action directed at their social service ministries will prevent member churches from carrying out their mission to welcome and serve all immigrants, whom they feel called to minister to and protect as part of our evangelical faith.

10. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the sensitive locations policy was rescinded, I have received phone calls, emails, and texts from pastors at member churches who are confused and afraid. They want to know how to protect their churches from intrusion and interruption. Reports of ICE enforcement in the area have had a chilling effect on the willingness of many immigrants to go out in public, including our congregants and those we serve through our social services. Dissuading attendance will also have a financial impact on our local churches, since local church ministry depends on financial giving from membership.

11. DHS's new enforcement policy is already forcing our congregations to undertake costly changes to their ministry work: for example, Bay Ridge United Methodist Church has had to deliver food to numerous families who are now too afraid of immigration action to come to their food pantry. If participation in our social services continues to decrease despite these changes, there will be a devastating impact on the congregants and social recipients the churches serve. They will be deprived not only of the physical benefits these ministries offer, such as food,

clothing, medical assistance, etc., but also of the spiritual ministry our churches provide as part of their religious mission, such as worship, spiritual counsel, communion, and Bible study.

12. The imminent risk of immigration enforcement action is also forcing our member churches to make the impossible choice of refraining from welcoming all congregants to participate in communal worship services or putting parishioners at risk of arrest and deportation—either of which violates their sincerely held religious beliefs.

13. In summary, ICE intrusion into the sanctuary spaces of NY Conference congregations fundamentally harms the UMC as a whole, The NY Conference, its local churches, their members and all persons who seek refuge through the Gospel of Jesus Christ as expressed in and through our churches.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Bishop Thomas J. Bickerton*
166361A5945E429...

Bishop Thomas J. Bickerton