# EXHIBIT 41

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF REVEREND DR. JAMES F. KARPEN ON BEHALF OF ST. PAUL & ST. ANDREW UNITED METHODIST CHURCH FOR PLAINTIFF NEW YORK ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH

I, Reverend Dr. James F. Karpen, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as Senior Pastor for St. Paul & St. Andrew United Methodist Church ("St. Paul & St. Andrew") located in Manhattan, New York.

2. St. Paul & St. Andrew is a local church of Plaintiff The New York Annual Conference of The United Methodist Church ("UMC").

3. Our mission as a local United Methodist Church, in brief, is to fulfill the UMC mandate to "make disciples of Jesus Christ for the transformation of the world" and to be a community of welcome and to increase the amount of love and justice in the world by putting "our love into action."

4. Part of our mission is to work with and on the behalf of asylum-seekers and other immigrants as stated in our recent Statement on Migrant Justice, which reads, in part:

Docusign Envelope ID: 7132EE49-1F82-4E37-BA35-5D0378ACA29B

We are called and committed to living out the radical welcome of our God. As part of living out this call, St. Paul & St. Andrew has a long history of being a "Sanctuary Church," advocating and educating for the justice, equity, and inclusion of refugees and asylum-seekers. Recent executive orders have targeted our immigrant siblings, making their journeys and lives even more difficult. We mourn this added burden and recommit to following Jesus, who was a refugee himself, dependent on the welcome and love of others to provide refuge…

5. We at St. Paul & St. Andrew stand unwaveringly in love and solidarity with our newest neighbors. We will continue to put our love and faith into action, responding to the needs of our neighbors, welcoming the stranger, and advocating for the equity and inclusion of our immigrant siblings. Together, with our interfaith, legal, non-profit, and mutual aid partners, we will continue to work to lift up the dignity and sacred worth of all people, oriented to the most vulnerable among us.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of an immigration enforcement action.

7. We have a membership of over 500, which includes both documented and undocumented persons. We do not ask for any form of documentation when a person wishes to join our church.

8. As part of our mission, in 2018 we declared ourselves to be a Sanctuary Church, offering a place of safety to all. This declaration, of course, is backed by centuries of religious tradition. In that role, we have provided physical sanctuary to a family whose mother was facing deportation. We also provided sanctuary (including housing) for a number of new arrivals from the southern border during 2022-2023.

9. Since 2022, we have offered a weekly resource fair for new arrivals to our city and have served thousands of our newest neighbors, providing spiritual support, legal advice, essential

goods, access to benefits, food, and clothing to the families who have come to us, including those who are undocumented.

10. Given its location and the demographics of our area and congregation, I am very concerned about the increased risk of immigration enforcement action in and around our church following the rescission of the sensitive locations policy. Such enforcement activity will interfere with our religious mandate to worship together in person as a congregation, with *all* members of our community, including those who are immigrants, some of whom may be undocumented.

11. In the few weeks since the DHS sensitive locations policy's rescission, our church's activities have already been impacted. Attendance at services has declined, and my congregants tell me that the reason is that they fear that Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP") will target our church.

12. Because attendance has already declined among our congregation due to fear of ICE and CBP action, I believe our church will have difficulty with membership growth and recruiting more immigrant families to come to our services and seek sanctuary both physical and that provided by the Gospel of Jesus Christ. That will not only impede our religious mission, but it will likely also have a direct impact on our church's finances as fewer persons will feel comfortable attending service and sharing in the ministry and mission at St. Paul & St. Andrews.

13. The immigrants we serve as part of our outreach ministries are also being deterred from participating in the ministries, which prevents us from carrying out the social and evangelical work we are called to do as Christians. Several of our guests and friends have indicated a new reluctance to even leave their places of residence to receive needed support services, take part in our classes, or come to attend worship under DHS's new enforcement policy.

3

14. DHS's new enforcement policy is forcing St. Paul & St. Andrew to choose between freely carrying out our religious mission, which we feel we must do as a church, and violating our commitment to welcome and protect immigrants by putting those we call to worship with us and minister to at risk of ICE/CBP action. We are contemplating whether we need to adopt a closed-door policy limiting access to worship and social services and meetings. We are also considering holding home services and limiting non-worship activities at the church. This type of forced change is at odds with our religious mandate to be an open and welcoming space for all.

15. DHS's new enforcement policy has had a devastating impact on our mission and ministry, including our outreach ministry work, and has impaired our ability to fulfill our religious mandate to welcome and serve all, including our immigrant neighbors.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Signed by:*
*Rev. Dr. James F. Karpen*
—3903257B5D1C45A...

Reverend Dr. James F. Karpen