# EXHIBIT 42

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

     *Plaintiffs,*

v.

                                    Civil Action No. 1:25-cv-00403

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

     *Defendants.*

## DECLARATION OF PETER COOK, EXECUTIVE DIRECTOR OF PLAINTIFF NEW YORK STATE COUNCIL OF CHURCHES

I, Peter Cook, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of the New York State Council of Churches ("NYSCOC") and have served in that role since 2016.

2. I make this statement based upon personal knowledge, files and documents of NYSCOC that I have reviewed, as well as information supplied to me by members of NYSCOC whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting NYSCOC business.

3. NYSCOC is a statewide organization through which Christians accomplish mission goals that can be achieved more effectively by working together. Founded in 1893, NYSCOC consists of nine denominational members representing 29 distinct judicatories in New York and 7,500 churches. NYSCOC's members covenant to care for one another, safeguard the presence of vital

Christian communities, provide hospitality to all, proclaim the Gospel boldly in each place, and declare God's just will among the powers and principalities. NYSCOC is headquartered in Albany, New York.

4.    NYSCOC works for a world in which all people can be treated equally as children of God. At the heart of our mission is to challenge our churches, society, and government to strengthen the social safety net and extend the boldest form of hospitality possible to others, especially immigrants, without regard to legal status. NYSCOC's members believe that congregations should be a place of peace and safety for the oppressed in our midst, and they seek to change laws, directives, and structures that compromise that welcome. NYSCOC has worked with non-profit partners to advocate for transparency in immigrant family separation policies, equitable payment of farmworkers, and access to basic services—including Medicaid, affordable housing, and driver's licenses—for our undocumented neighbors.

5.    In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that NYSCOC members are at imminent risk of immigration enforcement activity at their churches.

6.    NYSCOC's member churches are located throughout New York State, including in areas with large immigrant populations that have been targeted for Immigration and Customs Enforcement ("ICE") raids in recent weeks. Many of our churches are in counties that employ immigrant farm and dairy workers, as well as in large cities that have thriving immigrant populations of varied legal statuses. Although a majority of these immigrants come from Latin America, member congregations include immigrants from all over the world, documented and undocumented.

7.   Many NYSCOC churches have immigrant congregants, both documented and undocumented.  One member church in Saratoga Springs witnessed a spree of ICE enforcement near their church in 2017, as well as a series of smaller enforcement actions at nearby businesses. Another member church in New York City has been subjected to ICE surveillance and unauthorized entry by ICE agents and has had congregants detained and deported while off of church grounds.

8.   NYSCOC member churches also provide social service ministries to immigrant neighbors, including legal services, English classes, health clinics, clothing closets, and food pantries, that serve undocumented people.  One member congregation in Saratoga Springs houses up to 30 immigrants on church property.  Numerous NYSCOC members have declared themselves to be sanctuary churches.  In one instance while the sensitive locations policy was still in place, a sanctuary guest was arrested by ICE shortly after leaving church property.

9.   As a result of the rescission of the sensitive locations policy, our congregations are deeply anxious and feel inadequately prepared for escalating enforcement.  At one member church in New York City, a parishioner rose in the middle of a recent Sunday sermon to ask how they could respond to enforcement actions during worship services.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other congregational activity will harm our member churches by interfering with their religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status.  "Disruption" doesn't begin to describe the violation that this would impose on those worshipping, studying, or praying together.  Two churches in the Capital Region noted that enforcement during worship services would do great damage with one pastor stating such enforcement will directly violate the spirit of

3

peace in which they seek to conduct church activities, eroding the church's culture of shared security. Another member church in Rochester reported that such an incident will make their immigrant congregants unlikely to return to church.

11. Likewise, an immigration enforcement action directed at our churches' social service ministries will prevent them from carrying out their mission to welcome and serve all immigrants, whom they feel called to minister to as part of their evangelical faith and to protect as some of the most vulnerable in our society. A member church in Saratoga Springs reports that after a series of ICE enforcement actions near the church in 2017, there was a noticeable decline in immigrant attendance at the soup kitchen on church property. ICE enforcement actions *at* the church, particularly targeting the social service ministries, will be devastating to the congregation's ability to serve their immigrant neighbors. Such enforcement actions could also create a fear of entrapment, inhibiting the willingness of those who engage with outreach ministries to seek services that sustain or add value to their lives.

12. DHS's new enforcement policy is already substantially burdening the religious practice of our churches. Since the new policy was adopted, member churches across the state have reported mass anxiety and fear. According to one member congregation in Rochester, both staff and recipients at their social service ministry have begun expressing fear of enforcement actions. Several churches in New York City have already reported a decline in attendance for worship and at social service ministries, directly connected to fear of ICE enforcement under the new policy. In response, those churches have been forced to increase security measures, increasing the cost of each additional event and reducing the church's ability to offer meaningful programming. For one such church, the spiritual energy they must invest in managing the

congregation's anxiety has detracted from other life-giving ministries and eroded the sense of safety for other marginalized groups within the Church.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

_Peter Cook_

Peter Cook