# EXHIBIT 43

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF REVEREND JOHN DOE # 16 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF NEW YORK STATE COUNCIL OF CHURCHES

I, Reverend John Doe # 16, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as lead pastor for a church located in New York, New York. We are a member of the New York State Council of Churches ("NYSCOC").

2. I wish to submit this declaration anonymously out of fear that my church will be targeted for immigration enforcement activity.

3. My church is Gospel-centered, taking seriously the prophet Micah's call to act justly, to love mercy, and to walk humbly with God, which we pursue most vibrantly through our spiritually-grounded social justice programming and creative community worship. We take seriously our commitment to helping the stranger, and view our engagement with civic, political, and social movements as an intrinsic part of our practice. We hold immigrant justice as one of the most important embodiments of living out the Gospel.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that my church is at imminent risk of an immigration enforcement action.

5. Immigrants make up nearly 40 percent of New York City's population. The city is home to over 400,000 undocumented immigrants, many of whom have lived here for years or even decades. Although the demographics in the area around our church have changed rapidly, we have a substantial number of immigrant congregants, some of whom are undocumented. We have had congregants detained (elsewhere, not at our church) and ultimately deported.

6. Our church has a long history of providing sanctuary and is an original member of the New Sanctuary Coalition. We host a weekly mutual aid gathering, which provides connections to legal services, work permitting, health insurance, childcare, clothing, food, community, and housing options; most of the people who come to avail themselves of these services are undocumented. In response to our advocacy, we have previously been surveilled, and we have strong reasons to believe that Immigration and Customs Enforcement ("ICE") has entered our building without permission. As an outspoken voice for the undocumented community and a longtime sanctuary provider, we are a likely target for ICE disruption during our worship services and social service ministries.

7. An enforcement action during a worship service, religious ceremony, or other church activity will substantially burden our church's religious exercise by desecrating our worship space, thwarting our calling to worship and serve together, and endangering the people we are spiritually obliged to love and protect. An enforcement action during our ministry work will

2

prevent us from carrying out the social and evangelical work we feel called to do as Christians, likely causing our social service recipients to stop participating in our programs.

8.   DHS's new enforcement policy is already substantially burdening our religious exercise. Since the new policy was adopted, we have already seen a decline in attendance at our social services programming, and fear has accompanied every worship service and spiritual community event we hold as a direct result of our congregants' increased fear of immigration enforcement. In response, we have increased our security measures, therefore increasing the cost of worship to the church.  These impacts are both financial and psychological, taking up psychic space that could be better put towards our gospel-centered work.  The time and energy needed to ease the panic is exhausting and directly impairs our ability to care for our community.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*/s/ [signed]*
BCA4F92392AC4FA...

Reverend John Doe # 16

3