# EXHIBIT 45

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, et al., *Plaintiffs,* vs. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF REVEREND JOHN DOE # 17 SUPPORTING PLAINTIFF NORTH CAROLINA COUNCIL OF CHURCHES

I, Reverend John Doe # 17, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as senior pastor for a church located in North Carolina. We are a member of the North Carolina Council of Churches ("NCCC").

2. I wish to submit this declaration anonymously out of fear that my church will be targeted for immigration enforcement action.

3. Our church's mission and ministry is to emphasize and proclaim the love of God revealed in His son Jesus Christ to all people of every nationality, every culture, and every language. We do this by obeying His Word and putting it into practice with love by serving all our neighbors, regardless of immigration status. Our mission is exemplified by scripture, "When a foreigner resides among you in your land, do not mistreat them. The foreigner residing among you must be treated as your native-born. Love them as yourself, for you were foreigners in Egypt." (Leviticus 19:33-34).

Docusign Envelope ID: 67EABD5E-5155-47A2-A075-35546B61C3AD

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. Immigration and Customs Enforcement ("ICE") is active in our state, conducting numerous raids in just the past week. Over 16,000 immigrants reside in our city. In our church, about 96 percent of congregants are immigrants. Most of them come from Spanish-speaking countries such as Mexico, Guatemala, Nicaragua, Peru, Honduras, and Puerto Rico. We do not ask about immigration status, but we know some are undocumented.

6. We also provide a food pantry service ministry on the property that supports immigrant families, both documented and undocumented.

7. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially our church's religious exercise by interfering with our religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status. It will destroy the sense of safety and community we have worked so hard to cultivate. It will scare our congregants away, causing them to become isolated and afraid. Such a threatening situation will create shock, panic, and chaos in our congregation, inflicting psychological and spiritual trauma on all of our congregants regardless of immigration status. It will also deter people from our social service ministries, thwarting our ability to serve our immigrant neighbors as Jesus calls us to do.

8. The rescission of the sensitive locations policy is already substantially burdening our church's religious exercise. We have experienced a decrease in attendance at our worship

services since the rescission, and some members have indicated that they may stop attending soon because of the looming threat of ICE activity. We are considering holding our worship services in secret, similar to the practices of the early church who hid from the Roman authorities, or at private homes or virtually. We are preparing to deliver communion to individual homes, which is a labor-intensive and time-consuming practice that is a poor replacement for receiving communion together as a congregation in person. All of these precautions are inconsistent with our call to be open and welcoming, yet if we do not take them, we expose our vulnerable congregants to ICE action. Neither option is conscionable.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*John Doe #17*

Reverend John Doe # 17

3