# EXHIBIT 46

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF THE NORTH GEORGIA CONFERENCE OF THE UNITED METHODIST CHURCH et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF BISHOP ROBIN DEASE ON BEHALF OF PLAINTIFF THE NORTH GEORGIA CONFERENCE OF THE UNITED METHODIST CHURCH

I, Bishop Robin Dease, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Resident Bishop of The North Georgia Conference of The United Methodist Church, and have served in that role since January 2023.

2. I make this statement based upon personal knowledge, files and documents of the North Georgia Conference that I have reviewed, as well as information supplied to me by members of the North Georgia Conference whom I believe to be reliable.  These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting the North Georgia Conference's business.

3. The North Georgia Conference was founded in 1830 and incorporated in 1988.  Our mission is to help churches and their congregants fulfill their God-inspired vision.  We currently serve over 200,000 congregants in 411 local churches.

4. Core to the North Georgia Conference's belief system is the Biblical mandate to love and care for all individuals, regardless of status—and especially immigrants, whom the Bible commands we welcome and protect. Our churches are affiliated at the national level with the United Methodist Church, which has affirmed the responsibility of churches to minister to all individuals, regardless of immigration status, and has declared that any form of nativism, mistreatment, or exploitation is inconsistent with the gospel of Jesus Christ. In line with these religious tenets, our congregations welcome undocumented people into their churches for worship services, social service ministries, and other church activities.

5. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of immigration enforcement action.

6. Our churches are located across the State of Georgia, in every area north of (and inclusive of) Harris, Meriwether, Upson, Monroe, Jasper, Putnam, Baldwin, Hancock, Warren, McDuffie, and Richmond counties, with the exception of Dade County, which is not part of our annual conference. We have churches located in cities and counties with large immigrant communities, both documented and undocumented, such as Athens-Clarke County, Atlanta, Columbia County, Dekalb County, and Douglas County.

7. Immigration and Customs Enforcement ("ICE") has conducted raids in many areas in which our churches are located since the sensitive locations policy was rescinded, and it raided one of our churches and conducted another raid at a church next door to another of our churches. In the local church that was raided, which is located in Atlanta, ICE agents came into the daycare office looking for a staff member who they believed to be undocumented. That staff member no

2

longer worked at that church so ICE ended its enforcement action with no further incident. The other local church has a campus in Gwinnett County immediately next door to a church that ICE raided, which heightened anxieties within its congregation, staff, and clergy because approximately half of the congregation is comprised of immigrants.

8. The North Georgia Conference has approximately sixteen predominately immigrant local congregations. For example, the congregation at the Gwinnett County church that is right next door to a church that ICE raided is composed of 50 percent immigrant members hailing from Mexico, El Salvador, Venezuela, Sierra Leon, Nigeria, Liberia, England, Korea, Haiti, Honduras, Guatemala, Ecuador, Kenya, and Jamaica. Another local church in Barrow County has a congregation that is approximately 73 percent Hispanic, with many congregants hailing from Mexico, Guatemala, Honduras, Columbia, Ecuador, Peru, and Argentina. Our local churches do not make inquiries regarding immigration status, but we know that we have congregants who are undocumented and some have been deported.

9. Many of our churches also provide social service ministries, including ESL classes, food pantries, food distribution, back-to-school events, clothes closets, weekly community meals, and immigration ministries. One of our local churches, which wishes to remain anonymous, offers a food pantry and a free lunch summer program, with approximately 50 percent of those served being Hispanic. These services are provided on church property, and they are part of the church itself—organized, run, and funded by the congregations. They serve citizens and immigrants, both documented and undocumented.

10. Immigration enforcement actions have already taken place in at least two of our churches. Additional immigration enforcement action, particularly any taken during a worship service, religious ceremony, or other church activity, will harm our churches even further by continuing

3

to interfere with their religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status. It will substantially disrupt the whole church's spiritual practice and destroy all sense of peace and safety in what is supposed to be a place of sanctuary for congregants, as we have already seen from those churches where enforcement actions have taken place.

11. Likewise, an immigration enforcement action directed at their social service ministries will prevent our churches from carrying out their mission to welcome and serve all immigrants, whom they feel called to minister to and protect as part of our evangelical faith.

12. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the sensitive locations policy was rescinded, I have received reports of phone calls, emails, and texts to the North Georgia Conference from pastors who are confused and afraid. They want to know how to protect their churches from intrusion and interruption. We already have reports of decreased attendance since the sensitive locations policy rescission, starting the very first Sunday after the recession. Congregants are telling their pastors that they are now afraid of going to church due to the imminent risk of an ICE raid or enforcement action, especially given that nearby churches have already experienced enforcement actions.

13. Some of our churches are already making changes to the way worship is conducted. One church, for example, is making arrangements to move some of its ministry activities to a virtual format for fear of ICE intrusion on church property. Another is preparing to offer online options for its ESOL program. Others are training their boards of trustees and security teams to address what might happen if ICE showed up. And several have started to or are considering locking the doors of their church during services.

14. DHS's new enforcement policy forces our churches to make the impossible choice of refraining from welcoming all congregants to participate in communal worship services or putting parishioners at risk of arrest and deportation—either of which violates their sincerely held religious beliefs. This problem is compounded by congregational concerns that immigration enforcement action during church activities could escalate to a point where bystanding congregants and guests suffer physical harm.

15. If participation in these services decreases, or if our churches are forced to change the way they deliver their services, there will also be a devastating impact on the congregants and social recipients the churches serve. They will be deprived not only of the physical benefits these ministries offer, such as food, clothing, medical assistance, etc., but also of the spiritual ministry our churches provide as part of their religious mission, such as worship, spiritual counsel, communion, and Bible study.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Robin Dease*
―――――――――――――――
B716AEA073B8492...
Bishop Robin Dease