# EXHIBIT 47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF ANGELA GILREATH-RIVERS ON BEHALF OF ANONYMOUS MEMBER CHURCH FOR PLAINTIFF THE NORTH GEORGIA CONFERENCE OF THE UNITED METHODIST CHURCH**

I, Angela Gilreath-Rivers, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a retired elder in full connection who previously served as the pastor in charge of several United Methodist Churches. I currently serve as retired supply (a clergy member who has retired but is still appointed to serve) at a United Methodist Church that is part of the North Georgia Conference of The United Methodist Church.

2. The United Methodist Church ("UMC") is a worldwide Christian denomination whose main mission is to spread the Christian faith and preach the word of Jesus Christ as set out in the biblical gospels. The Annual Conference is the most basic administrative body of The UMC. Each UMC local church is chartered by (meaning created and organized by) and belongs to an Annual Conference as part of the larger United Methodist "connection" of local churches and members.

3. Jesus was an immigrant in Egypt. In many places in the Bible, we are told to welcome the stranger. Matthew 25:40 applies to all people. We are called to serve all of our neighbors,

especially those in need. Our church has interrupted services to track the progress of a member returning with a coyote (an individual helping them cross the border). We have prayed for children crossing the northern Mexican desert with a coyote. Legal status is irrelevant in our congregation, except when it affects our community.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy and its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of immigration enforcement action.

5. Almost three-fourths of our congregants are Hispanic, with many hailing from Mexico, Guatemala, Honduras, Colombia, Ecuador, Peru, Argentina, and Puerto Rico. We also have members from Italy and the Ivory Coast. These church statistics are not estimations, as they come from our church's most recent end-of-year report. We know that the majority of our congregants are immigrants, and many are undocumented. That is a core part of our church: we do not minister *to* immigrants, we are in ministry *with* immigrants, since the majority of our congregants are immigrants. Therefore, immigrants can be in positions of ministering to others in our church, so they are not always on the receiving end of the benefits of our ministries. We all cooperatively work together.

6. There have already been several Immigration and Customs Enforcement ("ICE") raids in our community, including raids at businesses and factories. And the stark differences between our county's relatively low immigrant demographics and our church's very high immigrant demographics make our church a very easy and attractive target for immigrant enforcement actions. We have already had congregants targeted during law enforcement roadblocks, and one congregant was arrested in an ICE raid at their workplace.

7. Our church also has social service ministries that serve immigrants, including numerous workshops with immigration lawyers and the Georgia Latino Alliance of Human Rights.

8. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our church by interfering with our religious mandate to worship in person together as a congregation, with all members of our community, including those who are immigrants and without lawful status.

9. DHS's new enforcement policy is already substantially burdening our religious exercise. We have had congregants arrested and deported, and one family chose to return to Mexico. We have started locking our doors during church services to protect against an ICE raid and making sure our parking lot is secure before people exit worship services. We are also unable to use our outdoor park area with picnic tables due to security concerns for our immigrant congregants and guests. All of these precautions have unavoidably become physical manifestations of our congregation's fear of an imminent ICE action, and they undermine our church's religious commitment to be an open and welcoming place for all people to gather.

10. These fears have put a significant chill on church participation. Our church has already had congregants stop coming to church out of fear of ICE under DHS's new policy. We livestream our services, but many of the previously in-person congregants say the online experience is not the same—they are deprived of a vital part of our spiritual ministry when they cannot be here in person to worship with us. And because there is a strong correlation to in-person worship participation and congregant giving, the decline in attendance is an existential financial threat to our church because we are a low-income congregation with few financial resources under the best of circumstances.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Angela Gilreath-Rivers*

Angela Gilreath-Rivers

4