# EXHIBIT 48

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

*Defendants.*

Civil Action No. 1:25-cv-00403

## DECLARATION OF PASTOR JANE DOE # 18 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF THE NORTH GEORGIA CONFERENCE OF THE UNITED METHODIST CHURCH

I, Pastor Jane Doe # 18, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as a pastor at a church in Georgia, and I have served in that capacity for several years. My church is part of The North Georgia Conference of the United Methodist Church.

2. The United Methodist Church ("UMC") is a worldwide Christian denomination whose main mission is to spread the Christian faith and preach the word of Jesus Christ as set out in the biblical gospels. Each local UMC church is chartered by (meaning created and organized by) and belongs to an Annual Conference as part of the larger United Methodist "connection" of local churches and members.

3. As the UMC Council of Bishops declared in a January 2025 letter, "As United Methodist[s], we have firmly declared through our Social Principles that we are called to actively welcome the migrant, immigrant, and refugee among us." We do not inquire about anyone's

legal status, as we have instructions from Scripture (such as Matthew 25:31- 46) that require us to care for all people.

4.  In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that my church is at imminent risk of an immigration enforcement action.

5.  My church is located close to the border between DeKalb and Gwinnett counties, both of which have substantial immigrant populations.  We are also located at the end of both the MARTA heavy rail transit system and Gwinnett County's public bus lines, which are both heavily used by immigrant populations.  We have heard that there have been Immigration and Customs Enforcement ("ICE") raids nearby, including the arrest of an immigrant at another church in our area while he attended church services.

6.  My church has a significant number of members from other countries.  We also run several social service ministries that serve immigrants, including an English for Speakers of Other Languages ("ESOL") program.  We have a preschool that serves several children whose parents are immigrants to the United States.  We have a weekly shower ministry that provides showers, laundry services, and a hot meal to our unhoused neighbors.  We offer a cold-weather shelter that offers overnight accommodations in our Activities Center to our unhoused neighbors and offers short hotel stays for families and sick individuals.  All these services are provided on campus, and with the hotel stays, they are initiated on our campus.  They are run by church members and organized by church members.  All these ministries are part of our church and are intended to provide services to those in need while giving us a chance to show the love of Christ.

7.   An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm my church by interfering with our religious mandate to worship in person together as a congregation, with all members of our community, including those who are immigrants and without lawful status.  Witnessing people being violently detained and arrested and removed from a church is extremely distressing.  Furthermore, an ICE enforcement action during a worship service will be very disrespectful to God and to all those who wish to worship.  Our church leadership is very concerned about what will happen during ICE action from a safety perspective.

8.   DHS's new enforcement policy is already substantially burdening our religious exercise. Teachers who work at a school in our church have already reported that parents of some of their students are concerned about continuing to come to the church due to the risk of ICE activity. Furthermore, due to concerns about the increased risk of an ICE raid on our church, we have already taken the ESOL program information off of our lighted sign and restricted all communications regarding that ministry strictly to word of mouth only.  We are also seriously considering offering online options for the ESOL program.  We have explored similar options for our preschool and ministries to the unhoused community, but there is no way to provide those services virtually.  Finally, our church leadership is training our ushers and greeters on how to respond to an ICE enforcement action.  All of this significantly burdens our ability to welcome strangers in the manner prescribed by our faith and biblical teachings.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

Signed by:

Jane Doe

9EADCD842F82483...

Pastor Jane Doe # 18

3