# EXHIBIT 49

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

*Plaintiffs,*

v.

Civil Action No. 1:25-cv-00403

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

*Defendants.*

---

### DECLARATION OF RABBI JACOB BLUMENTHAL, CHIEF EXECUTIVE OFFICER OF PLAINTIFFS THE RABBINICAL ASSEMBLY AND THE UNITED SYNAOGUE OF CONSERVATIVE JUDAISM

I, Rabbi Jacob Blumenthal, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Chief Executive Officer of both The Rabbinical Assembly ("the RA") and The United Synagogue of Conservative Judaism ("USCJ"). I have been the CEO of the RA since 2019, and the CEO of USCJ since 2020.

2. I make this statement based upon personal knowledge, files and documents of the RA and USCJ that I have reviewed, as well as information supplied to me by members and staff of the RA and USCJ whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting the business of the RA and USCJ.

3. The RA is the international association of Conservative Jewish rabbis founded in 1901, and is a nonprofit membership organization headquartered in New York, NY. The RA currently has 1,640 member rabbis worldwide, of whom over 1,300 are located within the United States.

4.    The USCJ was founded as an unincorporated federation of Conservative Jewish synagogue congregations in 1913 and incorporated as the United Synagogue of America by special act of the New York Legislature in 1916.  Its name was changed to The United Synagogue of Conservative Judaism by act of the New York Legislature in 1992.  USCJ currently has 560 member congregations located in seven Districts throughout North America, including over 500 located within the United States.  Our member congregations have over 1,000,000 individual members and participants.

5.    Core to our organizations is the mandate to love and care for all individuals, regardless of status—and especially immigrants, whom the Torah commands we welcome and protect. Specifically, the Torah lays out this tenet 36 times, more than any other teaching: "The stranger who resides with you shall be to you as one of your citizens; you shall love them as yourself, for you were strangers in the land of Egypt" (Leviticus 19:34).  In line with these religious tenets, Conservative congregations and rabbis welcome undocumented people into their synagogues for worship services, social service ministries, and other synagogue activities.

6.    In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy and its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that USCJ congregations, the vast majority of which are led by RA member rabbis, are at imminent risk of immigration enforcement action.

7.    Our congregations and their rabbis are located all along the borders and in population centers with large immigrant communities, both documented and undocumented.  Immigration and Customs Enforcement ("ICE") has already conducted raids in many areas in which our synagogues are located since the sensitive locations policy was rescinded.  For example, we have congregations in both New York City and Chicago, both of which have been targeted for raids in

recent weeks.  There have also been raids near congregations in Denver, Los Angeles, Philadelphia, and South Florida since the administration began.

8.  Many of USCJ's member congregations have immigrant congregants from all over the world, and the RA's rabbis are frequently called upon to counsel immigrant congregants.  For example, our congregations in New York and California have large numbers of Persian immigrant members.  Our congregation in Winter Springs, Florida, also has a significant immigrant population, as does one of our Chicago congregations.  Our immigrant congregants include those who are undocumented—at one Conservative congregation in El Paso, TX, where the rabbi is an RA member, a congregant is currently fighting deportation.  Many of our congregations and rabbis, like Congregation Beth Shalom in Seattle, WA, also employ immigrants as staff.

9.  Some of our rabbis and their congregations also provide social service ministries, including ESL classes, food pantries, food distribution, back-to-school events, clothes closets, weekly community meals, and immigration ministries.  These are open to everyone, regardless of whether they are documented.  One synagogue in the Northeast hosts an on-site shelter providing emergency housing, while another in New Jersey is in the process of formulating plans for housing asylum seekers on the synagogue premises.  A synagogue in Seattle has created sanctuary space for immigrants.  One Chicago congregation has been supporting refugee families, including homeless Venezuelan refugees living on the street in front of the synagogue building, and a congregation in Orlando runs an on-site food pantry that serves immigrants and other needy individuals.  These services are provided on synagogue property, and they are part of the religious congregation itself—organized, run, and funded by the congregations and its individual members.  They serve citizens and immigrants, both documented and undocumented.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status. It will substantially disrupt the whole synagogue's spiritual practice and destroy all sense of peace and safety in what is supposed to be a place of sanctuary for congregants and strangers to the community alike. Congregants have told their rabbis that an immigration raid will make them afraid of going to services and other synagogue programs. Likewise, an enforcement action directed at our congregations' social service ministries will prevent them from carrying out our mission to welcome and serve all, including immigrants, to whom we are called to minister to and protect as a fundamental belief of our faith.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. Since the new policy was implemented, I and other leaders of both the RA and USCJ have received countless phone calls, emails, and texts from rabbis and other representatives of member congregations who are confused and afraid. They want to know how to protect their congregations from intrusion and interruption. We already have reports of decreased attendance since the policy rescission. For example, Congregation Beth Shalom has already seen a decrease in attendance due to fear of an enforcement action and has had to cancel some of their social service programming. One of our Chicago congregations reports that congregants have said that they will stop attending services if the policy remains in place. And several congregations are revising their policies to help make themselves less of a target and minimize the risk of an ICE raid, including congregations in Seattle and New Jersey.

12. The imminent risk of immigration enforcement action is also presently forcing our members to make the impossible choice between refraining from welcoming all congregants to

4

participate in communal worship services or putting congregants at risk of arrest and deportation—either of which violates the laws of the Torah.

13. If participation in religious services decreases, or if members are forced to change the way they deliver their services, there will also be a devastating impact on the congregants and service recipients.  They will be deprived not only of the physical benefits these ministries offer, such as food, clothing, medical assistance, and more, but also of the spiritual ministry our rabbis and congregations provide as part of their religious mission, such as worship, rabbinic counsel, and Bible study.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  2/19/2025

Respectfully submitted,

*Jacob Blumenthal*
0F130B9C5B714CF...

Rabbi Jacob Blumenthal

5