# EXHIBIT 50

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF RABBI JILL BORODIN ON BEHALF OF HERSELF AND CONGREGATION BETH SHALOM SUPPORTING PLAINTIFFS THE RABBINICAL ASSEMBLY AND THE UNITED SYNAOGUE OF CONSERVATIVE JUDAISM**

I, Rabbi Jill Borodin, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I was ordained as a Rabbi by the Jewish Theological Seminary in 2001 and have served as the Rabbi of Congregation Beth Shalom since August 2005. I am a member of the Rabbinical Assembly and our congregation is a member of The United Synagogue of Conservative Judaism.

2. Our synagogue feels a strong obligation to welcome the stranger, and especially immigrants.

3. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our synagogue is at imminent risk of an immigration enforcement action.

4. Our congregation is located in Seattle, Washington, a city with a significant immigrant population that has been the target of recent immigration enforcement actions. Our congregation

includes many Jewish and non-Jewish immigrants to the United States, some documented, some not, and some whose status is unknown to me. We also employ staff who are immigrants.

5. Since 2016, we have had an Immigration and Sanctuary committee that works to effectuate our sanctuary statement, supporting immigrants and refugees in need. The committee accompanies immigrant community members to immigration appointments and hearings, provides basic necessities like hygiene supplies, homewares, and clothing, and staffs and supports asylum and TPS clinics.

6. An immigration enforcement action at our synagogue will substantially burden our religious exercise by preventing us from carrying out our mission to welcome and serve all immigrants. A raid would most surely be a direct attack on one of our foundational values—welcoming the stranger, as we are commanded to do. It would also be an infringement on our protected religious freedom and practice.

7. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. We are seeing already the imminent risk of an enforcement action inhibit the free exercise of our religious freedom to pray together as a community. Immigrants have reported that they are afraid of coming to synagogue, so they are staying away and not attending our services and other programs. Members are afraid that uninvited security personnel will intrude on our worship and life cycle celebrations, which are very intimate and private affairs. This fear is interfering with our ability to pray freely. Members and staff are concerned that they will be targeted even though they are legal residents, and some have asked us to keep copies of their immigration documents for them at the synagogue in case of a raid. And our social action committee has had to abandon some of the projects they have been working on for months as it is not possible under the new executive actions. Our professional and lay leadership have spent

many hours, and our synagogue has incurred significant expenses, seeking counsel on this new policy, and it has interrupted our ability to do our regular work. Our community takes very seriously the biblical commandments regarding the treatment and protections of strangers and immigrants, and it is core to who we are. These changes are adversely impacting our ability to practice this part of our religion.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/19/2025

Respectfully submitted,

*Jill Borodin*
Rabbi Jill Borodin

3