# EXHIBIT 51

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF RABBI DEBORAH WAXMAN, PRESIDENT AND CEO OF PLAINTIFF RECONSTRUCTING JUDAISM**

I, Rabbi Deborah Waxman, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the president and CEO of Reconstructing Judaism, and I have served in this role since 2014.

2. I make this statement based upon personal knowledge, files and documents of Reconstructing Judaism that I have reviewed, as well as information supplied to me by Reconstructing Judaism members whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting Reconstructing Judaism's business.

3. Reconstructing Judaism has been the central denominational agency and central organization of the Reconstructionist movement since 2012. We currently have 94 congregations, mostly in the United States, and are headquartered in Wyncote, Pennsylvania. We also have a couple dozen congregations that fall within our movement because their rabbis

are graduates of the Reconstructionist Rabbinical College and/or members of the Reconstructionist Rabbinical Association. Denominational training and affiliation are some of the ways we bring the Talmud's command that "every Jew is responsible for each other" to life, and an injury to one of our affiliated congregations is felt across the denomination.

4. Reconstructing Judaism's vision is a diverse, connected and engaged Judaism that meaningfully contributes to a just and compassionate world. Inspired by the Torah's repeated teaching that Jews have a special obligation to welcome and care for "strangers," the Reconstructionist movement holds an overarching ideological commitment to supporting and sheltering immigrants, regardless of whether they are Jews and regardless of their legal status. This religious mandate is bolstered by centuries of Jewish lived experience, including the Holocaust, when Jews were immigrants and refugees seeking shelter in the face of danger and discrimination.

5. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our member congregations are at imminent risk of immigration enforcement actions.

6. We have congregations located across the United States, including in areas that have been targeted for immigration enforcement because they have large immigrant populations. Our congregation in Montclair, New Jersey, is very near multiple neighborhoods densely populated by immigrants, as is our congregation in New York City. And we have several congregations in agricultural communities that have substantial immigrant populations, including in Sonoma, California. We also have congregations in or in close proximity to cities that have experienced immigration raids in just the last few weeks, including Chicago, Philadelphia, New York City,

and the Bay Area. In the last two weeks of January, there were raids, arrests, and immigration enforcement actions less than a mile away from one of our congregations located outside Chicago. That congregation has experienced documented Immigration and Customs Enforcement ("ICE") presence at surrounding stores and neighborhoods over the last several weeks.

7. Many Reconstructionist congregations serve immigrants or those with immigrant family members as part of their congregations. Since Jews are a worldwide people, there are frequently immigrants in our congregations from all over the world, including Russia, Mexico, Central and South American countries, and African countries. For example, one congregation located outside of Chicago has congregants who hail from 25 different countries, from Argentina to Mexico to Ukraine. Another congregation, in Northern New Jersey, has members who are both immigrants themselves and who have immigrant members of their families. Although we do not ask about legal status as it is irrelevant to inclusion in our community, we are fairly certain that some of our congregants are undocumented.

8. Our congregations also offer social services to immigrants regardless of their immigration status. Many of our congregations have social service outreach programs on their campuses, such as soup kitchens or food pantries, legal assistance, and temporary housing. Many of our members have also taken actions specifically to welcome immigrants, including offering sanctuary to immigrant families. For example, one congregation outside Chicago has been a Welcoming Congregation since 2017 and is actively involved in supporting refugees when they come to this country, including through an Immigrant Justice Task Force made up of member volunteers. Another congregation, in Northern New Jersey, has an apartment on their property to house immigrants and asylum seekers in their community. And Kehilla has been a

3

sanctuary congregation for almost 40 years and more recently has begun hosting immigrant guests on their property. They also have an accompaniment program where they provide help with housing, legal representation, basic needs like food and clothing, and assistance with the immigration process and removal proceedings. Some of our congregations also rent space to other nonprofits, including those that provide direct services to immigrants.

9. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status. It is a spiritual obligation and an abiding commitment among Reconstructionist Jews to provide support and shelter to immigrants, regardless of whether they are Jews and regardless of their legal status. The knowledge of suffering and fear by immigrants, particularly fear that affects their participation in worship and activities, is considered a loss and a wound in our denomination. Moreover, the holiness of Jewish worship sites, extending to the breadth of synagogue property, is sacrosanct. The history of attacks on and expulsions of Jews has contributed to a powerful sense of protectiveness and concern by Jews for our holy places. ICE activity at one of our synagogues—during services or at any point, and whether Jews or our guests are the targets—will be profoundly invasive and traumatizing, and it will violate the safety and sanctity of that space.

10. Likewise, an enforcement action directed at our congregations' social service ministries will prevent our congregations from carrying out our mission to welcome and serve all, including immigrants. As Jews and as Reconstructionists, we are commanded to care for those who are vulnerable, hungry, poor, unhoused, and at risk. Enforcement action at our synagogues will undermine our religious obligation to make sure that we care for refugees and immigrants.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. Our immigrant congregants and social service recipients are fearful of participating in synagogue activities and ministries, and we know that many immigrants are no longer participating in our services. Congregants at our synagogue in Northern New Jersey have said that they are afraid that they may be swept up in raids regardless of their immigration status simply because they are Latino or speak Spanish. That congregation is experiencing decreased participation in its social service activities and difficulty in attracting new members because of the rescission of the policy. The same is true elsewhere. For example, the local immigrant community has communicated to leadership at our congregation outside of Chicago that they are fearful of leaving their homes and coming to public services, community and social outreach programs, and supportive services because of the imminent risk of ICE raids. Our congregants and social service recipients are suffering and staying home because of DHS's new enforcement policy.

12. Because a key commitment of Reconstructionism is thinking, dreaming, and making decisions in conversation with community, the loss of that community undermines our ability to engage in our religious practice. And we cannot achieve our religious mandate to welcome and support "the stranger" when immigrants do not feel safe coming to our synagogues. Already, in response to DHS's new enforcement policy, many congregations have invested time and resources in training staff and congregants about how to respond to the possibility of a raid and how to keep each other safe. Our congregation in Northern New Jersey, for example, has made significant efforts training staff, outside organizations, and congregants themselves about the risk of a raid. Kehilla is similarly developing extra security precautions, including keeping doors locked, putting up signage, and training staff and the congregation.

13. DHS's new enforcement policy is also presently forcing our congregations to choose between abandoning their religious obligation to welcome and serve immigrants in their synagogues without regard to legal status, or continuing to fulfill that obligation while making their congregants and visitors an easy target for ICE action. Both choices are unconscionable. For Reconstructionists, helping the undocumented is a spiritual obligation. We experience the knowledge of suffering and fear by the undocumented affecting their participation in worship and other activities as a loss and as a wound to our collective communities. Cutting back on either worship or social service work will also cause our congregations to lose members, undermining our mission to create a community of belonging and harming congregations' financial capacity to keep their doors open.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Deborah Waxman*
4C2F1CF1EEC6405...

Rabbi Deborah Waxman

6