# EXHIBIT 52

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF RABBI DEV NOILY ON BEHALF OF KEHILLA COMMUNITY SYNAGOGUE SUPPORTING PLAINTIFF RECONSTRUCTING JUDAISM**

I, Rabbi Dev Noily, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Senior Rabbi of Kehilla Community Synagogue.  The Kehilla Community Synagogue was started in 1984 and is based in Piedmont, CA.  I am a graduate of the Reconstructionist Rabbinical College and a current member of the Reconstructionist Rabbinical Association, bringing our synagogue within the Reconstructing Judaism movement.

2. Kehilla's religious mandate includes our obligation to heal and repair the world, a central theme in Judaism, by showing compassion to all, and by actively working towards social justice, peace, and environmental sustainability.  We call ourselves a "community synagogue" because in Kehilla, you don't need to experience life's inevitable *simchas* and *tsuris* – joys and heartaches – in isolation.  Being in community sweetens our joyous times and holy days, and softens the times of distress as we support and console each other.  Justice for immigrants is one of our central values.  Our religious services and programs are open to all.  We not inquire as to

citizenship or immigration status. Kehilla has many congregants who themselves, or whose family members, were impacted by the Holocaust. Many of us would not be here today if someone had not taken a risk to shelter our parents or grandparents or take other steps to help get them out of danger. We feel compelled to do the same, if necessary, for others who are fleeing danger or unjust persecution by their home countries or by the United States government.

3. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our synagogue is at imminent risk of an immigration enforcement action.

4. Kehilla is located just outside Oakland, California, one of the most diverse cities in the country and a place where Immigration and Customs Enforcement ("ICE") regularly conducts enforcement actions. Approximately 26 percent of Oakland residents are foreign born, and some sources estimate that one in ten Oakland residents are undocumented. We ourselves have a number of congregants who are immigrants. We are also located approximately 10 miles from ICE's San Francisco Field Office and less than 20 miles from a maritime border, within Customs and Border Protection ("CBP")'s zone of operations. While CBP has in the past more typically operated closer to the southern border, it recently began making mass immigration arrests in central California and has stated its intent to launch mass arrest operations in Northern California.

5. Several years ago, Kehilla constructed a guest space inside our synagogue in which we provide short-term, temporary shelter and other services to newly arrived immigrants and immigrants released from detention or those who have lost their housing. As of today, we have had 30 different individuals stay at Kehilla for a total of nearly 600 nights. While these guests

2

are with us, volunteers from our congregation provide meals, rides, visits, and many other types of support. Guests who stay with us are also invited to participate in broader congregational activities, including adult classes, Kehilla School activities, services, holiday celebrations, and other activities. Some have spoken at services or educational events. Those who stay with us stay in a private room but also use common areas, such as the social hall, courtyard, and kitchen.

6. In 2015, Kehilla initiated an accompaniment program promoting opportunities for our members to show up for and journey alongside immigrants in their struggle for freedom and safety. Our accompaniment program involves coordinating teams of Kehilla volunteers to work with newly arrived families and individuals to assist with practical needs such as finding housing, jobs, and legal representation, applying for MediCal, and school enrollment, and to connect people with resources in the community and much more. To date, teams from Kehilla's Immigration Committee have accompanied 110 individuals from all over the world. Sometimes these social services and supports are offered to people on synagogue grounds; other times they are offered off-site.

7. Any immigration enforcement action at our synagogue will substantially burden our religious exercise by preventing us from carrying out our mission to welcome and serve all immigrants. ICE or CBP intrusion on our synagogue will desecrate our sacred space and interfere with our religious obligation to make sure that we care for refugees and immigrants, as we are commanded to do. Enforcement action at Kehilla will cause congregants to feel unsafe and to withdraw from in-person activities, or to refrain from sending their children to the on-site religious-educational programming Kehilla offers, undermining our ability to fulfill our religious mission of being in community together. It will also discourage immigrants from seeking social services and support or shelter at Kehilla, threatening our ability to perform this foundational

3

expression of our religious mission. It thus will prevent congregation members from having the transformational spiritual experience, growth, and community building that occurs for so many congregants through participation in Kehilla's work.

8. DHS's new enforcement policy is already substantially burdening our religious exercise. We are already reconsidering how we engage in our work so that we do not put our members or congregation at risk, but we are trying hard to avoid anything that would compromise our religious purpose. We are developing extra security precautions, such as always having someone staff the door when it is unlocked, ensuring that volunteers or paid staff are always present in the building, putting up signage, and training our staff and congregation in know-your-rights information. The heightened vigilance we now must project undermines the welcoming and safe environment that is foundational to our religious mandate. The changes also constitute a significant diversion of attention and resources that would otherwise be applied to advancing other aspects of Kehilla's religious purpose.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Dev Noily*
EB2972FAD9164B1...

Rabbi Dev Noily