# EXHIBIT 53

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF RABBI JOHN DOE # 19 ON BEHALF OF AN ANONYMOUS SYNAGOGUE SUPPORTING PLAINTIFF RECONSTRUCTING JUDAISM**

I, Rabbi John Doe # 19, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Senior Rabbi at a synagogue in the Mid-Atlantic. Our congregation has been part of Reconstructing Judaism for nearly 50 years.

2. I wish to submit this declaration anonymously out of fear that my synagogue will be targeted for immigration enforcement action.

3. Our synagogue has always been and will continue to be a place welcoming and serving immigrants. We are committed to social action—Tikkun Olam—to help repair the world in which we live. One of our most important commandments is to love the stranger; we are all created in G-d's image. While we celebrate the time we escaped bondage in Egypt and became strangers in the strange land, our more immediate and collective memory is that of fleeing genocide and hardship—so the idea of providing refuge and safe harbor is personal to us. We feel a strong obligation to welcome the stranger and especially any immigrant.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our synagogue is at imminent risk of an immigration enforcement action.

5. Our synagogue is located in an area with a number of immigrants, and it is surrounded by other towns and cities with many immigrants. There have been immigration raids in many of these cities. Our congregation also has a sizable immigrant population, including individuals from Israel, the Former Soviet Union, Columbia, Germany, Cuba, Canada, South Africa, England, Argentina, and Spain, among other places.

6. Our synagogue provides individual and family sanctuary to immigrants in various stages of asylum processing. One of the buildings on our campus has a top floor that is a fully operational suite apartment that has housed immigrants in need of temporary shelter since 2017, and we are currently housing a family as our guests. We began our mission of housing immigrants no matter their status because it's deeply imbedded in our mission of welcoming all. We consider it a vital part of our work, who we are, and our religious teachings to welcome the stranger. We also have a Tikkun Olam group that participates in numerous activities that provide services to the less fortunate. We have hosted activities like soup kitchens and addiction groups that serve primarily immigrants, both documented and undocumented. And we also host interfaith gatherings at our synagogue that include congregations with significant immigrant populations.

7. An immigration enforcement action at our synagogue will substantially burden our religious exercise by desecrating our sacred space and preventing us from carrying out our mission to welcome and serve all immigrants. It will be a direct attack on one of our

foundational values—welcoming the stranger, as we are commanded to do. It would also be an infringement on our protected religious freedom and practice.

8. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. Our Hispanic congregants are scared that they will be targeted, decreasing participation in the many activities that make our synagogue a valued community for all. We are also finding that this risk is a deterrent for new members, potentially reducing dues and putting a strain on our finances. DHS's new enforcement policy is curtailing our mission and, just as importantly, infringing on our Jewish values and faith.

9. DHS's new enforcement policy has already caused us to spend time and resources to train staff, outside organizations, and congregants about the risk of an enforcement action. Even congregants who are "greeters" during our events now need to know how to act in case of Immigration and Customs Enforcement ("ICE") presence and must carry the burden of the extra thought and stress that that now imparts on them. One of our core missions is to be welcoming to all. To communicate differently to our immigrant members and neighbors as a result of the increased risk of an enforcement action and act in accordance with those changes is fundamentally at odds with our beliefs.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

Signed by: *John Doe #19*
Rabbi John Doe # 19

3