# EXHIBIT 54

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MENNONITE CHURCH USA et al.,

    *Plaintiffs,*

v.

                                             Civil Action No. 1:25-cv-00403

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

    *Defendants.*

**DECLARATION OF JEREMY LANGILL FOR**
**PLAINTIFF RHODE ISLAND STATE COUNCIL OF CHURCHES**

I, Jeremy Langill, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.  I am the Executive Minister of the Rhode Island State Council of Churches ("RISCC") and have served in that role since 2023.

2.  I make this statement based upon personal knowledge, files and documents of RISCC that I have reviewed, as well as information supplied to me by members of RISCC whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting RISCC's business.

3.  RISCC was founded in 1937 by a Christian minister, a Unitarian minister, and a Rabbi. Our mission is built around the principle that God loves everyone, that God includes everyone, and that because of this, we are to be a voice of love and inclusion in all the places that decisions

are made.  We are a nonprofit membership organization headquartered in Providence, Rhode

Island.

4.   RISCC maintains relationships with eight judicatory bodies of eight denominations.  Our

membership consists of 20 individual congregations across Rhode Island.  Our belief in

welcoming strangers and serving immigrants is rooted in scripture: Leviticus 19: 33-34 instructs

that, "The alien who resides with you shall be to you as the citizen among you; you shall love the

alien as yourself, for you were aliens in the land of Egypt: I am the Lord your God."  It is our

firmly rooted theological commitment that all are welcome at the table, that all are included in

God's embrace.  God does not turn anyone away from God's family, so we do not either.

5.   In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive

locations policy and its plan to arrest and deport all undocumented people during President

Trump's second term, I have strong reason to believe that our congregations are at imminent risk

of immigration enforcement action.

6.   Rhode Island has a relatively large community of immigrants—one in eight Rhode

Islanders was born in another country.  Moreover, the entire state is within 100 miles of the

border and therefore within Customs and Border Protection ("CBP")'s jurisdiction.  We have

already seen immigration enforcement actions in Rhode Island since the new administration was

sworn in.  For example, there was an Immigration and Customs Enforcement ("ICE") arrest in

Newport the last week in January, and one of our members in Providence, Church Beyond the

Walls, reports that they have seen enforcement actions in town.

7.   Many of our congregations have immigrant members, including some who are

undocumented.  A Baptist member congregation has immigrant members from Africa, Asia, the

Virgin Islands, and Germany.  A Methodist member church has had immigrant members from

2

nations in every continent except Antarctica.  A Unitarian member church has long welcomed immigrants in their membership and currently has a family of asylum seekers as members of the congregation.

8.   We have numerous congregations that provide assistance to those in need, including handing out food and clothing on their premises.  For example, the Baptist church referenced above has addiction counseling meetings in their building that are open to all.  The Methodist church provides food, clothing, and counseling services on church property.  And the Unitarian church has a Food Share Pantry and serves lunches to residents and neighbors.  These ministries serve a diverse range of people, including people who are immigrants and undocumented.  Some member churches, such as the Unitarian church, have also provided sanctuary shelter for immigrant families on church premises and have helped provide support to asylum seekers and other immigrant families.

9.   An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status.  An enforcement action would be an unprecedented and untenable incursion into a sacred space in which congregants are invited to be co-creators with the divine and freely participate in the life of the church.  Likewise, enforcement actions targeted at our members' social service ministries impede their spiritual mission by violating the fundamental principles of sanctuary, mercy, and care for the vulnerable.

10. DHS's new enforcement policy is already substantially burdening our members' religious exercise.  Some of our churches are already reporting a decrease in attendance since the policy rescission.  For example, the Methodist church has seen a drop in attendance at its worship

3

services and has diverted leaders' time and resources in order to provide security to their

congregants, potentially putting the long-term future of their institution at risk.  The Baptist

church is actively working on a safety plan for their congregation, including educating members

about their legal rights in the event of an immigration raid.  That church has also changed the

way it uses social media, YouTube, and other online spaces to communicate, and leadership

worries about the impact this will have on their relationship with their community and

housebound members.  For RISCC, DHS's new enforcement policy has changed the way we

communicate about our association and its activities to the public.  We are more diligent and

cautious about what we communicate and have removed our membership from our website.

This is affecting the very heart of Christian living—the gathering of the community.

11. Our churches are also reporting that attendance at and participation in social service

ministries has also declined since DHS's new policy was announced.  If we have to cut back on

services, our congregations would be greatly impacted as people would lose access to the

community and faith formation we provide.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:

*Jeremy Langill*

4AB1C955111945F...

Jeremy Langill

4