# EXHIBIT 55

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>    *Defendants.* | Civil Action No. 1:25-cv-00403 |

### DECLARATION OF REVEREND JOHN DOE # 20 ON BEHALF OF ANONYMOUS CONGREGATION SUPPORTING PLAINTIFF RHODE ISLAND STATE COUNCIL OF CHURCHES

    I, Reverend John Doe # 20, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as Pastor for a church in Rhode Island. We are a member of the Rhode Island State Council of Churches ("RISCC").

2. Our church founded on the recognition that we are all broken in this world, redeemed only by God's grace. We understand that we are called to accept people wherever they are on their journeys, who are drawn to this Way of healing, community, and liberation in the Spirit of Jesus. We serve hundreds of multicultural, multiracial, and multigenerational congregants regardless of race, immigration status, sexual orientation, economic or social standing, abilities, or past.

3. Our church's founding documents recognize the need to serve all who come to a common table of God's love, acceptance, and power for change regardless of background or immigration status. We have been a church inclusive of immigrants and have served immigrants since the

beginning. We were literally founded to implement this way of radical Love in the Methodist tradition.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. There are many immigrants in Providence, and there have been immigration raids in the city and nearby neighborhoods. Many of our own members are immigrants, and over the years we have welcomed immigrants from nations in every continent except Antarctica. Some of our members are undocumented and some have been targeted by Immigration and Customs Enforcement ("ICE").

6. Providing social services to the community is a vital part of our mission. Currently, we provide food, clothing, and counseling services on church property. These services are offered to both congregants and non-congregants, and to all immigrants regardless of their legal status. Some of our social service recipients are undocumented. There is no citizenship test with God and there is none with us.

7. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our church by interfering with our religious mandate to worship in person together as a congregation, with all members of our community, including those who are immigrants and without lawful status. It will undermine the core mission of our church of being seen as a place of refuge for those in need, and it could well affect the future financial viability of our congregation.

8. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. We have already seen a negative impact on attendance at our worship services and ministries because of the fear and anxiety around being targeted by ICE—even among those with legal status. This reality has forced us to devote both time and some of our limited financial resources in order to secure the safety of our people from government risk, potentially jeopardizing our institutional life.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*John Doe #20*
89519723AE9743B...

Reverend John Doe # 20

3