# EXHIBIT 56

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

  *Plaintiffs,*

v.

                   Civil Action No. 1:25-cv-00403

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

  *Defendants.*

## DECLARATION OF MELISSA S. JOHNSON, GENERAL COUNSEL AND VICE PRESIDENT, PEOPLE & CULTURE FOR PLAINTIFF UNION FOR REFORM JUDAISM

I, Melissa S. Johnson, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the General Counsel and Vice President, People & Culture for Union for Reform Judaism ("URJ"), roles I have held since 2020.

2. I make this statement based upon personal knowledge, files and documents of URJ that I have reviewed, as well as information supplied to me by members of URJ whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting URJ's business.

3. URJ was founded in 1873 by Rabbi Isaac Mayer Wise as the Union of American Hebrew Congregations. We are a nonprofit membership organization headquartered in New York that serves as the umbrella organization for the congregations of North American Reform Judaism. URJ currently has 815 congregations across North America encompassing 1.5 million Reform

Jews.  An injury to one Reform congregation is felt deeply as an injury to all and to the denomination overall.

4.   URJ envisions a world in which Judaism enables all people to experience peace and wholeness (*shalom*), justice and equity (*tzedek*), and belonging and joy (*shayachut* and *simcha*). URJ has long supported a fair and generous immigration policy, informed by the history of the Jewish people as a group forced time and again to flee the lands in which it resided.  URJ affirms its commitment to create the same opportunities for today's immigrants that America offered the Jewish community not so many years ago.

5.   The history of the Jewish people from Egypt through the Holocaust and continuing today is the story of a group forced time and again to flee the lands in which it resided.  Repelled often in times of greatest need, Jews recognize the necessity for havens for the persecuted.  Our people were and continue to be immigrants to this nation.  We have benefited from its open doors, and we suffered when they were closed.  We struggled to adjust to a society that did not always welcome our arrival.  We understand the problems faced by today's immigrants, as well as the difficulties attributable to the problem of illegal immigration.

6.   Welcoming the stranger, or immigrant, is a core part of Jewish tradition, mentioned 36 times in the Torah (the first five books of the Hebrew scriptures).  Leviticus commands, "The stranger who resides with you shall be to you as one of your citizens; you shall love them as yourself, for you were strangers in the land of Egypt" (19:33-34).  One key rule of the Hebrew Bible and later Jewish law was that those who were the "*ger*," the non-citizen resident, were granted the same social benefits and access to charity and communal support (including food assistance to the hungry and shelter to the homeless) to which Jewish citizens were entitled.  Our own people's long history as "strangers" reminds us of the difference between societies where

immigrants were "othered," despised, and oppressed, and those societies which welcomed and supported immigrants.

7.   I have good reason to believe that the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people in the country puts URJ congregations at imminent risk of immigration enforcement activity.

8.   URJ member congregations are located in cities like Chicago, Newark, Miami, and Atlanta where high-profile immigration raids have been conducted in recent weeks; others are located in border communities with large undocumented populations, such as the Rio Grande Valley.  Many of our congregants are immigrants and while we do not possess records or direct knowledge, we have reason to believe that some are undocumented.

9.   Rooted in our religious text and history, URJ has adopted resolutions since the 1980s on immigration, including encouraging Reform congregations to declare themselves places of sanctuary for those at risk of deportation, and many have heeded that call, making them likely targets for immigration enforcement action.  For example, one URJ congregation works with connections in the local sheriff department to provide quick, temporary refuge for individuals under threat of deportation.  Some URJ congregations have had previous interactions with Immigrations and Customs Enforcement ("ICE").  For example, ICE agents once confronted a rabbi at a URJ synagogue about the immigrant-justice work that his congregation was undertaking.

10. Many URJ congregations also host on-site foodbanks, meal programs, homeless shelters, clothing donation, English classes, and other support services that serve undocumented immigrants among others.  Reform Jewish synagogues are widely known for their social justice

3

endeavors, including their immigrant justice work.  This makes their social service ministries an easy target for immigration enforcement now that the sensitive locations policy has been rescinded.

11. An immigration enforcement action at a URJ synagogue will have a profoundly disruptive effect on our ability to fulfill our religious and prophetic mandate.  It will fray the social bonds within the congregation and inhibit the core value of creating experiences that strengthen a vibrant Jewish life.  It also will catalyze a decline in worship attendance, which could impact a synagogue's ability to hold prayer services with the common quorum of ten Jewish adults.  Many congregants at URJ synagogues are the descendants of Holocaust survivors whose families had to flee for safety, and many already are on high alert due to recurring, violent and high-profile antisemitic events.  The infiltration into a sacred space of armed law enforcement will cause profound emotional and spiritual distress, which is antithetical to our religious mission.  An enforcement action during worship services or a religious ceremony will thwart URJ synagogues' mission to serve as "a house of prayer for all peoples" (Isaiah 56:7), without regard to demographics or status.

12. Likewise, an immigration enforcement action directed at a URJ congregation's social services will cut at the very core of our Reform Jewish identity, values, and mission.  As former URJ President Eric Yoffie said, "Reform Jews are committed to social justice.  Even as Reform Jews embrace ritual, prayer, and ceremony more than ever, we continue to see social justice as the jewel in the Reform Jewish crown."  ICE interference with our people's ability to fulfill the Jewish prophetic mandate to welcome the stranger will undermine a core tenet of Jewish faith, and those who are served by, with, and through our congregations will be denied vital supports that allow them to sustain themselves in a moment of challenge.

4

13. DHS's new enforcement policy is already substantially burdening our congregations' religious exercise. For example, an on-site food bank at one URJ congregation has changed its policies in response to patrons' concerns about ICE raids. Whereas patrons previously waited in the synagogue's parking lot while volunteers finished setting up the pantry, the synagogue now allows everyone to wait inside. Some of the food pantry's patrons have stopped coming altogether out of fear of ICE activity. If participation in such social service ministries continues to decrease, or our congregations are forced to change the way they deliver their services, there will also be a devastating impact on both the recipients of those services and our ability to fulfill our religious mandate of service. Some synagogues are preparing to increase their security measures and provide more online programing, both of which will require diverting financial resources from other congregational priorities.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Melissa S. Johnson*
Melissa S. Johnson