# EXHIBIT 57

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF RABBI JOHN DOE # 21 ON BEHALF OF ANONYMOUS CONGREGATION IN SUPPORT OF PLAINTIFF UNION FOR REFORM JUDAISM**

I, Rabbi John Doe # 21, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Senior Rabbi at a synagogue in the New York City metropolitan area. Our congregation is a member of the Union for Reform Judaism.

2. I wish to submit this declaration anonymously out of fear that my congregation will be targeted for immigration enforcement action.

3. Rooted in our sacred texts and the lived experiences of our families, our congregation holds deep beliefs and commitments to serving immigrants. Jewish tradition is insistent on caring for the stranger in our midst. Thirty-six times in the Torah, our most core, sacred text, we are enjoined to welcome the stranger. Out of the experience of Egyptian slavery and the exodus, we are told that because we know the feelings of the stranger, we are obligated to welcome and care for those deemed as outsiders in and around our community. One compelling example comes in the book of Leviticus, in the midst of the "Holiness Code," the central text of Torah

that teaches how to live a life of commitment to God and to humanity. There, we are commanded to treat citizen and stranger alike and to graciously provide the same care and dignity: "The strangers who reside with you shall be to you as your citizens; you shall love each one as yourself, for you were strangers in the land of Egypt: I the Eternal am your God" (Leviticus 19:34).

4. This commitment is not just rooted in biblical stories. Many in our community descend from survivors of the Holocaust and refugees from Europe and the Middle East during times of persecution and expulsion. Many in our community were resettled in the United States by the Hebrew Immigrant Aid Society as immigrants and refugees. Both in gratitude and in empathy and shared commitment, our history compels us to be engaged in work that serves immigrant and vulnerable populations.

5. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our synagogue is at imminent risk of an immigration enforcement action.

6. Our congregation is located in a New York City suburb with a significant Hispanic population. More than 30 percent of people in our city are foreign born. We have heard reports of Immigration and Customs Enforcement ("ICE") raids in our county, including at a school a few towns over.

7. Our synagogue's risk of enforcement action is particularly heightened because we operate an on-site food pantry that welcomes 60-80 patrons each week and provides hundreds of bags of food to local churches, schools, community centers, and homebound patrons. When our patrons enter, we make clear that we do not ask about immigration status, but most are native

2

Spanish speakers and many have told us that they are concerned for themselves or their families because they are undocumented. We share that we are a safe place, and we provide resources in English and Spanish to explain their rights. We explain that we will do whatever we can to provide necessary service, resources, and information to them. Our hope is that our undocumented neighbors will share with friends, family, and community that our synagogue is a place they can go where they will be safe and treated with dignity and respect. We also work to resettle refugee families who often visit our synagogue.

8. DHS's recission of its sensitive locations policy is already substantially burdening our religious exercise, in particular with operation of our food ministry. In the past, patrons waited outside while volunteers finished setting up the pantry for walk-in hours. Now, under the looming threat of ICE action, our immigrant patrons feel too vulnerable to stand outside together. In response, we changed policies to allow everyone to wait inside, but some patrons have stopped coming to the pantry altogether. This negatively impacts our ability to fulfill our religious mission of welcome and service, as the people we are called to care for are unable to get the food that they and their families desperately need.

9. An immigration enforcement action at our synagogue will damage our food pantry's reputation and negatively impact our ability to serve our community and fulfill our religious mission. The pantry was founded by, and is run by, congregants, and it is a foundational part of the synagogue's social service outreach ministry work and a keystone of our congregational identity. We are committed to finding other ways to serve our patrons who cannot risk coming to our synagogue in person, but this will require additional time and effort from staff and volunteers to hand-deliver food. We also recognize that these patrons will be hesitant to give us their addresses, and our staff and volunteers may be afraid to have those addresses in their

3

possession, both for their own safety and for that of our patrons. If it becomes no longer feasible or safe to house the pantry on our campus, we will incur significant extra costs to find a safer alternative location, which may not even exist.

10. An enforcement action will also have a devastating and chilling effect on the entire synagogue community. Many of us have family histories of immigrating to the United States to flee persecution. Many are the descendants of Holocaust survivors whose families arrived as refugees, some originally of questionable status. The threat of ICE raids is a traumatizing prospect that is all too reminiscent of the homes our families fled or were forced to leave from decades ago. An enforcement action will cause some congregants, believing that I as our spiritual leader cannot ensure that our synagogue is a safe place, to cease or decrease their participation in religious services. It could also cause parents to disenroll their children from our early childhood program, which would diminish our community and have a significant negative impact on our budget and our ability to provide a range of services to our congregation.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

Signed by:
*John Doe #21*
—165E8B82776A4FE...
Rabbi John Doe # 21

4