# EXHIBIT 59

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>   *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF JANE DOE # 22 ON BEHALF OF ANONYMOUS CONGREGATION SUPPORTING PLAINTIFF UNITARIAN UNIVERSALIST ASSOCIATION**

I, Jane Doe # 22, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve as Board of Trustees President of a Unitarian Universalist congregation that is part of the Unitarian Universalist Association.

2. I wish to submit this declaration anonymously out of fear that my congregation will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

3. Fundamental to our covenant as a congregation are our belief in the inherent worth and dignity of every person; our regard for justice, equity, and compassion in human relations; and our respect for interdependence of human existence. We support every person's right to flourish with dignity, love, and compassion and, as a congregation, we strive to foster diverse, multicultural communities where all can thrive. These beliefs are central to our religious

mandate and mission; accordingly, they undergird our decades-long commitment to serve and minister to every person regardless of legal status.

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

5. We are located in a border state. Our city is home to a large and diverse immigrant population. Our neighborhood has many immigrant residents, particularly from Central America, and a high percentage of them are without legal status. During the previous Trump Administration, large ICE raids were conducted in our city. At that time, children in our church tutoring program frequently expressed their fears that they and their families were being targeted by ICE. In recent weeks, immigration enforcement operations in our city have led to multiple arrests. Our church membership is diverse. We have congregants who are immigrants, including several who are undocumented immigrants. We have a history of being a sanctuary church.

6. Consistent with our commitment to celebrating human dignity, community, and interdependence, our congregation has long provided support for immigrants, including undocumented immigrants. We serve many of our neighbors in our diverse community, and our services are live interpreted into Spanish.

7. We provide social service ministries that cater to all, including immigrants without legal status. Many of the congregants and volunteers who participate in these ministries are themselves immigrants of varying documentation status. For example, we sponsor a nonprofit organization that operates out of our church space and is run by our church members. The

organization hosts a food distribution program, a diaper distribution program, and a tutoring program for our neighbors, many of whom are undocumented immigrants.

8. An immigration enforcement action at our church will substantially burden our religious exercise by preventing us from openly welcoming and ministering to our communities—both our own congregants as well as our non-congregant neighbors. An enforcement action will interfere with our ability to gather to practice the rituals and ceremonies of our faith. It will violate the sanctity of our church, leading our congregants to become only more fearful of what might happen during worship or other religious activities.

9. DHS's new enforcement policy is already substantially burdening our religious exercise. At least one member of our congregation has already stopped attending services because of the sensitive locations policy rescission. We have already diverted considerable time toward evaluating how to fulfill our religious mandate under DHS's new policy. For example, we are in the process of enacting changes to our security protocols, such as closing our front gate during all programming, including Sunday services. We are also seriously considering only allowing congregants to enter our church one by one, with a volunteer greeter screening every single person who enters. Furthermore, we are evaluating our options to move services online, though there are several in our congregation who would be unable to attend due to technological barriers. And because participants in our social service ministries must often stand in line on the sidewalk outside our church, we are grappling with the possibility that we may not be able to provide certain services at all. The people we typically serve with these ministries may then face lack of food or basic materials such as diapers.

10. We are a congregation dedicated to empowering and enhancing dignity and community participation, especially among marginalized groups. These ideas are central to our religious

beliefs. The imminent threat of enforcement action directly interferes with our ability to freely practice our faith.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Jane Doe #22*
6579DD5566134DC...

Jane Doe # 22

4