# EXHIBIT 60

Docusign Envelope ID: 001B3BB9-8524-4CD0-A217-EF6B04CA959A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF BISHOP KENNETH H. CARTER, JR.
ON BEHALF OF PLAINTIFF THE WESTERN NORTH CAROLINA CONFERENCE
OF THE UNITED METHODIST CHURCH**

I, Bishop Kenneth H. Carter, Jr., hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I currently serve as the presiding bishop for The Western North Carolina Conference ("WNCC") of The United Methodist Church ("UMC"). I have served in this position since 2021.

2. I make this statement based upon personal knowledge, files and documents of the WNCC that I have reviewed, as well as information supplied to me by my staff and the clergy of local churches within our annual conference, all of whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and ministry and that I would customarily rely upon in conducting the business and ministry of the Conference.

3. The WNCC is an Annual Conference in the UMC as defined in the United Methodist Discipline. The Annual Conference is the most basic body of the UMC. Each local

church in the UMC is chartered by and belongs to an Annual Conference. The Western NC Conference was formed on June 5, 1968. Currently, the Western NC Conference covers 44 counties in western North Carolina and consists of 628 local churches with 164,924 members with a total of 1,463 clergy (active and retired).

4. Our primary mission statement adopted in 2024 states: "Our mission is to make disciples of Jesus Christ for the transformation of the world. We accomplish that through creating vital and sustainable local congregations, embracing racial justice and inclusion as discipleship and sanctification, centering the well-being and health of leadership, both clergy and laity, and re-claiming our United Methodist identity."

5. Our worship services are open to all people, as are sacraments such as holy communion. This concept is enshrined in the UMC Constitution and is a core tenet of our faith. The Bible repeatedly calls us to welcome the stranger and provide hospitality without distinction (Leviticus 19:33-34, Matthew 25:35). Jesus himself was a refugee, fleeing persecution as a child (Matthew 2:13-15). These Biblical precepts form the basis for the UMC theology and doctrine surrounding worship, ministry, and immigration.

6. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregations are at imminent risk of immigration enforcement action.

7. Our Conference includes several major metropolitan areas, including the cities of Charlotte, Greensboro, Winston-Salem, and Asheville. There are a number of immigrants who live in these areas, as well as elsewhere across the state. There is currently an increased presence of Immigration and Customs Enforcement ("ICE") vehicles on roads in many larger cities like

Charlotte, and there have been rumors of ICE raids in the Greensboro area. ICE has also recently conducted a series of large-scale detentions in Raleigh and Durham. One of our local churches is located in a community that has been the subject of large-scale raids and detentions by ICE. Another local church is located near an ICE office and in an area which has been the focus of immigration enforcement in the past. That congregation has itself been targeted, as ICE officers have been known to drive through the parking lots at the church to visually scan the people on church property and have approached the pastors to try to informally gain information on congregants.

8. The WNCC has five predominately immigrant local churches and over ten predominantly immigrant worshiping communities in other local churches. Many of our congregations have worship services dedicated solely to the Hispanic community. Our congregants come from countries like Mexico, Brazil, Costa Rica, El Salvador, Ghana, Liberia, Vietnam, South Korea, Ukraine, and Nepal. They are not asked about their immigration status, and immigration status is irrelevant for membership in a local church, attendance of worship services, or receipt of outreach ministry services. However, there are undocumented people in our churches as well as persons who have temporary protected status or refugee status which DHS already has or may revoke.

9. Working with immigrant populations is a ministry area of all Annual Conferences, including the WNCC and its local churches. There are a variety of outreach ministries operated on church property and specifically designed to serve immigrant populations. These include English as a Second Language ("ESL") classes, soup kitchens, food pantries, clothing pantries, mobile showers, and tutoring programs. One local church, for example, sponsors ESL classes for immigrants; it also provides free community meals and hosts Alcoholics Anonymous ("AA").

3

These programs predominately serve their immigrant community. We also have local churches that help immigrants obtain housing and some that provide housing as well as furnishings, household supplies, and home goods. Some churches assist immigrants with employment placement. Some of our churches provide transportation assistance to immigrants for medical appointments, court dates, and other purposes.

10. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status. It will also desecrate local church buildings, which are sacred Christian spaces dedicated to God and are consecrated as such through a service of holy consecration when completed. An armed raid would be a particular violation—the UMC prohibits firearms on its properties based upon Jesus' call to his followers to be peacemakers (Matthew 5:9), and it echoes God's dreams for peace for all of creation as expressed in Micah 4:1-4 where the call was for man to "beat their swords into plowshares" and as a call against the general plague of violence. If agents armed with guns enter a church property, particularly the sanctuary space, it will violate the sanctity of the property and worship spaces which have been dedicated to God as places of peace and holiness. This will be devastating to our religious practices as Christians. Likewise, enforcement actions targeted at social service ministries impede the Conference's spiritual mission by violating the fundamental principles of sanctuary, mercy, and care for the vulnerable.

11. DHS's new enforcement policy is already substantially burdening our religious exercise. The effect of the sensitive locations policy rescission is already being felt by our congregations, with attendance at worship services and programming declining. One of our

4

churches reports that it has seen a marked and sudden decline in church attendance and ministry participation among its immigrant membership, along with a marked decrease in financial giving by those members. Since DHS adopted the new enforcement policy, worship attendance has decreased by more than sixty percent. Another church reports that it has suffered a drop in worship attendance and ministry participation, and financial giving by membership has also decreased. They have canceled Bible study classes and other group Chrisitan study meetings because members are afraid to leave their homes to attend. Participation in the ESL classes and AA has decreased, and they will likely have to close a clothing pantry they run for their community due to the lack of volunteers to work at it. To lower their public profile, the church took their website offline, took their social media pages down, and quit live-streaming worship services. They also began locking their doors during worship services and have paid for and installed wireless security cameras to monitor the property.

12. Our Conference itself has been forced to shift its ministry focus to educate its clergy, local churches, agencies, and committees on the change in the administration's immigration policies. This has taken time and money from other ministry areas, and it has been a significant burden on our ability to focus on fulfilling our religious calling and living out our faith.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*kenneth H. Carter, Jr.*
Bishop Kenneth H. Carter, Jr.

5