# EXHIBIT 61

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF REVEREND JOHN DOE # 23 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF THE WESTERN NORTH CAROLINA CONFERENCE OF THE UNITED METHODIST CHURCH**

I, Reverend John Doe # 23, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746, and declare as follows:

1. I currently serve as the senior pastor for a local church in the Western North Carolina Conference ("WNCC") of The United Methodist Church ("UMC"), an annual conference within the UMC. The church I serve is located in Mecklenburg County, the largest metropolitan area in the state.

2. I wish to submit this declaration anonymously out of fear that my church will be targeted by Immigration and Customs Enforcement ("ICE").

3. The UMC is a worldwide Christian denomination whose main mission is to spread the Christian faith and preach the word of Jesus Christ as set out in the biblical gospels. Our church looks to holy scripture as the call to its immigrant ministry and membership. For example, Exodus 22:21 directs us, "Do not mistreat an alien or oppress him, for you were aliens in Egypt." Similarly, Zechariah 7:10 commands, "Do not oppress the widow or the fatherless,

the foreigner or the poor." And as Matthew 22:37-39 says, the "greatest and first commandment" is "'You shall love the Lord your God with all your heart and with all your soul and with all your mind' . . . And a second is like it: 'You shall love your neighbor as yourself.'"

4. As a local UMC church, we abide by the UMC's Discipline and Constitution, which requires us to "welcome migrants, refugees, and immigrants into [our] congregations and to commit [ourselves] to providing concrete support, including help with navigating restrictive and often lengthy immigration policies, and assistance with securing food, housing, education, employment, and other kinds of support" (Discipline, ¶ 163.g).

5. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

6. Our church is located in a city that has a high population of immigrants. Our area has been the focus of recent and past large-scale enforcement raids and arrests by ICE, and ICE has visibly increased its presence in our city since January 21, 2025.

7. Our church has a large percentage of members and attendees that are foreign-born, with approximately 25 percent of our congregation made up of immigrants. That percentage is mostly Asian and Hispanic. They are not asked about their immigration status, and immigration status is irrelevant for membership at our church, attendance of worship services, or receipt of outreach ministry services. My assumption is that there are undocumented people in the congregation. One member who had expired documentation left the country on their own accord after the rescission of the sensitive locations policy. There are people in our

congregation that have temporary protected status or CHNV status in programs that are under review by the administration.

8. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregation by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status. It will also harm the safety and sacred nature of our church. In the UMC, all local church buildings are sacred Christian spaces dedicated to God and are consecrated as such through a service of consecration when completed. Having immigration enforcement enter the premises would desecrate this space of divine worship. That is especially true if armed officers were to enter the premises—being a holy space dedicated to Christ, the UMC has prohibited firearms from local church properties based upon Jesus' call to his followers to be peacemakers (Matthew 5:9) and God's dreams for peace for all of creation as expressed in Micah 4:1-4, where the call was for man to "beat their swords into plowshares."

9. DHS's new enforcement policy is already substantially burdening our religious exercise. Our church has seen a marked and sudden decline in church worship attendance. On Sunday, February 16, 2025, no immigrant members or congregants attended worship services, meaning a 100 percent decrease in immigrant attendance. Participation in immigrant group Bible Studies has also declined because participants do not want to leave their homes out of fear of ICE arrest. We now screen visitors entering worship services and ministry activities to make sure they are not ICE agents, which is contrary to the doctrine and theology of the UMC, to be open to all who want to worship and participate in ministry. Losing attendees and having to limit access to services and meetings has a devastating impact on our religious mandate to welcome

and serve our immigrant members and ministry recipients, as well as our non-immigrant members. It is at odds with our religious mandate to be an open and welcoming space for all.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*John Doe #23*
6DF8357511454C3...

Reverend John Doe # 23

4