# EXHIBIT 62

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MENNONITE CHURCH USA et al., | |
| *Plaintiffs,* | |
| v. | Civil Action No. 1:25-cv-00403 |
| U.S. DEPARTMENT OF HOMELAND SECURITY et al., | |
| *Defendants.* | |

**DECLARATION OF REVEREND JOHN DOE # 24 ON BEHALF
OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF THE WESTERN
NORTH CAROLINA CONFERENCE OF THE UNITED METHODIST CHURCH**

I, Reverend John Doe # 24, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746, and declare as follows:

1. I currently serve as the senior pastor for a local church in the Western North Carolina Conference ("WNCC") of The United Methodist Church ("UMC"), an annual conference within the UMC. The church I serve is in the "Triad" area of North Carolina, meaning near the cities Winston-Salem, Greensboro, and High Point.

2. I wish to submit this declaration anonymously out of fear that my church will be targeted by Immigration and Customs Enforcement ("ICE").

3. The UMC is a worldwide Christian denomination whose main mission is to spread the Christian faith and preach the word of Jesus Christ as set out in the biblical gospels.

4. Our church looks to holy scripture as the call to its immigrant ministry and membership. For example, Deuteronomy 10:18-19 directs us, "You shall also love the stranger, for you were strangers in the land of Egypt." Similarly, Zechariah 7:10 commands, "Do not

oppress the widow or the fatherless, the foreigner or the poor."  And as Matthew 22:37-39 says,

the "greatest and first commandment" is "'You shall love the Lord your God with all your heart

and with all your soul and with all your mind' . . . And a second is like it: 'You shall love your

neighbor as yourself.'"

5.      As a local church within the UMC, we abide by the UMC's Discipline and

Constitution, which requires us to "welcome migrants, refugees, and immigrants into [our]

congregations and to commit [ourselves] to providing concrete support, including help with

navigating restrictive and often lengthy immigration policies, and assistance with securing food,

housing, education, employment, and other kinds of support" (Discipline, ¶ 163.g).

6.      In light of the Department of Homeland Security ("DHS")'s rescission of the

sensitive locations policy as part of its plan to arrest and deport all undocumented people during

President Trump's second term, I have strong reason to believe that our church is at imminent

risk of an immigration enforcement action.

7.      Our church is located in an area that has been the focus of large-scale enforcement

raids and arrests by ICE at homes and businesses.  Our church also has a large percentage

(approximately 90 percent) of members, attendees, and service recipients that are foreign-born,

most of whom are Hispanic. They are not asked about their immigration status, and immigration

status is irrelevant for membership at our church, attendance of worship services, or receipt of

outreach ministry services.  We do have undocumented persons in our congregation, and our

ministries do serve undocumented persons.

8.      Aside from worship services and Bible studies, there are a variety of outreach

ministries specifically for immigrant populations at our church and within the wider community

offered on our church grounds, such as English as Second Language ("ESL") classes, free community meals, clothing pantries, and Alcoholics Anonymous ("AA").

9.      An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will substantially burden our congregations by interfering with our religious mandate to worship in person together with all members of our community, including those who are immigrants and without lawful status.  It will also harm the safety and sacred nature of our church.  In the UMC, all local church buildings are sacred Christian spaces dedicated to God and are consecrated as such through a service of consecration when completed. Having immigration enforcement enter the premises would desecrate this space of divine worship.  That is especially true if armed officers were to enter the premises—being a holy space dedicated to Christ, the UMC has prohibited firearms from local church properties based upon Jesus' call to his followers to be peacemakers (Matthew 5:9) and God's dreams for peace for all of creation as expressed in Micah 4:1-4, where the call was for man to "beat their swords into plowshares."

10.     DHS's new enforcement policy is already substantially burdening our religious exercise.  Our church has seen a marked and sudden decline in church attendance and ministry participation among its immigrant membership and a decrease in financial giving from our foreign-born congregants (down approximately 10 percent).  We have had to cancel Bible studies as members do not want to leave their homes out of fear of ICE arrest, and attendance at ESL classes has markedly decreased.  We may have to shut our clothing pantry because the majority of our volunteers were immigrants and they are no longer coming to participate. Our church financially depends on giving from members.  Our church also depends on volunteer service to our outreach ministries.  Extended decreases in both will strain finances and ministry operations.

11.     We are already making changes to our church operations in response to the rescission of the sensitive locations policy.  We now lock our doors during worship services and screen those entering.  We used to advertise our worship services and ministries through signage, social media, local social services providers, and personal invitations, but now we have taken down our website, stopped live-streaming worship services, and cancelled small group meetings, like prayer meetings and studies.   We no longer market or publicize our services or ministries.  All of this is contrary to the doctrine and theology of the UMC, to be open to all who want to worship and participate in ministry.

12.     Losing attendees and having to limit access to services and meetings has a devastating impact on our religious mandate to welcome and serve our immigrant members and ministry recipients, as well as our non-immigrant members.  It is at odds with our religious mandate to be an open and welcoming space for all.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:   2/21/2025

Respectfully submitted,

Signed by:

*John Doe #24*

E775E506899846...

Reverend John Doe # 24