# EXHIBIT 63

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Civil Action No. 1:25-cv-00403 |

## DECLARATION OF REVEREND KERRI PARKER, EXECUTIVE DIRECTOR OF PLAINTIFF WISCONSIN COUNCIL OF CHURCHES

I, Reverend Kerri Parker, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of Wisconsin Council of Churches ("WCC") and have served in that role since 2017. I am also an ordained minister in the United Church of Christ.

2. I make this statement based upon personal knowledge, files and documents of WCC that I have reviewed, as well as information supplied to me by members of WCC whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting WCC's business.

3. WCC was incorporated in 1947 following twelve years of cooperation by Protestant Churches to address human needs in the state that were too great for any one church to address alone. As of December 2024, our members are 32 judicatory bodies (representing 23 Christian traditions), 3 observer bodies, and 13 ecumenical partners (faith-based organizations in

alignment with our mission). Our membership spans approximately 2000 congregations and represents approximately 1 million Christians, including those from denominations as diverse as mainline Protestants, historic Peace churches, Orthodox, Historically Black traditions, Evangelical/Charismatic/ Pentecostal traditions, and Roman Catholics. We are a membership organization headquartered in Madison, Wisconsin.

4.  WCC has a long history of accompanying immigrants, immigrant-serving organizations, and churches that seek to be welcoming of immigrants and refugees. This work is founded in scripture and Christian traditions of hospitality. The New Testament calls us to look beyond differences in background to see our connections and oneness in Christ. We are told, "There is no longer Jew or Greek, there is no longer slave or free, there is no longer male and female; for all of you are one in Christ Jesus" (Galatians 3:28).

5.  In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our members are at imminent risk of an immigration enforcement action.

6.  Wisconsin has a sizable immigrant community, especially in rural, farming areas where immigrants are known to be part of the seasonal and/or year-round workforce—and where many of our member churches are located. There have also been targeted Immigration and Customs Enforcement ("ICE") actions in Wisconsin in the last few weeks. Much of the state is also within the 100-mile border enforcement zone, putting many of our members within Customs and Border Protection ("CBP")'s jurisdiction.

7.  Our member churches are composed of immigrants from around the world, representing countries from Mexico to Haiti to Laos to Kenya. One member church in Southern Wisconsin

has a congregation made up almost entirely of immigrants from Mexico. WCC members have congregants with all types of status: those who are documented, those with no documentation, those who are Deferred Action for Childhood Arrivals ("DACA") recipients, and those who are in mixed-status families. Some of our members also have immigrant pastors, and one, Emaus Lutheran Church in Milwaukee, lost their pastor to deportation. Two of our member traditions (American Baptist Churches of Wisconsin and Wisconsin United Methodist Conference) have particularly large numbers of immigrant congregants, with immigrant pastors and/or many immigrant members of the congregation, including undocumented members who are at risk under the new policy. Other member congregations also have many immigrant members; one congregation worships in seven languages on Sundays.

8. In keeping with our faith, many of our member churches have social service ministries, some of which are focused on serving immigrants and others which incidentally do. These include food pantries, community meals and gardens, homeless shelters, clothing closets, and medical clinics. St. Luke's Episcopal Church, for example, offers career counseling, a meal program, and a clothing closet, among other services. Those programs serve numerous immigrants, and St. Luke's has two bilingual staff members at all times specifically to help Spanish-speaking clients. Several of our members have also offered immigrant-specific services, such as immigration/paperwork clinics or mobile consulate visits. Some congregations, including a member church in Western Wisconsin, have also served as sanctuary churches.

9. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our churches by interfering with their religious mandate to worship in person together as a congregation, with all members of their community, including those who are immigrants and without lawful status. Such an action will be physically,

3

emotionally, and spiritually disruptive. It will violate a space that has been dedicated to the holy work of attention to God and neighbor, associating it with harms and violent memories. Such events would make it difficult to resume the mission of our faith. Likewise, enforcement actions targeted at social service ministries impede the Church's spiritual mission by violating the fundamental principles of sanctuary, mercy, and care for the vulnerable. Our sacred texts offer spiritual context for such occasions. Scripture narratives dedicated to occasions when God's people failed to protect their guests from harm by those who demanded they turn them over (Judges 19:16-24) are illustrations of inhospitality and distance from the ways of God.

10. Indeed, DHS's new enforcement policy is already substantially burdening our religious exercise. Congregants are already reporting their fear of coming to church due to ICE/CBP raids, and attendance declines have begun. One member church, St. Luke's, has already been told by one member family that they do not feel safe coming to church services under DHS's new policy. Another member church in Southern Wisconsin has reported decreases in attendance because families no longer feel safe from ICE/CBP inside the church. The families who do attend that church's services have requested that they keep their outside doors locked during the worship service due to fear of an ICE/CBP raid at any moment, and the church has both secured the doors and stationed members to keep an eye on the street. It is not only undocumented congregants who express these fears. Congregants who are visa and green card holders, DACA recipients, refugees here under previously authorized resettlement processes, naturalized citizens, and citizens by birth who have darker skin are similarly worried about the prospect of ICE raids at church.

11. Decreased participation in congregational life compromises our member churches' ability to practice being "one body," according to the teaching of scripture. Whether it is a rite or

4

sacrament where meals are shared, a sign of peace, common prayer, or the lifting of voices together in song, community is a key element of our religious practice. Decreased participation also results in a loss of income for our members that could affect their ability to keep up the building and/or pay church staff.

12. In response to the rescission, our congregations are already having to alter some of the ways in which they carry out their ministry. Some are moving immigrants out of leadership positions and placing less at-risk members at the forefront so as to minimize the exposure of those who could be targeted by ICE. Other congregations are looking into shifting to virtual worship services and Bible studies for at-risk populations. One member church in Western Wisconsin has been considering changes to their public communications, adopting new safety protocols, and even possibly going "underground" to meet in secret. And many member churches are discussing holding smaller outreach ministry events and making revisions to their video/streaming policy so as not to show congregants on video.

13. DHS's new enforcement policy is also presently forcing our member churches to choose between abandoning their religious obligation to welcome and serve immigrants in their churches without regard to legal status, or continuing to fulfill that obligation while making their congregants and visitors an easy target for ICE action. Either option is unconscionable.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

*Kerri Parker*
―――――――――――――――――――
Reverend Kerri Parker

5