# EXHIBIT 64

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA et al.,

    *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY et al.,

    *Defendants.*

Civil Action No. 1:25-cv-00403

## DECLARATION OF JANE DOE # 25 ON BEHALF OF ANONYMOUS MEMBER CHURCH SUPPORTING PLAINTIFF WISCONSIN COUNCIL OF CHURCHES

I, Jane Doe # 25, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I serve in a leadership position with the South-Central Synod of Wisconsin of the Evangelical Lutheran Church in America, and I work with a member congregation that is focused on welcoming the Latinx immigrant community. Our Synod, including this congregation, is a member of the Wisconsin Council of Churches ("WCC").

2. I wish to submit this declaration anonymously out of fear that our congregation will be targeted by Immigration and Customs Enforcement ("ICE") or Customs and Border Protection ("CBP").

3. Our congregation endeavors to provide a welcoming space where the Latinx immigrant community can worship in their own language, bring their culture and traditions, receive the gift of the Eucharist, and be part of the Body of Christ in the new land. We believe we are called to "welcome the stranger" through protection and hospitality, and to honor the stranger or those of

other faiths with respect and equality. This is deeply rooted in our faith tradition. In Mathew's Gospel (25:35), we hear the call: "I was hungry and you gave me food, I was thirsty and you gave me something to drink, I was a stranger and you welcomed me . . . ." And in the Letter to the Hebrews (13:1-2), we read, "Let mutual love continue. Do not neglect to show hospitality to strangers, for by doing that some have entertained angels without knowing it."

4. In light of the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President Trump's second term, I have strong reason to believe that our congregation is at imminent risk of an immigration enforcement action.

5. Immigrants from Mexico, some of whom are undocumented, make up 90 percent of our congregation. Our church prominently displays signs in Spanish, and we have been publicly involved in immigrant rights work both at the state and federal level.

6. An immigration enforcement action taken during a worship service, religious ceremony, or other church activity will harm our congregation by interfering with our religious mandate to worship in person together, with all members of our community, including those who are immigrants and without lawful status. An immigration enforcement action will be devastating and traumatizing. A great number of families will stop coming to attend our church's activities. It could even force us to close our doors.

7. DHS's new enforcement policy is already substantially burdening our religious exercise. Attendance at our worship services and other congregation activities has decreased because families no longer feel safe in their house of prayer. The families that do attend are feeling anxious and afraid. During our last worship service, they asked me to keep the outside doors locked out of fear that there could be an ICE/CBP raid at any moment. For the time being, we

are locking the doors and stationing one or two members to keep an eye on the street, even though this undermines our call to be welcoming and open to all. We are considering moving some activities online, but eventually, if this policy remains in place, we will have to close. Our congregants' fear and loss of participation prevents us from sharing God's good news of love and salvation and from following Jesus's mandate to the church: "All authority in heaven and on earth has been given to me. Therefore, go and make disciples of all nations, baptizing them in the name of the Father and of the Son and of the Holy Spirit, and teaching them to obey everything I have commanded you." (Matthew 28:18-20).

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*Jane Doe # 25*
Jane Doe # 25