# EXHIBIT 65

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br> *Defendants.* | Civil Action No. 1:25-cv-00403 |

### **DECLARATION OF DAVID LINERS, EXECUTIVE DIRECTOR OF PLAINTIFF WISDOM**

I, David Liners, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of WISDOM, a role I have held since 2002.

2. I make this statement based upon personal knowledge, files and documents of WISDOM that I have reviewed, as well as information supplied to me by members of WISDOM whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting WISDOM's business.

3. WISDOM is a network of interfaith organizations who work for racial and economic justice throughout Wisconsin. WISDOM began with Milwaukee Inner-City Congregations Allied for Hope's founding in 1988 and then became its own membership organization in 2000. WISDOM's members include 180 congregations from 19 different faith traditions across

Wisconsin. For over 25 years, WISDOM has consistently advocated for fair and safe immigration processes for all families. WISDOM is headquartered in Milwaukee, Wisconsin.

4. All of our faith communities believe that showing compassion to the immigrant (or "the stranger" or "the foreigner") is something we have been very specifically charged to do by God. Not only is this made explicit in the Hebrew Bible, but it ties with a core belief that every human being is created in the image and likeness of God. And, we believe that every human being means every human being. This compels our member congregations to reach out to welcome all people, including immigrants, and it compels us to offer service especially to "the least of these"—the poor, the marginalized, and the fearful. Our service is not contingent on someone's legal status; it is contingent on their status as a beloved child of God.

5. This belief that we are compelled to show compassion toward the immigrant among us is central to WISDOM and its mission. It has been a common theme throughout our entire history. Every congregation that has joined WISDOM in the past 25 years has known it is joining an organization that works for just and compassionate treatment of all immigrants, regardless of legal status.

6. I have good reason to believe that the Department of Homeland Security ("DHS")'s rescission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people in the country puts WISDOM member congregations at imminent risk of immigration enforcement activity.

7. Undocumented immigrants are spread rather evenly throughout Wisconsin. In Milwaukee and Racine (where WISDOM has a strong presence), there are many undocumented immigrants. WISDOM has congregations in Appleton, Waukesha, Eau Claire, Wausau, Green Bay, Watertown, and Oshkosh, all of which have significant numbers of undocumented people.

There has been Immigration and Customs Enforcement ("ICE") activity across Wisconsin in recent weeks.

8. Many of our member churches have substantial numbers of congregants who are immigrants, some of whom are undocumented. A member church in southeastern Wisconsin, for example, is roughly 50 percent Mexican, and many of its congregants are undocumented. Several of that church's congregants have received communications from ICE, including a recent demand to self-deport, and the church previously experienced the detention and deportation of one of its ministry students and her family. Other member churches have social service ministries that serve both documented and undocumented community members.

9. An enforcement action during worship services or other religious activities would harm WISDOM members by destroying their feelings of safety and sanctuary in their place of worship and spurring reluctance to come together and worship as a community. One member church reports that an enforcement action at its location will likely lead to the church's closure, due to the high numbers of immigrants among its members. Enforcement action targeted at WISDOM members will also pressure them to cut off social service support systems that they currently offer as part of their religious mission, out of fear of making undocumented visitors an easy target for ICE.

10. WISDOM member's religious practices are already substantially burdened by DHS's new enforcement policy. One member church reports incredible anxiety among its members because it is well-known locally as a community that welcomes and ministers to large numbers of immigrants, including those without documentation. Congregations already report locking their doors 24/7—including during Sunday worship—and making changes to procedures for drop-off and pick-up for children's activities, changes to worship offerings, and the

discontinuation of social media outreach in their communities, which burdens their ability to reach current and prospective members and practice their faith.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/2025

Respectfully submitted,

Signed by:
*David Liners*
—4F48785D0890478...
David Liners

4