# EXHIBIT 66

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403 |

**DECLARATION OF JOHN DOE # 26 IN SUPPORT OF PLAINTIFF WISDOM**

I, John Doe # 26, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a member of the church council at a Lutheran church in southeastern Wisconsin. Our church has been a member of WISDOM for more than 15 years.

2. I wish to submit this declaration anonymously out of fear that my congregation will be targeted for immigration enforcement action.

3. Our values are grounded in faith, in our biblical and Lutheran confessional sources, and our love of God and neighbor. We believe that each person is created in God's image. We respect this God-given right to dignity and, inspired by the life of Jesus, show love and compassion for all people. Through proclamation of the gospel, through worship, and as servants of God working for healing and justice in the world, we uphold and seek to protect the dignity and human rights of all people, including immigrants regardless of legal status.

4. In light of the Department of Homeland Security ("DHS")'s recission of the sensitive locations policy as part of its plan to arrest and deport all undocumented people during President

Trump's second term, I have strong reason to believe that our church is at imminent risk of an immigration enforcement action.

5. Roughly 50 percent of our congregants are Mexican. We conduct worship services and programming in several languages. We intentionally do not track whether immigrant congregants have legal status, but we know that some are undocumented.

6. Our church also has a very long history of serving our urban neighbors, including immigrants. We have marched for immigrant rights, appeared in court with members and non-members, hosted and attended prayer vigils, assisted with various immigrant paperwork, provided financial assistance for DACA participants, and offered educational workshops aimed at helping people become self-sustainable. This congregation is well-known for its ministry to immigrants, both documented and undocumented. We receive hate mail regarding our involvement with "those people."

7. Because of our demographics and our commitment to immigrant justice, we already have had encounters with Immigration and Customs Enforcement ("ICE"). Several congregants have received communication from ICE, including one who received a very recent letter telling her that she has to leave the country by October 2025. Another congregational member was detained and deported along with her family. We believe that ICE has conducted surveillance outside of our church in the past, and we have recently noticed an unknown vehicle repeatedly idling on the edges of our property for 15 to 30 minutes at a time over the course of several days. We suspect ICE is surveilling us again.

8. An enforcement action at our church will substantially burden our religious exercise by desecrating our sacred space, thwarting our efforts to worship and serve God together, and

inflicting trauma on our congregants and visitors in a place that is supposed to be a safe spiritual refuge.

9. DHS's new enforcement policy is already substantially burdening our religious exercise. We are looking over our shoulders outside on church property and glancing out windows to monitor the neighborhood. Every unknown vehicle on the property incites anxiety among all in the building. Even visitors to worship services are "watched." We feel we have lost our sense of peace and security and we are extending less hospitality, which is antithetical to our religious mission.

10. We have also had to put into practice protocols meant to increase the safety of those within our congregation, members and non-members alike. We have begun locking doors 24/7 (even on Sunday mornings) and have made changes to drop-off and pick-up of children in our afterschool program. We are no longer using social media, which had previously been very important to our communication strategy. We are also considering moving our Spanish service online, which would deny a core part of our congregation the opportunity to worship together in person. These changes have come at significant cost to the church. We need more manpower to monitor doors and "admit" people. We are also considering hiring extra staff in the afterschool program, which we cannot afford.

11. We are already experiencing a decrease in participation in worship services and other church activities due to fear of enforcement action under DHS's new policy. If these trends continue—especially in light of our church's large immigrant population—we could be forced to close. Lower attendance across the board will lead to less offerings, which could deal a fatal blow to our ministry and mission.

3

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/21/2025

Respectfully submitted,

*John Doe #26*
John Doe # 26