UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>   Defendants. | Civil Action No. 25-CV-00403-DLF |

### NOTICE OF APPEARANCE

Please enter the appearance of Kristina A. Wolfe, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for the Defendants in this case.

Dated: February 25, 2025

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division

Federal Programs Branch
1100 L Street, NW, Room 7506
Washington, D.C. 20530
Tel: 202-353-4519
Fax: 202-616-8470
Email: Kristina.Wolfe@usdoj.gov