**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

MENNONITE CHURCH USA et al.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY et al.,

*Defendants.*

---

Civil Action No. 1:25-cv-00403

## PLAINTIFFS' NOTICE OF CORRECTED PROPOSED PRELIMINARY INJUNCTION ORDER

On February 21, 2025, Plaintiffs moved this Court for a preliminary injunction enjoining Defendants from carrying out immigration enforcement activities at their places of worship, absent exigent circumstances or the execution of a judicial warrant, and to stay the effective date of DHS's 2025 Rescission Memo.  ECF No. 11.  Plaintiffs attached to their motion a memorandum in support, ECF No. 11-1, a series of sworn declarations from Plaintiffs and their members, ECF Nos. 11-3–11-69, and a proposed order, ECF No. 11-2.  On March 14, 2025, Defendants filed an opposition to the preliminary injunction motion.  ECF No. 16.  Plaintiffs' reply is due on March 24, in advance of an April 4 preliminary injunction hearing in this case.

In finalizing their memorandum in reply, Plaintiffs discovered that they had inadvertently attached a proposed *scheduling* order to their preliminary injunction motion, rather than the intended proposed preliminary injunction order.  The parties had previously moved to enter that scheduling order, ECF No. 10-1, and the Court granted that motion.  Plaintiffs attach here the correct proposed preliminary injunction order for the Court's consideration.  A courtesy copy of this proposed order has been provided to counsel for Defendants.

1

March 20, 2025

Respectfully submitted,

/s/ *Kelsi Corkran*
Kelsi Brown Corkran (Bar No. 501157)
Shelby B. Calambokidis (Bar No. 1684804)
/s/ *Julia Gegenheimer*
Julia Gegenheimer* (NY Bar No. 4949475)
Alexandra Lichtenstein (Bar No. 1724947)
Kate Talmor* (Maryland Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728
kbc74@georgetown.edu

*Attorneys for Plaintiffs*

*Admitted pro hac vice. DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.