UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403-DLF |

## PLAINTIFFS' UNOPPOSED MOTION TO PROVIDE REMOTE PUBLIC ACCESS TO COURTROOM AUDIO FOR THE APRIL 4, 2025 HEARING

Plaintiffs request that the Court authorize an audio-only call-in line for the upcoming April 4, 2025, hearing on Plaintiffs' motion for a preliminary injunction in this case, which brings constitutional and statutory challenges to the 2025 DHS policy rescinding restrictions on immigration enforcement at sensitive locations, including at houses of worship.  Plaintiffs are 12 national denominational bodies and representatives, four denominational bodies, and 11 denominational and interdenominational associations.  Their members and congregants represent people of Judeo-Christian faiths from across the country.

This District allows for audio-only remote public access in non-trial civil proceedings.  *See* U.S. Dist. Ct. for the Dist. of Columbia, Public Access Teleconference Information, https://www.dcd.uscourts.gov/public-access-teleconference-information; *In re: Prohibition on Photographing, Recording, Broadcasting, and Livestreaming Judicial Proceedings*, Standing Order 24-31 (JEB), ¶ 2 (September 18, 2024) (providing that "the presiding judge may authorize" a call-in line for the public and members of the media).  A teleconference line for the April 4 hearing would facilitate general public access to the April 4 proceedings and, in particular, would permit Plaintiffs access to a hearing on their claims that may be infeasible for them to attend in person.

Plaintiffs have conferred with counsel for the government, *see* LCvR 7(m), who advised that Defendants do not oppose the request.

March 25, 2025

Respectfully submitted,

/s/ *Kelsi Corkran*
Kelsi Brown Corkran (Bar No. 501157)
Shelby B. Calambokidis (Bar No. 1684804)
/s/ *Julia Gegenheimer*
Julia Gegenheimer* (NY Bar No. 4949475)
Alexandra Lichtenstein (Bar No. 1724947)
Kate Talmor* (Maryland Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728
kbc74@georgetown.edu

*Attorneys for Plaintiffs*

*Admitted pro hac vice. DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*