# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al., *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants*. | Civil Action No. 1:25-cv-00403-DLF |

## PLAINTIFFS' NOTICE OF FILING OF PROOF OF SERVICE

Plaintiffs, by and through undersigned counsel, respectfully submit the attached Declaration of Sara J. Adeli as proof that service of process has been effectuated on the U.S. Attorney General and the U.S. Attorney for the District of Columbia, and Defendants U.S Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. Customs and Border Protection; Pete R. Flores, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; and Caleb Vitello, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, in the above-captioned matter.

| | |
|---|---|
| April 3, 2025 | Respectfully submitted, |
| | /s/ *Kelsi Corkran* |
| | Kelsi Brown Corkran (Bar No. 501157) |
| | Shelby B. Calambokidis (Bar No. 1684804) |
| | /s/ *Julia Gegenheimer* |
| | Julia Gegenheimer* (NY Bar No. 4949475) |
| | Alexandra Lichtenstein (Bar No. 1724947) |
| | Kate Talmor* (Maryland Bar) |
| | INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION |
| | 600 New Jersey Avenue, NW |
| | Washington, DC 20001 |
| | (202) 661-6728 |
| | kbc74@georgetown.edu |
| | |
| | *Attorneys for Plaintiffs* |

*Admitted pro hac vice. DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*