UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00403-DLF |

## DECLARATION OF SARA J. ADELI

I, Sara J. Adeli, declare and state as follows:

1. My name is Sara J. Adeli. I am over eighteen years of age, of sound mind, and am fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. I am not a party to this lawsuit.

2. On February 14, 2025, I caused copies of the summonses and complaint in the above-captioned case to be served upon the United States of America, via Certified U.S. Mail, addressed as follows:

>Pamela Bondi
>Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530

>Civil Process Clerk
>U.S. Attorney's Office for the District of Columbia
>601 D Street NW
>Washington, D.C. 20530

3. According to online tracking from the U.S. Postal Service (Tracking Nos. 9589071052701215085612 and 9589071052701215085674), attached hereto, the summons and

1

complaint were delivered to the Attorney General of the United States and the Civil Process Clerk at the U.S. Attorney's Office for the District of Columbia on February 20, 2025.

4. Also on February 14, 2025, I caused copies of the summonses and complaint in the above-captioned case to be served upon the U.S. Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. Customs and Border Protection; Pete R. Flores, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; and Caleb Vitello, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, via Certified U.S. Mail, addressed as follows:

> U.S. Department of Homeland Security
> 2707 Martin Luther King Jr. Avenue, SE
> Washington, D.C. 20528
>
> Kristi Noem
> Secretary of Homeland Security
> 2707 Martin Luther King Jr. Avenue, SE
> Washington, D.C. 20528
>
> U.S. Customs and Border Protection
> 1300 Pennsylvania Avenue, NW
> Washington, D.C. 20004
>
> Pete R. Flores
> Acting Commissioner of U.S. Customs and Border Protection
> 1300 Pennsylvania Avenue, NW
> Washington, D.C. 20004
>
> U.S. Immigration and Customs Enforcement
> 500 12th Street, SW
> Washington, D.C. 20536
>
> Caleb Vitello
> Acting Director of U.S. Immigration and Customs Enforcement
> 500 12th Street, SW
> Washington, D.C. 20536

5. According to online tracking from the U.S. Postal Service (Tracking Nos. 9589071052701215085636 and 9589071052701215085650), attached hereto, the summons and

complaint were delivered to the U.S. Department of Homeland Security and to Secretary of Homeland Security Kristi Noem on February 19, 2025.

6.      According to online tracking from the U.S. Postal Service (Tracking Nos. 9589071052701215085629 and 9589071052701215085681), attached hereto, the summons and complaint were delivered to U.S. Customs and Border Protection and Acting Commissioner of Customs and Border Protection Pete R. Flores on February 21, 2025.  As noted on the Customs and Border Protection website[1], its Office of Chief Counsel accepts service at the above-listed address, zip code 20229.

7.      According to online tracking from the U.S. Postal Service (Tracking Nos. 9589071052701215085643 and 9589071052701215085667), attached hereto, the summons and complaint were delivered to U.S. Immigration and Customs Enforcement and Acting Director of Immigration and Customs Enforcement Caleb Vitello on February 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 3, 2025

_____
Sara J. Adeli
Litigation and Administrative Assistant
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, DC 20001

---

[1] *Service of Process*, U.S. CUSTOMS AND BORDER PROTECTION (last modified Oct. 4, 2023), https://www.cbp.gov/about/contact/service-of-process [https://perma.cc/T8FL-HYF7].