UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　Defendants. | Civil Action No. 25-CV-00403-DLF |

## UNOPPOSED MOTION FOR CLARIFICATION

Defendants respectfully move this Court for clarification of its Minute Order dated February 24, 2025, granting the parties' Joint Motion for a Scheduling Order with respect to the parties' request that all deadlines, including the deadline for Defendants to respond to Plaintiffs' Complaint, as well as other case management obligations and discovery be stayed pending resolution of Plaintiffs' Motion for Preliminary Injunction. In support of this motion, Defendants state the following:

1.　　Plaintiffs filed this action on February 11, 2025. *See* Compl., ECF No. 1. Shortly thereafter, Plaintiffs informed Defendants of their intent to file a motion for a preliminary injunction.

2.　　The parties subsequently conferred and agreed to a schedule for briefing Plaintiffs' anticipated motion. The parties also agreed to stay all additional deadlines, case management obligations, and discovery pending resolution of Plaintiffs' motion.

3.　　On February 21, 2025, the parties filed a Joint Motion for a Scheduling Order requesting that the Court adopt the parties' proposed schedule for briefing Plaintiffs' preliminary

injunction motion and stay all additional deadlines, case management obligations, and discovery pending resolution of the motion.  *See* ECF No. 10 ¶¶ 2-3, 6; *see also id.* No. 10-1 (Proposed Scheduling Order).  The parties further requested that the Court permit them to submit a joint status report proposing a schedule for further proceedings within 10 days of the Court's order resolving Plaintiffs' motion for a preliminary injunction.  *See* ECF No. 10 ¶ 4.

4. The Court granted the parties' joint motion on February 24, 2024.  *See* Minute Order (Feb. 24, 2025).  The Minute Order, however, only addressed the briefing schedule for Plaintiffs' motion for a preliminary injunction; it did not address the parties' request that all additional deadlines and case management obligations be stayed pending resolution of Plaintiffs' motion for a preliminary injunction.  *See id.*

5. On April 8, 2025, the Clerk's Office docketed the Return of Service and set a deadline of April 21, 2025, for Defendants to respond to Plaintiffs' Complaint.  *See* Return of Service/Affidavit, ECF No. 26.

6. To avoid confusion and the possibility of waiving the right to respond to Plaintiffs' Complaint, Defendants respectfully request the Court clarify that its grant of relief included the parties' request to stay all deadlines, including the deadline to respond to Plaintiffs' Complaint, case management obligations, and discovery pending resolution of Plaintiffs' motion for a preliminary injunction, as well as the request that the parties be permitted to submit a joint status report proposing a schedule for further proceedings within 10 days of the Court's order resolving Plaintiffs' motion for a preliminary injunction.

7. Defendants have conferred with counsel for Plaintiffs, who advised that Plaintiffs do not oppose Defendants' request for clarification.  A proposed order, which mirrors the relevant portions of the proposed order the parties appended to their Joint Motion for a Scheduling Order, is attached.

Dated: April 9, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: 202-353-4519
Fax: 202-616-8470
Email: Kristina.Wolfe@usdoj.gov