UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MENNONITE CHURCH USA, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

No. 25-cv-00403 (DLF)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for a Preliminary Injunction, Dkt. 11, is **DENIED**. It is further

**ORDERED** that the parties shall file a joint status report proposing a schedule for further proceedings on or before April 21, 2025.

**SO ORDERED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

April 11, 2025