UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  Defendants. | Civil Action No. 25-CV-00403-DLF |

### JOINT STATUS REPORT

On April 11, 2025, the Court denied Plaintiffs' motion for preliminary injunction, *see* ECF No. 29. The parties have met and conferred and write to propose a brief continuation of the current stay of further proceedings.

The Court's memorandum opinion denying Plaintiffs' preliminary-injunction request found that, "at least on the present record, the plaintiffs have not established a substantial likelihood of Article III standing." *See* ECF No. 30, Mem. Op., at 17. Plaintiffs continue to evaluate appropriate next steps for this litigation, including potentially proffering additional evidence in support of their standing. The parties are in agreement that both judicial and party efficiency is best served by continuing to stay these proceedings, including Defendants' obligation to respond to Plaintiffs' complaint, while Plaintiffs decide how to proceed. Accordingly, the parties propose that a further Joint Status Report be due in 3 weeks, Monday,

May 12, at which time the parties will propose a schedule for further proceedings. The parties thus respectfully request that the current stay remain in effect until that time.

Dated: April 21, 2025                                                  Respectfully submitted,

/s/ *Kate Talmor*
Kelsi Brown Corkran (Bar No. 501157)
Shelby B. Calambokidis (Bar No. 1684804)
Julia Gegenheimer* (NY Bar No. 4949475)
Alexandra Lichtenstein (Bar No. 1724947)
Kate Talmor* (Maryland Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728

*Attorneys for Plaintiffs*

YAAKOV M. ROTH
Acting Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: 202-353-4519
Fax: 202-616-8470
Email: Kristina.Wolfe@usdoj.gov

*DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member*