UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>   Defendants. | Civil Action No. 25-CV-00403-DLF |

**JOINT STATUS REPORT**

On April 11, 2025, the Court denied Plaintiffs' motion for preliminary injunction and directed the parties to file a joint status report proposing a schedule for further proceedings. *See* ECF No. 29. The parties subsequently met and conferred and proposed a three-week continuation of the current stay of further proceedings to permit Plaintiffs to evaluate appropriate next steps for this litigation. *See* ECF No. 32. The Court continued the stay of proceedings and ordered the parties to file a joint status report by May 12, 2025, proposing a schedule for further proceedings. *See* Minute Order (Apr. 22, 2025).

Plaintiffs have determined that they will proffer additional evidence in support of their standing and renew their motion for a preliminary injunction. The parties have conferred about a schedule for briefing Plaintiffs' Renewed Motion for a Preliminary Injunction and agree to the following:

- June 2, 2025: Plaintiffs' Renewed Motion for a Preliminary Injunction;
- June 25, 2025: Defendants' Response to Plaintiffs' Renewed Motion for a Preliminary Injunction;
- July 9, 2025: Plaintiffs' Reply in further support of their Renewed Motion for a Preliminary Injunction.

The parties also agree to continue the stay of all additional deadlines, case management obligations, and discovery in this matter pending resolution of Plaintiffs' Renewed Motion for a Preliminary Injunction. The continued stay would apply, without limitation, to Defendants' response to Plaintiffs' Complaint, the attorney conference required pursuant to Federal Rule of Civil Procedure 26(f); the issuance of a scheduling order pursuant to Federal Rule of Civil Procedure 16(b); initial disclosure obligations pursuant to Federal Rule of Civil Procedure 26(a)(1); and all other written, documentary, and oral discovery. The parties reserve their respective rights to seek leave of Court to lift the stay as appropriate.

Finally, the parties agree that they will submit a joint status report proposing a schedule for further proceedings within 10 days of the Court's order resolving Plaintiffs' Renewed Motion for a Preliminary Injunction.

Accordingly, the parties respectfully request that the Court enter the parties' proposed order setting a schedule for briefing Plaintiffs' Renewed Motion for a Preliminary Injunction and continuing the stay of all additional deadlines, case management obligations, and discovery pending resolution of the renewed motion.

Dated: May 12, 2025                           Respectfully submitted,

/s/ *Kate Talmor*
Kelsi Brown Corkran (Bar No. 501157)
Shelby B. Calambokidis (Bar No. 1684804)
Julia Gegenheimer* (NY Bar No. 4949475)

Alexandra Lichtenstein (Bar No. 1724947)
Kate Talmor* (Maryland Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728

*Attorneys for Plaintiffs*

YAAKOV M. ROTH
Acting Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANDREW I. WARDEN
Assistant Branch Director

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: 202-353-4519
Fax: 202-616-8470
Email:  Kristina.Wolfe@usdoj.gov

*\* DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member*