UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 25-CV-00403-DLF |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Status Report submitted on May 12, 2025, it is hereby **ORDERED**

The following schedule will govern the filing of Plaintiffs' Renewed Motion for a Preliminary Injunction:

- June 2, 2025: Plaintiffs' Renewed Motion for a Preliminary Injunction;

- June 25, 2025: Defendants' Response to Plaintiffs' Renewed Motion for a Preliminary Injunction;

- July 9, 2025: Plaintiffs' Reply in further support of their Renewed Motion for a Preliminary Injunction.

It is further **ORDERED** that all additional deadlines, case management obligations, and discovery are **STAYED** pending resolution of Plaintiffs' Renewed Motion for a Preliminary Injunction. This stay applies, without limitation, to Defendants' response to Plaintiffs' Complaint, the attorney conference required pursuant to Federal Rule of Civil Procedure 26(f); the issuance

of a scheduling order pursuant to Federal Rule of Civil Procedure 16(b); initial disclosure obligations pursuant to Federal Rule of Civil Procedure 26(a)(1); and all other written, documentary, and oral discovery. The stay is entered without prejudice to either party moving to lift the stay.

It is further **ORDERED** that the parties shall file a joint status report proposing a schedule for further proceedings within 10 days of the issuance of an order resolving Plaintiffs' Renewed Motion for a Preliminary Injunction.

Dated: May ___, 2025

_____
DABNEY L. FRIEDRICH
United States District Judge