UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 25-CV-00403-DLF |

## NOTICE

On May 27, 2025, Plaintiffs filed a consent motion for modification of the existing briefing schedule and notice. *See* ECF No. 35. That consent motion explained that, in response to the Court's April 11, 2025, Order denying preliminary injunctive relief, Plaintiffs gathered substantial additional evidence directed specifically at the Court's stated concerns about Plaintiffs' standing to assert their claims, with the intent of renewing their preliminary injunction motion. But to avoid any unintended jurisdictional consequences that could accrue from the expiration of the time to appeal the April 11 Order, Plaintiffs also advised the Court of their intent to file a notice of appeal of that Order. Because that appeal arguably could divest this Court of jurisdiction to decide Plaintiffs' intended renewed preliminary injunction motion, Plaintiffs explained that they planned to request an indicative ruling under Federal Rule of Civil Procedure 62.1 on whether their new evidence supported issuance of their requested preliminary injunction, in which case the need for appellate review would be obviated. Plaintiffs believed

that procedure would promote efficiency by preserving their ability to seek appellate review if necessary, while also allowing them to dismiss their appeal if the Court indicated it would now grant a preliminary injunction.

On May 28, 2025, the Court granted Plaintiffs' consent motion to modify the briefing schedule. The Court stated, however, that it "is not inclined to grant any motion requesting an indicative ruling under Federal Rule of Civil Procedure 62.1(a)" because, in the Court's view, "any renewed motion for a preliminary injunction" would present the same issue "plaintiffs would also raise in their appeal of the Court's April 11, 2025 Order." *See* Min. Order, May 28, 2025. In light of Plaintiffs' intent to take an appeal from this Court's April 11 Order to preserve the ability to seek review of those findings, and because Plaintiffs wish to be respectful of the Court's time and busy docket, they will not at this time file a motion for renewed preliminary injunction or for an indicative ruling.

Plaintiffs may seek a renewed preliminary injunction at a later date once jurisdiction over any such motion returns to this Court, depending on the outcome of their appeal, evidentiary developments, or any other change in circumstances.

Dated:  May 30, 2025

Respectfully submitted,

/s/  Kate Talmor
Kelsi Brown Corkran (Bar No. 501157)
Shelby B. Calambokidis (Bar No. 1684804)
Julia Gegenheimer (Bar No. 90034692)
Alexandra Lichtenstein (Bar No. 1724947)
Kate Talmor* (Maryland Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728

3

*Attorneys for Plaintiffs*

*\*DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member*