UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENNONITE CHURCH USA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 25-CV-00403-DLF |

## NOTICE OF APPEAL

Please take notice that Plaintiffs Mennonite Church USA, *et al.*, hereby appeal to the U.S. Court of Appeals for the D.C. Circuit from this Court's April 11, 2025 opinion and order denying Plaintiffs' motion for preliminary injunction. *See* ECF Nos. 29, 30.

Dated: May 30, 2025

Respectfully submitted,

/s/ *Kate Talmor*
Kelsi Brown Corkran (Bar No. 501157)
Shelby B. Calambokidis (Bar No. 1684804)
Julia Gegenheimer* (NY Bar No. 4949475)
Alexandra Lichtenstein (Bar No. 1724947)
Kate Talmor* (Maryland Bar)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728

*Attorneys for Plaintiffs*

*\*DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member*