





UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
APR 07 2025
EVANS C.I.
MAILROOM

Jonah Gabriel Jahjah T. Tishbite
#300839 S3B Rm 148
Evans C.I. 610 Hwy. 9 West
Bennettsville, SC 29512

Return To Sender
No Longer At This Address

CAPITAL DISTRICT 208
2 APR 2025 PM 3
FIRST-CLASS
ZIP 20001
02 7W
0008034592 APR 01 2025
US POSTAGE PITNEY BOWES
$ 000.69⁰

NIXIE    296    CE   1700    0105/29/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 20001    *2317-02717-02-39