# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5209** **September Term, 2026**

FILED ON: OCTOBER 20, 2026

MENNONITE CHURCH USA, ET AL.,
APPELLANTS

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00403)

Before: WILKINS, RAO, and PAN, *Circuit Judges*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of plaintiffs' motion for a preliminary injunction be reversed and the case be remanded for further consideration of that motion, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: October 20, 2026

Opinion for the court filed by Circuit Judge Pan.
Dissenting opinion filed by Circuit Judge Rao.